IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROY BROOKS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv356-MHT |
| ) | |
| COUNTRYWIDE HOME LOANS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the scheduling conference set for June 20, 2006, is canceled.

DONE, this the 1st day of June, 2006.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE