**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROY BROOKS, Jr.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:06-cv-356-VPM** |
| **COUNTRYWIDE HOME LOANS, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.    Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held by telephone on **June 8, 2006** and was attended by:

J.E. Sawyer, Jr.,  for Plaintiff, Roy Brooks, Jr.; and

Alan M. Warfield for Defendant, Countrywide Home Loans, Inc.

2.    **Pre-Discovery Disclosures.**  The parties will exchange by **July 10, 2006** the information required by Federal Rule of Civil Procedure 26(a)(1).

3.    **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

- Discovery will be needed on all liability and damages issues.

- All fact discovery shall be commenced in time to be completed by **February 10, 2007**.

- A maximum of **40 interrogatories** by each party to any other party. (Responses due 30 days after service).

- A maximum of **40 requests for admission** by each party to any other party.  (Responses due 30 days after service).

- A maximum of **5 depositions by the plaintiff** and **5 by the defendants** (not to include expert witness depositions).

- Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

- Reports from retained experts under Rule 26(a)(2) shall be due:

   - from the plaintiff by **November 1, 2006,** and plaintiff shall make their expert(s) available for deposition by **December 1, 2006;**

   - from the defendant by **January 1, 2007,** and defendant shall make their expert(s) available for deposition by **February 1, 2007.**

- Supplementations under Rule 26(e) shall be due on **December 15, 2006.**

4.    Other Items.

- The parties do not request a conference with the court before entry of the scheduling order.

- The parties request a pre-trial conference in May of 2007.

- Plaintiff should be allowed until **August 1, 2006** to join additional parties and amend the pleadings.

- Defendants should be allowed until **September 1, 2006** to join additional parties and amend the pleadings.

- All potentially dispositive motions should be filed by **March 1, 2007.**

- Settlement is likely and may be enhanced by use of the following alternative dispute resolution procedure: too early to be determined.

- Final Witness and Exhibit lists under Rule 26(a)(3) shall be due **21 days** prior to trial for Plaintiff and **14 days** prior to trial for Defendants. The parties will have **7 days** after receipt of Witness and Exhibit Lists to list objections under Rule 26(a)(3).

5.    The case should be ready for trial by **June 4, 2007,** and should take approximately two (2) to three (3) days to try.

Dated this 12th day of June, 2006.

s/ J.E. Sawyer, Jr. _____
jesawyer@adelphia.net

Attorney for Plaintiff Roy Brooks, Jr.

**OF COUNSEL:**
**ADDRESS**

s/Alan M. Warfield (ASB-9183-R68A)
awarfield@walstonwells.com

s/Barry A. Staples (ASB-8436-R69S)
bstaples@walstonwells.com

Attorneys for Defendant Countrywide Home
Loans, Inc.

**OF COUNSEL:**

WALSTON WELLS & BIRCHALL, LLP
One Federal Place, Suite 1100
1819 5th Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 244-5200
Facsimile:  (205) 244-5400