IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROY BROOKS, JR., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>COUNTRYWIDE HOME LOANS, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:06cv356-MHT |

ORDER

It is ORDERED that the joint motion for extension of time to complete discovery and continue trial setting by sixty days (Doc. No. 10) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 9) were not only accepted by the parties, they were essentially suggested by the parties in their Rule 26(f) report (Doc. No. 8).

DONE, this the 5th day of February, 2007

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE