IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROY BROOKS, JR.,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO. 2:06CV356-MHT** |
| **COUNTRYWIDE HOME LOANS, INC. ET AL.,** | |
| **Defendants.** | |

## DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S, MOTION FOR SUMMARY JUDGMENT

Comes now, Defendant Countrywide Home Loans, Inc. ("Countrywide"), and, pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court to enter summary judgment in its favor and against the plaintiff on the grounds that there exists no genuine dispute as to any material fact and movant is entitled to judgment in its favor as a matter of law.  As set forth in Countrywide's, Narrative Statement of Undisputed Facts and Memorandum of Law in Support of Motion for Summary Judgment submitted simultaneously herewith, plaintiff has not offered, and cannot offer, substantial evidence of the essential elements of his claims

against Countrywide. Countrywide is, therefore, entitled to summary judgment.

Respectfully submitted,

/s/ Alan M. Warfield
Alan M. Warfield (ASB #9183-R68A)

Attorney for Defendant
Countrywide Home Loans, Inc.

OF COUNSEL:

WALSTON, WELLS AND BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J.E. Sawyer, Jr., Esq.
203 S. Edwards Street
Enterprise, AL 36330

Dated the 15th day of March, 2007.

/s/ Alan M. Warfield
OF COUNSEL