# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROY BROOKS, JR.,** | |
| **Plaintiff,** | |
| v. | CIVIL ACTION NO. 2:06CV356-MHT |
| **COUNTRYWIDE HOME LOANS, INC. ET AL.,** | |
| **Defendants.** | |

## COUNTRYWIDE HOME LOANS, INC.'S, EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Comes now Defendant Countrywide Home Loans, Inc., and submits the following evidentiary materials in support of its Motion for Summary Judgment filed contemporaneously herewith:

| Exhibit | Description |
|---|---|
| 1 | Mortgage (Second) dated February 1, 1996 and Assignment to LPP Mortgage, Ltd. dated July 17, 2001; |
| 2 | Mortgage (First) dated January 11, 1994 and Assignment to LPP Mortgage, Ltd. dated July 23, 2003; |
| 3 | Auctioneers' Deed dated November 10, 2004; |
| 4 | Affidavit of Beth McFadden Rouse; |
| 5 | Declaration of Emily Cedillo-Galindo; |
| 6 | Affidavit of Brandon Coots; |

| | |
|---|---|
| 7 | Affidavit of Ken Cole; |
| 8 | Affidavit of Brian Everheart; |
| 9 | Demolition Records of the City of Troy; |
| 10 | Excerpts and exhibits from the Deposition of Roy Brooks. |

Dated this the 15th day of March, 2007.

                              Respectfully submitted,

                              /s/ Alan M. Warfield
                              Alan M. Warfield (ASB #9183-R68A)
                              Attorney for Defendant
                              Countrywide Home Loans

OF COUNSEL:

WALSTON WELLS & BIRCHALL, LLP
1819 5th Avenue North
P. O. Box 830642
Birmingham, Alabama 35203/35283-0642
Telephone: (205) 244-5200
Facsimile: (205) 244-5400

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    J.E. Sawyer, Jr., Esq.
    203 S. Edwards Street
    Enterprise, AL 36330

Dated the 15th day of March, 2007.

                              /s/ Alan M. Warfield
                              OF COUNSEL