McFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

July 16, 2004

Tenant/Occupant
410 Hubbard Street
Troy, Alabama 36081

RE: Mortgage held by LPP Mortgage Ltd. v. Roy Brooks, Jr.
Foreclosure

Tenant/Occupant:

We represent CountryWide Home Loans, Inc. in connection with the above referenced mortgage which we have for foreclosure. Our sale is scheduled for August 23, 2004 as indicated in the enclosed notice. The premises should be vacated on said date.

Yours very truly,

MCFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosures

EXHIBIT 4
(Rouse Affidavit)

MCFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

July 16, 2004

Tenant/Occupant
120 Hubbard Street
Troy, Alabama 36081

RE: Mortgage held by LPP Mortgage Ltd. v. Roy Brooks, Jr.
Foreclosure

Tenant/Occupant:

We represent CountryWide Home Loans, Inc. in connection with the above referenced mortgage which we have for foreclosure. Our sale is scheduled for August 23, 2004 as indicated in the enclosed notice. The premises should be vacated on said date.

Yours very truly,

MCFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosures

MCFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN.
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

July 16, 2004

Tenant/Occupant
415 Ice Street
Troy, Alabama 36081

RE: Mortgage held by LPP Mortgage Ltd. v. Roy Brooks, Jr.
Foreclosure

Tenant/Occupant:

We represent CountryWide Home Loans, Inc. in connection with the above referenced mortgage which we have for foreclosure. Our sale is scheduled for August 23, 2004 as indicated in the enclosed notice. The premises should be vacated on said date.

Yours very truly,

MCFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosures

MCFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

July 16, 2004

Leonard N. Math
Post Office Box 230759
Montgomery, Alabama 36123

RE: LPP Mortgage Ltd. v. Roy Brooks, Jr.

Dear Mr. Math:

We represent CountryWide Home Loans, Inc. in the foreclosure of the mortgage described in the enclosed foreclosure notice. It has come to our attention that there exists a subordinate judgment in favor of IAM Federal Credit Union in the amount of $5,345.07, plus court costs, Case No. DV 2003 000029 and recorded in Judgement Book 29, Page 153 of the Pike County Probate Court records. Our sale is scheduled for August 23, 2004.

The purpose of this letter is to provide you with notice of the pending foreclosure as attorney of record for the plaintiff.

Very truly yours,

MCFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosure

MCFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

July 16, 2004

**REGULAR MAIL AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Mr. Roy Brooks, Jr.
Post Office Box 691
Troy, Alabama 36081

RE: Mortgage Held by: LPP Mortgage Ltd.
Loan No.: 41813044

Dear Mr. Brooks, Jr.:

This is to inform you that we have for foreclosure your mortgage held by LPP Mortgage Ltd.. on the property described in the enclosed foreclosure notice. However, additional alternatives may be available. If you would like to obtain pay-off or reinstatement amounts, please contact this firm at 251/342-9172, ext. 106 or 123.

Nothing should be construed herein as a waiver and/or a modification of any of the loan and/or security documentation, or the ongoing foreclosure proceeding.

The sale is scheduled for August 23, 2004. All further inquiries should be directed to this office.

Very truly yours,

MCFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosure

***THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.***

FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August , 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081 , the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

**Parcel 1**

**Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.**

**More commonly known as: 410 Hubbard Street, Troy, Alabama 36081**

**Parcel II**

**One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.**

**More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322**

**Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163**

      Said sale is made for the purpose of paying the said indebtedness and the expenses incident to this sale, including a reasonable attorney's fee.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership
Holder of said Mortgage.

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Publish in The Troy Messenger, on July 23rd, 30th, August 6th, & 13th, 2004.

**RUN FOUR (4) CONSECUTIVE WEEKS**

541.00

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**PIKE COUNTY**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in 4 successive issues of The Troy Messenger, a weekly newspaper published in said county, on the following dates:

7/23, 7/30, 8/6, 8/13, 2004.

This the 20 day of August, 2004.

Sharron H. Smith

Sworn to and subscribed before me this 20 day of August, 2004.

Shannon P. Harris
Notary Public.
My commission expires 11/05/07

**FORECLOSURE NOTICE**

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081, the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

Parcel 1

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

Parcel II

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

Said sale is made for the purpose of paying the said indebtedness and the expenses incident to this sale, including a reasonable attorney's fee.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd. ... Partnership
Holder of said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 366...

Troy Messenger
7/23, 7/30, 8/6, 8/13, 2004

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**PIKE COUNTY**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in 1 successive issues of The Troy Messenger, a weekly newspaper published in said county, on the following dates:

September 15, 2004

______________, 2004.

This the 21st day of Sept., 2004.

Sharron H. Smith

Sworn to and subscribed before me this 21st day of September, 2004.

Shannon P. Harris
Notary Public.
My commission expires 11/05/07

**FORECLOSURE NOTICE**

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996 and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081, the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

**Parcel 1**

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same, 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322.

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instru-

[illegible] is made for [illegible]pose of [illegible] said inde[illegible] and the [illegible] [illegible]cident [illegible]le, including a [illegible]nable attor[illegible]

[illegible]ortgage Ltd. [illegible] Loan Participant Partners, Ltd., A Texas Limited [illegible] Holder of said Mortgage

[illegible] Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Troy Messenger 7/23, 7/30, 8/6, & 8/13, 2004

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on August 24, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 5, 2004, during the legal hours of sale in front of the Courthouse door, Pike County,

[illegible] Partners, Ltd., A Texas Limited Partnership Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger September 15, 2004

# PROOF OF PUBLICATION

STATE OF ALABAMA

PIKE COUNTY

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in 1 successive issues of The Troy Messenger, a weekly newspaper published in said county, on the following dates:

10/10

______________________, 2004.

This the 12th day of October, 2004.

Sharron H Smith

Sworn to and subscribed before me this 12th day of October, 2004.

Shannon P. Harris
Notary Public.
My commission expires 11/05/07

---

**FORECLOSURE NOTICE**

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August 2004, at the front door entrance of the Courthouse of Pike County, Alabama Church Street, Troy Alabama 36081 the following described real property in the County of Pike, State of Alabama, being the same prop-

known as: 410 Hubbard Street, Troy, Alabama 36081

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama

36322.

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on August 23, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 5, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
September 15, 2004

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on October 5, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 20, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
October 10, 2004

Case 2:06-cv-00356-MHT-WC    Document 14-9    Filed 03/15/2007    Page 12 of 14

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**PIKE COUNTY**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in 1 successive issues of The Troy Messenger, a weekly newspaper published in said county, on the following dates:

October 27th, 2004.

This the 28th day of October, 2004.

Sharron H Smith

Sworn to and subscribed before me this 27th day of October, 2004.

Shannon P. Harris
Notary Public.
My commission expires 11/05/07

FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR. to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081 the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

Parcel 1
Lot #3 and 4, according to the Plat of Henderson Lake Subdivision [illegible] recorded in [illegible] fice of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as 119 Hubbard Street, Troy, Alabama 36081

Parcel II
One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322.

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

Said sale is made for the purpose of paying the said indebtedness and the expenses incident to this sale, including a reasonable attorney's fee.

LPP Mortgage Ltd.
f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership
Holder of said Mortgage.

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Troy Messenger
7/23, 7/30, 8/6, & 8/13, 2004

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on August 23, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 5, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd.
f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership
Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
September 15, 2004



**NOTICE OF POSTPONEMENT**

The public sale pro- [illegible] on October 5, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 20, 2004, during the legal hours of sale in front

of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
October 10, 2004

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on October 20, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on November 10, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
October 27, 2004