## Beth Rouse

**From:** Beth Rouse [brouse@mlrlawyers.com]
**Sent:** Wednesday, October 20, 2004 7:35 AM
**To:** 'Jim Thomas'
**Subject:** RE: Roy Brooks

Sale continued to 11/10. I have sent the info you provided to my client.

-----Original Message-----
**From:** Jim Thomas [mailto:attorney405@charter.net]
**Sent:** Tuesday, October 19, 2004 8:38 PM
**To:** Beth Rouse
**Subject:** Re: Roy Brooks

Did you get my voice mail today regarding insurance. Adjuster is Rick White (334)467-3945. Let me know if we can delay foreclosure to see if we can work these out. I have looked at the properties in question and they appear to be unmarketable based on their present condition.

Thanks
Jim

----- Original Message -----
**From:** Beth Rouse
**To:** 'Jim Thomas'
**Sent:** Saturday, October 09, 2004 2:27 PM
**Subject:** RE: Roy Brooks

Received and sent to client. Nothing else to do but work in the rain!

-----Original Message-----
**From:** Jim Thomas [mailto:attorney405@charter.net]
**Sent:** Saturday, October 09, 2004 1:19 PM
**To:** Beth Rouse
**Subject:** Re: Roy Brooks

Beth I am glad to see I am not the only atty working on a saturday! Did you get the insurance info with my letter? My client states he has filed the claim. If you did not get the insurance info- let me know and I will fax it over.

Thanks
Jim

----- Original Message -----
**From:** Beth Rouse
**To:** attorney405@charter.net
**Sent:** Saturday, October 09, 2004 11:36 AM
**Subject:** Roy Brooks

We are in receipt of your 10/4/04 letter. We confirmed with the Messenger that our notice ran correctly reflecting the postponement date of 10/5/04 at the bottom of the notice. On 10/5/04 we again postponed the foreclosure until 10/20/04 ( notice will run 10/10/04) so that the lender could inspect for hurricane damage. They are checking on insurance coverage as well.

10/20/2004

**EXHIBIT 5**
(Rouse Affidavit)