# JONES & COOTS, L.L.C.
## ATTORNEYS AT LAW
### 6 SOUTH GLENWOOD AVENUE
### P.O. BOX 367
### LUVERNE AL, 36049

Michael E. Jones  
Brandon Coots

Phone: 334-335-6535  
Fax: 334-335-2529

August 24, 2004

Beth McFadden Rouse  
McFadden, Lyon &  
Rouse, L.L.C.  
Via fax: 1-251-342-9457

RE: Roy Brooks, Jr.

Dear Mrs. Rouse:

    I announced the postponement of the Brooks foreclosure sale at 12:10 p.m. and posted the notice at the courthouse. If you need anything further at this time, please do not hesitate to call.

Sincerely,

*[signature]*

Brandon Coots

EXHIBIT 6  
(Rouse Affidavit)

11/10/04   13:44   MIKE JONES ATTY AT LAW → 2513429457                    NO.159   001

Michael E. Jones
Brandon S. Coots
Attorneys at Law
P. O. Box 357
6 S. Glenwood Avenue
Luverne, Alabama 36049
Phone: 334-335-6934
Fax: 334-335-2929

**JONES & COOTS, L. L. C.**
**Attorneys at Law**

# Fax

To: Mrs. Beth Rouse          From: Brandon Coots
Fax: 251-342-9457            Pages:
Phone:                       Date: November 10, 2004
Re:                          CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

PLEASE NOTIFY US IMMEDIATELY IF YOU FAIL TO RECEIVE ANY OF THE TRANSMITTED PAGES OR IF ANY OF THE MATERIAL IS NOT LEGIBLE.

IMPORTANT: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, YOU ARE HEREBY NOTIFIED that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please IMMEDIATLEY notify us by telephone, and return the original message to us at the above address via mail through the U. S. Postal Service. Thank you.

# JONES & COOTS, L.L.C.
### ATTORNEYS AT LAW
### 6 SOUTH GLENWOOD AVENUE
### P.O. BOX 367
### LUVERNE AL, 36049

Michael E. Jones  
Brandon Coots

Phone: 334-335-6535  
Fax: 334-335-2529

November 10, 2004

Mrs. Beth Rouse  
McFadden, Lyon and Rouse, L.L.C.  
Attorneys at law  
Via fax: 251-342-9457

Re:   Countrywide v. Roy Brooks

Dear Mrs. Rouse:

The sale was cried at 11:30 a.m. on November 10, 2004. There were no buyers present at the sale. I entered a bid on behalf of Countrywide for $6,750.00.

Please change my address to reflect the above. If you have any questions, please do not hesitate to call.

Sincerely,

Brandon Coots

11/10/04   13:44   MIKE JONES ATTY AT LAW → 2513429457                                NO.159   003
                                251 342 9457
11/09/2004   14:38   251-342-9457              MCFADDEN LYON ROUSE                    PAGE 01/03

# McFADDEN, LYON & ROUSE, L.L.C.
## ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5490

STEVE F. McFADDEN
WILLIAM H. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM B. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

November 10, 2004

*VIA FAX # 334-335-3529*

Brandon Coots
PIKE COUNTY TITLE &
ABSTRACT CO., INC.
Post Office Box 965
Troy, Alabama 36081

RE: Countrywide Home Loans, Inc. v. Roy Brooks, Jr.

Dear Brandon:

We represent Countrywide Home Loans, Inc. in the foreclosure of the mortgage referenced in the enclosed foreclosure notice. This is to request that you act as our auctioneer for a fee of $150.00 at the foreclosure sale set for November 10, 2004 during the legal hours of sale.

We will notify you if there is a bankruptcy filing that stays the sale. We request that you:

1. verify from the Probate Court records whether any Federal Tax Liens have been filed that would attached to the property since August 23rd, 2004, the effective date of our foreclosure title report. **PLEASE CONTACT OUR OFFICE BEFORE HOLDING THE SALE IF ANY SUCH LIENS ARE FOUND.**

2. **Please bid a specified bid of $6,750.00.**

3. call, email or fax this office with sales results as soon after the sale as possible along with the time the sale was held. Please advise any 3rd party purchaser that we only accept certified funds, or a cashiers check for the full amount of purchase, and funds must be in your office by close of business day.

**Please do not make any representation as to status of title or possession to potential bidders.**

Thank you for your assistance in this matter.

Sincerely,

McFADDEN, LYON & ROUSE, L.L.C.

Beth McFadden Rouse
BMR/dw

Enclosure

11/10/04  13:44  MIKE JONES ATTY AT LAW → 2513429457  NO.155  D04
11/09/2004  14:38  251-342-9457  MCFADDEN LYON ROUSE  PAGE 02/03

## FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081, the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

### Parcel I

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

### Parcel II

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and
120 Hubbard Street, Troy, Alabama 36322

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163

Case 2:06-cv-00356-MHT-WC   Document 14-11   Filed 03/15/2007   Page 6 of 6

11/10/04  13:44   MIKE JONES ATTY AT LAW → 2513429457                NO.255  P05
11/09/2004  14:38   251-342-9457           MCFADDEN LYON ROUSE         PAGE  03/03

## NOTICE OF POSTPONEMENT

The public sale provided for hereinabove was postponed on October 20th, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on November 10th, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

> LPP Mortgage Ltd. f/k/a Loan Participant
> Partners, Ltd., A Texas Limited Partnership
> Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Publish one time only in The Troy Messenger on October 27th, 2004.