NAME: Ray Brooks, Jr.

SALE DATE: 11/10/04

Middle   BANKRUPTCY CHECK: None found

AUCTIONEER: Brandon Coates   COUNTY: Pike

$ 150.00   phone 334-335-6535   contact Sherry
Fax 334-335-2529

CONFIRMED BID RECEIVED BY: Sherry

NOTES: _____

BID ✓

MILITARY CHECK ✓

PUBLICATION ✓

TITLE ISSUES   ✓ got this @ 2:10 p.m. aw

1) Jim Thomas - Kay Brooks - handling f/c - under the impression until insurance proceeds are received
Req. PD f/c until latter in day
334-566-2181

Called Carlie @ Jim Thomas office @ 2:15 told her I did not see any correspondence in file between Beth & M. Thomas since 10/20/04. I told her we would not record deed until Beth came back to call M. Thomas and speak with him.

**EXHIBIT 7**
(Rouse Affidavit)