**McFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

March 11, 2005

**VIA FAX #334-566-8470**

Roy Brooks, Jr.

  RE: Mortgage held by Countrywide Home Loans, Inc.
     Loan No.: 41813044 & 48649221

Dear Mr. Brooks:

  The following is necessary to redeem your property on or before 5:00 p.m. on March 31st, 2005:

Loan #41813044

| | |
|---|---:|
| Amount due to 11/10/04 | $11,376.06 |
| Interest from 11/11/04 to 03/31/05 | 143.51 |
| Attorney fees & cost of foreclosure | 2,612.75 |
| | $14,132.32 |

Loan #48649221

| | |
|---|---:|
| Amount due to 11/10/04 | $29,207.33 |
| Interest from 11/11/04 to 03/31/05 | 630.73 |
| | $29,838.06 |
| **Total amount of redemption** | **$43,970.38** |

*This amount is subject to change as lawful charges accrue.

  Redemption funds must be tendered in certified funds payable to McFadden, Lyon & Rouse, L.L.C. This statement of the amount to redeem is made without waiver of right to assert failure to deliver possession pursuant to §6-5-251, Code of Alabama (1975). After March 31st, 2005 a new quote must be obtained.

Very truly yours,

McFADDEN, LYON & ROUSE, L.L.C.

*/s/ Beth McFadden Rouse*
Beth McFadden Rouse
BMR/dw

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.**

**EXHIBIT 9**
(Rouse Affidavit)

3/23/05

JAMES N. THOMAS, L.L.C.
ATTORNEY & COUNSELOR AT LAW
405 ELM STREET
POST OFFICE BOX 974
TROY, ALABAMA 36081-0974

TELEPHONE (334) 566-2181
FACSIMILE (334) 566-6004
E-MAIL attorney405@charter.net

March 21, 2005

Beth McFadden Rouse
McFadden, Lyon and Rouse, LLC
718 Downtowner BLVD
Mobile, Al 36609

Re:   Foreclosure by LLP Mortgage LTD against Roy Brooks

Dear Beth:

    As you may recall, I was assisting Mr. Roy Brooks with some pre-foreclosure matters for the property described in the enclosed foreclosure deed prepared by your firm. Mr. Brooks is now in the process of trying to determine if he will redeem the property. Mr. Brooks has not been provided with a detailed break down of what the insurance companies paid on the properties despite his large investment of time to get both claims paid. As you may recall, Mr. Brooks was trying to negotiate with the insurers in an effort to surrender the insurance funds to the lender in exchange for the property.

    Please provide my office with some evidence of the claims payment for each property from the insurance companies along with a break down of the loan principal, interest and fees for each of the two properties. With this information, Mr. Brooks can then decide whether he will redeem the properties.

    Should you have any questions, please feel free to call.

Sincerely yours,

James N. Thomas

cc:   Roy Brooks