**McFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

March 31, 2005

**VIA FAX #334-566-6004**

James N. Thomas
JAMES N. THOMAS, L.L.C.
PO Box 974
Troy, Alabama 36081-0974

    RE:    Countrywide Home Loans, Inc. vs. Roy Brooks, Jr.
            Loan No.:   41813044 & 48649221

Dear Mr. Thomas:

    Per your request of March 21, 2005, please note this loan had checks come in from damage sustained from Hurricane Ivan. The carrier was LPP (forced placed coverage) meaning Countrywide is the only named insured not the borrower. As such the checks were made payable to Countrywide only. The funds were processed in Property claims as follows:

| | |
|---|---|
| #41813044 | $2,459.85 |
| #48649221 | $ 735.44 |

    The following is necessary to redeem the above referenced property good thru March 31, 2005:

Loan #41813044

| | |
|---|---|
| Principal Balance | $ 9,287.00 |
| Interest thru sale date of 11/10/04 | 1,894.56 |
| Interest from 11/11/04 to 03/31/05 | 143.51 |
| Escrow Balance | 57.00 |
| Property Preservation fees & cost | 137.50 |
| Attorney fees & cost of foreclosure | 2,612.75 |
| | $14,132.32 |

Loan #48649221

| | |
|---|---|
| Principal Balance | $23,324.50 |
| Interest thru 03/31/05 | 6,390.63 |
| County recording fee | 12.00 |
| Fees Due | 23.00 |
| Escrow balance due | 87.93 |
| | $29,838.06 |
| **Total amount of redemption** | $43,970.38 |

*This amount is subject to change as lawful charges accrue.

    Redemption funds must be tendered in certified funds payable to McFadden, Lyon & Rouse, L.L.C.

**EXHIBIT 10**
(Rouse Affidavit)

Mr. Thomas
March 31, 2005
Page 2

      This statement of the amount to redeem is made without waiver of right to assert failure to deliver possession pursuant to §6-5-251, <u>Code of Alabama</u> (1975). After March 31st, 2005 a new quote must be obtained.

Very truly yours,

McFADDEN, LYON & ROUSE, L.L.C.

*[signature]*

Beth McFadden Rouse
BMR/dw

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.**

```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME   : 04/01/2005 16:13
                                          NAME   : MCFADDEN LYON ROUSE
                                          FAX    : 251-342-9457
                                          TEL    : 251-342-9172
                                          SER. # : BROE3J405102


DATE,TIME                      04/01 16:12
FAX NO./NAME                   913345666004
DURATION                       00:00:31
PAGE(S)                        02
RESULT                         OK
MODE                           STANDARD
                               ECM
```

# McFADDEN, LYON & ROUSE, L.L.C.
## ATTORNEYS AND COUNSELLORS AT LAW
### 718 DOWNTOWNER BOULEVARD
### MOBILE, ALABAMA 36609-5499

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

March 31, 2005

**VIA FAX #334-566-6004**

James N. Thomas
JAMES N. THOMAS, L.L.C.
PO Box 974
Troy, Alabama 36081-0974

      RE:   Countrywide Home Loans, Inc. vs. Roy Brooks, Jr.
              Loan No.:   41813044 & 48649221

Dear Mr. Thomas:

     Per your request of March 21, 2005, please note this loan had checks come in from damage sustained from Hurricane Ivan. The carrier was LPP (forced placed coverage) meaning Countrywide is the only named insured not the borrower. As such the checks were made payable to Countrywide only. The funds were processed in Property claims as follows:

        #41813044        $2,459.85
        #48649221        $  735.44

     The following is necessary to redeem the above referenced property good thru March 31, 2005:

Loan #41813044

| | |
|---|---:|
| Principal Balance | $ 9,287.00 |
| Interest thru sale date of 11/10/04 | 1,894.56 |
| Interest from 11/11/04 to 03/31/05 | 143.51 |
| Escrow Balance | 57.00 |