# AS400
# SERVICING
# HISTORY

**EXHIBIT 2**
(Cedillo-Galindo Aff.)

CHL/Brooks00077

## AS400 SERVICING HISTORY

| FCT101R1 YJACQUES | ACCOUNT STATUS LISTING | 4/14/2006 | 6:22:36 |
|---|---|---|---|

Account Number: 48649221 - 8 Mortgagor Name: ROY BROOKS JR

### CURRENT BALANCE INFORMATION          CURRENT PAYMENT INFORMATION

| | | |
|---|---|---|
| Principal Balance: | .00 | Principal/Interest Payment: 283.17 |
| Escr Bal/Int: | .00 / .00 | GPM / Increase Pending: .00 |
| Partial Payment Balance: | .00 | *Escrow Payment: .01 |
| Prtl Bal/Acr(SI): | .00 | Escrow Increase Pending: .00 |
| Uncollected Late Charges: | .00 | Credit Life Insurance: .00 |
| Uncollected Escrow: | .00 | Hud-Assistance or Buydown: .00 |
| Uncollected Fees: | .00 | Mortgagor Payment: 283.18 |

### ADDITIONAL INFORMATION                    CMTDTE 1/01/2004

| | |
|---|---|
| Closed Code: 08 C.F.C. | Ln Type: 67 B&C C-ARMS  CMT# 6030001 |
| Warning Code: 00 | Phase Code/Date: 8 1/02/2004 |
| Lockout Code: 00 | Comp/Inv/Blk : 02 3770809 112 |
| Certified Funds Req: Exp: | Div: SUBSERVICING Bch: 0000603 000 06809 |
| Int PTD: 4/18/2002 Pmt PTD: 9/11/2001 ACH: 00 | Simple Int Loan |
| APP/FND/PYOFF/Sale Dt 1/02/2004 | Year to Date Taxes: .00 |
| Mail Payments To: PLANO | Year to Date Interest: .00 |

Delinquent History: 44444FFF        FHA/VA Case Number:

Sec MKT#: 006030001   Issue DT: 1/01/2004

Telephone: 334-566-7365        Co-Mortgagor

### PROPERTY ADDRESS                    MAILING ADDRESS

| | | | | |
|---|---|---|---|---|
| 415 ICE STREET | | 319 Dean St | | |
| TROY, AL | 36081 | Troy | AL | 36081 |

### ORIGINAL INFORMATION

| | | |
|---|---|---|
| Original Principal: 31,500.00 | Sale Price: | 0 |
| Discount Held: .00 | Appraisal Date: | |
| Date of Mort/Cont: 1/11/1994 | Appraisal Amount: | 0 |
| DueDay/1st Pymt Due: 11 2/1994 | Loan Purpose Code: | 111 |
| Maturity Date: 1/2009 | Property Type: | 10 |
| Term of Loan/Remaining Term 180/ 88 | Number of Units: | 1 |
| Interest Rate 7.000 | Late Charge Amount: | .00 |
| Annual Percentage Rate .000 | | |
| State Code 01 | Grace Days: | 10 |
| Fnma County Code: 109 | Census Tract: | 9889.00 |
| Prepayment Penalty Code: 1 | Last Activity Date: | 8/26/2005 |
| Times Loan Assumed: 0 | Last Analysis date (MMC): | |

CHL/Brooks00078

| Date Last Assumed: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Previous Owner Name:    BEAL BANK-2220014824 | | | | | | | |

------------------------------------------------------------------

| HSR117R1    YJACQUES    Loan History Listing - ASCENDING    4/14/06 6:22:37 |
|---|

| NAME: ROY  BROOKS JR    W/C: 00 L/C: 00 C/C: 08 L/T: 67 Page: |
|---|
| ACCT: 048649221-8 PR: /00/00- 4/14/06 FEE:    .00 CO#: 02 BR/SR: 0000603 |

| TYP | DATE | POSTED | PRINCIPAL | INTEREST | ESCROW | LT/CHG | PARTIAL |
|---|---|---|---|---|---|---|---|
| DUE | ADDN.PMT | CRL/DI | BALANCE | BUYDN/235 | BALANCE | BALANCE | BALANCE |
| 190 | 3/01/04 | 87.93- | .00 | .00 | 87.93- | .00 | |
| 0901 | .00 | .00 | 23324.50 | .00 | 87.93- | .00 | |
| 520 | 9/13/04 | 467.00- | .00 | .00 | 467.00- | .00 | |
| 0901 | .00 | .00 | 23324.50 | .00 | 554.93- | .00 | |
| 590 | 11/04/04 | 66.51- | .00 | .00 | 66.51- | .00 | |
| 0901 | .00 | .00 | 23324.50 | .00 | 621.44- | .00 | |
| 940 | 3/15/05 | 23324.50 | 23324.50 | .00 | .00 | .00 | |
| 0901 | .00 | .00 | .00 | .00 | 621.44- | .00 | |
| 020 | 4/11/05 | 621.44- | .00 | .00 | 621.44- | .00 | |
| 0901 | .00 | .00 | .00 | .00 | 1242.88- | .00 | |
| 020 | 4/11/05 | 621.44 | .00 | .00 | 621.44 | .00 | |
| 0901 | .00 | .00 | .00 | .00 | 621.44- | .00 | |
| 020 | 4/11/05 | 332.44 | .00 | .00 | 332.44 | .00 | |
| 0901 | .00 | .00 | .00 | .00 | 289.00- | .00 | |
| 020 | 4/11/05 | 289.00 | .00 | .00 | 289.00 | .00 | |
| 0901 | .00 | .00 | .00 | .00 | .00 | .00 | |
| 320 | 5/03/05 | 139.00 | .00 | .00 | 139.00 | .00 | |
| 0901 | .00 | .00 | .00 | .00 | 139.00 | .00 | |
| 165 | 8/26/05 | 139.00- | .00 | .00 | 139.00- | .00 | |
| 0901 | .00 | .00 | .00 | .00 | .00 | .00 | |

------------------------------------------------------------------

| FDR117R1         FEES DUE LISTING    4/14/06 6:22:37 |
|---|
| FROM: 0/00/0000 - 4/14/2006    W/C: 00 LIQ: |
| ACCT: 048649221 FEES DUE:    .00 MORTGAGOR: ROY  BROOKS JR |

| CDE  DATE   AMOUNT DESCRIPTION      TYP ENDING BAL   KEY  BATCH SEQ |
|---|
| --- -------- -------- -------------------- --- ---------- --------- ----- --- |

CHL/Brooks00079

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10065 | 2/05/04 | 11.50 | INSPECTION-OCCUPIED | 600 | 11.50 | 0000619195536 | I105 |
| 10065 | 3/09/04 | 11.50 | INSPECTION-OCCUPIED | 600 | 23.00 | 0000632304354 | I109 |
| 10065 | 4/08/04 | 11.50 | INSPECTION-OCCUPIED | 600 | 34.50 | 0000644687731 | I108 |
| 10065 | 5/06/04 | 11.50 | INSPECTION-OCCUPIED | 600 | 46.00 | 0000656544569 | I106 |
| 10065 | 6/09/04 | 11.50 | INSPECTION-OCCUPIED | 600 | 57.50 | 0000669795532 | I109 |
| 10016 | 7/01/04 | 11.50 | INSPECTION-VACANT | 600 | 69.00 | 0000678723443 | I101 |
| 10128 | 7/27/04 | 95.00 | BPO - CRPI | 600 | 164.00 | 0000688570606 | BPO1 |
| 10218 | 7/28/04 | 40.00 | TRIP CHARGE | 600 | 204.00 | 0000689171343 | J128 |
| 10016 | 8/03/04 | 11.50 | INSPECTION-VACANT | 600 | 215.50 | 0000692216405 | I103 |
| 30049 | 8/06/04 | 5.00 | PHOTOS | 600 | 220.50 | 0000694178288 | J106 |
| 10218 | 8/06/04 | 40.00 | TRIP CHARGE | 600 | 260.50 | 0000694178289 | J106 |
| 10016 | 8/23/04 | 11.50 | INSPECTION-VACANT | 600 | 272.00 | 0000700461432 | I123 |
| 30049 | 8/26/04 | 2.50 | PHOTOS | 600 | 274.50 | 0000701435586 | J126 |
| 10218 | 8/26/04 | 40.00 | TRIP CHARGE | 600 | 314.50 | 0000701435587 | J126 |
| 30049 | 9/08/04 | 2.50 | PHOTOS | 600 | 317.00 | 0000706995188 | J108 |
| 10218 | 9/08/04 | 40.00 | TRIP CHARGE | 600 | 357.00 | 0000706995189 | J108 |
| 10128 | 9/28/04 | 95.00 | BPO - CRPI | 600 | 452.00 | 0000714804317 | BPO1 |
| 10016 | 10/11/04 | 11.50 | INSPECTION-VACANT | 600 | 463.50 | 0000721506145 | I111 |
| 30049 | 10/19/04 | 2.50 | PHOTOS | 600 | 466.00 | 0000725760615 | J119 |
| 10218 | 10/19/04 | 40.00 | TRIP CHARGE | 600 | 506.00 | 0000725760616 | J119 |
| 10016 | 11/18/04 | 26.25 | INSPECTION-VACANT | 600 | 532.25 | 0000739773358 | I118 |
| 10016 | 12/08/04 | 26.25 | INSPECTION-VACANT | 600 | 558.50 | 0000748371139 | I108 |
| 10016 | 12/27/04 | 11.50 | INSPECTION-VACANT | 600 | 570.00 | 0000756364741 | I127 |
| 10041 | 1/18/05 | 735.44 | LOSS DRAFT DISB-F/C | 100 | 165.44- | 0000767610440 | 000870 |
| 10016 | 2/10/05 | 11.50 | INSPECTION-VACANT | 600 | 153.94- | 0000778792046 | I110 |
| 10016 | 3/14/05 | 11.50 | INSPECTION-VACANT | 600 | 142.44- | 0000794303529 | I114 |
| 10041 | 4/11/05 | 735.44 | LOSS DRAFT DISB-F/C | 600 | 593.00 | 0000807851997 | FW11 |
| 10218 | 4/11/05 | 40.00 | TRIP CHARGE | 100 | 553.00 | 0000807852055 | FW11 |
| 10218 | 4/11/05 | 40.00 | TRIP CHARGE | 100 | 513.00 | 0000807852057 | FW11 |
| 10218 | 4/11/05 | 40.00 | TRIP CHARGE | 100 | 473.00 | 0000807852058 | FW11 |
| 10218 | 4/11/05 | 40.00 | TRIP CHARGE | 100 | 433.00 | 0000807852060 | FW11 |
| 10218 | 4/11/05 | 40.00 | TRIP CHARGE | 100 | 393.00 | 0000807852061 | FW11 |
| 10218 | 4/11/05 | 535.44 | TRIP CHARGE | 100 | 142.44- | 0000807852070 | FW11 |
| 10218 | 4/11/05 | 535.44 | TRIP CHARGE | 600 | 393.00 | 0000807852130 | FW11 |
| 30049 | 4/11/05 | 5.00 | PHOTOS | 100 | 388.00 | 0000807852215 | FW11 |
| 30049 | 4/11/05 | 2.50 | PHOTOS | 100 | 385.50 | 0000807852217 | FW11 |
| 30049 | 4/11/05 | 2.50 | PHOTOS | 100 | 383.00 | 0000807852218 | FW11 |
| 30049 | 4/11/05 | 2.50 | PHOTOS | 100 | 380.50 | 0000807852219 | FW11 |
| 10065 | 4/11/05 | 11.50 | INSPECTION-OCCUPIED | 100 | 369.00 | 0000807852269 | FW11 |
| 10065 | 4/11/05 | 11.50 | INSPECTION-OCCUPIED | 100 | 357.50 | 0000807852270 | FW11 |
| 10065 | 4/11/05 | 11.50 | INSPECTION-OCCUPIED | 100 | 346.00 | 0000807852272 | FW11 |
| 10065 | 4/11/05 | 11.50 | INSPECTION-OCCUPIED | 100 | 334.50 | 0000807852273 | FW11 |
| 10065 | 4/11/05 | 11.50 | INSPECTION-OCCUPIED | 100 | 323.00 | 0000807852274 | FW11 |
| 10016 | 4/11/05 | 11.50 | INSPECTION-VACANT | 100 | 311.50 | 0000807852360 | FW11 |
| 10016 | 4/11/05 | 11.50 | INSPECTION-VACANT | 100 | 300.00 | 0000807852361 | FW11 |
| 10016 | 4/11/05 | 11.50 | INSPECTION-VACANT | 100 | 288.50 | 0000807852362 | FW11 |
| 10016 | 4/11/05 | 11.50 | INSPECTION-VACANT | 100 | 277.00 | 0000807852363 | FW11 |
| 10016 | 4/11/05 | 26.25 | INSPECTION-VACANT | 100 | 250.75 | 0000807852364 | FW11 |
| 10016 | 4/11/05 | 26.25 | INSPECTION-VACANT | 100 | 224.50 | 0000807852365 | FW11 |
| 10016 | 4/11/05 | 11.50 | INSPECTION-VACANT | 100 | 213.00 | 0000807852366 | FW11 |
| 10016 | 4/11/05 | 11.50 | INSPECTION-VACANT | 100 | 201.50 | 0000807852367 | FW11 |
| 10016 | 4/11/05 | 11.50 | INSPECTION-VACANT | 100 | 190.00 | 000080785

2369 | FW11 |

CHL/Brooks00080

```
10016  4/11/05   332.44  INSPECTION-VACANT   100   142.44- 0000807852452 FW11
10016  4/11/05   332.44  INSPECTION-VACANT   600   190.00  0000807853808 FW11
10218  4/11/05    40.00  TRIP CHARGE         600   230.00  0000807854454 FW11
10218  4/11/05    40.00  TRIP CHARGE         600   270.00  0000807854460 FW11
10218  4/11/05    40.00  TRIP CHARGE         600   310.00  0000807854466 FW11
10218  4/11/05    40.00  TRIP CHARGE         600   350.00  0000807854486 FW11
10218  4/11/05    40.00  TRIP CHARGE         600   390.00  0000807854659 FW11
30049  4/11/05     5.00  PHOTOS              600   395.00  0000807854690 FW11
30049  4/11/05     2.50  PHOTOS              600   397.50  0000807854694 FW11
30049  4/11/05     2.50  PHOTOS              600   400.00  0000807854696 FW11
30049  4/11/05     2.50  PHOTOS              600   402.50  0000807854718 FW11
10016  4/11/05    26.25  INSPECTION-VACANT   600   428.75  0000807854906 FW11
10016  4/11/05    26.25  INSPECTION-VACANT   600   455.00  0000807854917 FW11
10016  4/11/05    11.50  INSPECTION-VACANT   600   466.50  0000807854980 FW11
10016  4/11/05    11.50  INSPECTION-VACANT   600   478.00  0000807855013 FW11
10016  4/11/05    11.50  INSPECTION-VACANT   600   489.50  0000807855161 FW11
10016  4/11/05     1.00  INSPECTION-VACANT   100   488.50  0000807855195 FW11
10016  4/11/05    10.50  INSPECTION-VACANT   600   478.00  0000807855211 FW11
10016  4/11/05     1.00  INSPECTION-VACANT   600   479.00  0000807855255 FW11
10016  6/13/05     1.00  INSPECTION-VACANT   100   478.00  0000839570172 ZY02
10016  6/13/05    26.25  INSPECTION-VACANT   100   451.75  0000839570173 ZY02
10016  6/13/05    26.25  INSPECTION-VACANT   100   425.50  0000839570174 ZY02
10016  6/13/05    11.50  INSPECTION-VACANT   100   414.00  0000839570175 ZY02
10016  6/13/05    11.50  INSPECTION-VACANT   100   402.50  0000839570176 ZY02
10128  7/01/05    95.00  BPO - CRPI          100   307.50  0000849892296 BKLS
10128  7/01/05    95.00  BPO - CRPI          100   212.50  0000849892297 BKLS
10218  7/01/05    40.00  TRIP CHARGE         100   172.50  0000849892298 BKLS
10218  7/01/05    40.00  TRIP CHARGE         100   132.50  0000849892299 BKLS
10218  7/01/05    40.00  TRIP CHARGE         100    92.50  0000849892300 BKLS
10218  7/01/05    40.00  TRIP CHARGE         100    52.50  0000849892301 BKLS
10218  7/01/05    40.00  TRIP CHARGE         100    12.50  0000849892302 BKLS
30049  7/01/05     5.00  PHOTOS              100     7.50  0000849892303 BKLS
30049  7/01/05     2.50  PHOTOS              100     5.00  0000849892304 BKLS
30049  7/01/05     2.50  PHOTOS              100     2.50  0000849892305 BKLS
30049  7/01/05     2.50  PHOTOS              100      .00  0000849892306 BKLS
```

```
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
IEP100RM  YJACQUES   Impound/Escrow Account Review       4/14/06 6:22:37
Account: 048649221  Name:
```

| Dep/Disb | !XXXXXXXXXXXXXXXXXX | Dep/Disb | !XXXXXXXXXXXXXXXXXX |
|---|---|---|---|
| Date  !Amount !Des  !Balance | | Date  !Amount !Des  !Balance | |

CHL/Brooks00081

```
Ending Balance:      .00

-----------------------------------------------------------

MDS613R1 YJACQUES      Customer Delinquent Contact    4/14/06  6:22:37

        FROM: 0/00/0000 - 4/14/2006

Account #: 48649221  Customer's Name:  ROY BROOKS JR
Payment Pending:       .00

                      Follow-Up  Contact  Ex
T S        History of Contacts Made       Date     Date    Cd
- -  --------------------------------------------- -------- -------- --
I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS       1/20/04
     Initial Drive By Ordered              1/20/04
     Order # 003338385-001 REQ#-00001 Due on  / /        1/20/04
I R  01/24/2004 Req# 00001 Ord# 003338385-001 SWEEPORDE      2/05/04
I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS       2/18/04
     Monthly Drive By Ordered              2/17/04
     Order # 003419758-001 REQ#-00002 Due on  / /        2/17/04
I R  02/21/2004 Req# 00002 Ord# 003419758-001 SWEEPORDE      3/08/04
I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS       3/17/04
     Monthly Drive By Ordered              3/16/04
     Order # 003525234-001 REQ#-00003 Due on  / /        3/16/04
I R  03/22/2004 Req# 00003 Ord# 003525234-001 SWEEPORDE      4/07/04
I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS       4/18/04
     Monthly Drive By Ordered              4/17/04
     Order # 003618329-001 REQ#-00004 Due on  / /        4/17/04
I R  04/22/2004 Req# 00004 Ord# 003618329-001 SWEEPORDE      5/06/04
I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS       5/18/04
     Monthly Drive By Ordered              5/17/04
     Order # 003705010-001 REQ#-00005 Due on  / /        5/17/04
I R  05/26/2004 Req# 00005 Ord# 003705010-001 SWEEPORDE      6/09/04
I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS       6/17/04
     Monthly Drive By Ordered              6/17/04
     Order # 003792672-001 REQ#-00006 Due on  / /        6/17/04
I R  06/30/2004 Req# 00006 Ord# 003792672-001 SWEEPORDE      7/01/04
J O  Order # 003872115-001 REQ#-00001 Due on 07/16/2004    7/06/04
     Initial Yard Maintenance              7/06/04
J O  Order # 003872115-002 REQ#-00002 Due on 07/26/2004    7/13/04
```

CHL/Brooks00082

| | | |
|---|---|---|
| Complete per previous work order | 7/13/04 | |
| J R  Job Completed on 07/09/2004 Request # 00001 | 7/13/04 | |
| Order # 003872115-001 | 7/13/04 | |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP  ..FIELD SRVS | 7/18/04 | |
| Monthly Drive By Ordered | 7/17/04 | |
| Order # 003952046-001 REQ#-00007 Due on  / / | 7/17/04 | |
| I R  07/29/2004 Req# 00007 Ord# 003952046-001 SWEEPORDE | 8/02/04 | |
| J O  Order # 003872115-003 REQ#-00003 Due on 08/16/2004 | 8/05/04 | |
| Complete per previous work order | 8/05/04 | |
| J R  Job Completed on 07/19/2004 Request # 00002 | 8/05/04 | |
| Order # 003872115-002 | 8/05/04 | |
| J R  Job Completed on 08/11/2004 Request # 00003 | 8/16/04 | |
| Order # 003872115-003 | 8/16/04 | |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP  ..FIELD SRVS | 8/17/04 | |
| Monthly Drive By Ordered | 8/16/04 | |
| Order # 004054498-001 REQ#-00008 Due on  / / | 8/16/04 | |
| I R  08/20/2004 Req# 00008 Ord# 004054498-001 SWEEPORDE | 8/23/04 | |
| J O  Order # 004076422-001 REQ#-00004 Due on 09/03/2004 | 8/23/04 | |
| Initial Yard Maintenance | 8/23/04 | |
| J R  Job Completed on 08/30/2004 Request # 00004 | 8/31/04 | |
| Order # 004076422-001 | 8/31/04 | |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP  ..FIELD SRVS | 9/17/04 | |
| Monthly Drive By Ordered | 9/16/04 | |
| Order # 004153014-001 REQ#-00009 Due on  / / | 9/16/04 | |
| T C  New LM Home Base Contact. | 9/17/04 | |
| T C  New LM Home Base Contact. | 9/17/04 | |
| T C  New LM Home Base Contact. | 9/17/04 | |
| T C  New LM Home Base Contact. | 9/17/04 | |
| T C  New LM Home Base Contact. | 9/17/04 | |
| T C  New LM Home Base Contact. | 9/17/04 | |
| T C  New LM Home Base Contact. | 9/17/04 | |
| J O  Order # 004199751-001 REQ#-00005 Due on 10/12/2004 | 10/01/04 | |
| Initial Secure | 10/01/04 | |
| I R  10/06/2004 Req# 00009 Ord# 004153014-001 SWEEPORDE | 10/08/04 | |
| J R  Job Completed on 10/05/2004 Request # 00005 | 10/11/04 | |
| Order # 004199751-001 | 10/11/04 | |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP  ..FIELD SRVS | 10/17/04 | |
| Monthly Drive By Ordered | 10/16/04 | |
| Order # 004228533-001 REQ#-00010 Due on  / / | 10/16/04 | |
| S O  24 Hour Verify Occupancy Ordered | 10/18/04 | |
| Order # 004298900-001 REQ#-00011 Due on  / / | 10/18/04 | |
| I C  10182004 Request # 00010 Order # 004228533-001 | 10/18/04 | |
| Insp CANX - Rush Ordered | 10/18/04 | |
| S R  10/20/2004 Req# 00011 Ord# 004298900-001 LJOHSON1 | 10/22/04 | |
| T C  New LM Home Base Contact. | 10/25/04 | |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP  ..FIELD SRVS | 11/17/04 | |
| Monthly Drive By Ordered | 11/16/04 | |
| Order # 004400753-001 REQ#-00012 Due on  / / | 11/16/04 | |
| I C  10182004 Request # 00010 Order # 004228533-001 | 11/19/04 | |
| Cancelled before completion. | 11/19/04 | |
| No results received after 5 days, moved to Billing | 11/19/04 | |

CHL/Brooks00083

| | |
|---|---|
| S O  24 Hour Verify Occupancy Ordered | 12/01/04 |
| Order # 004423878-001 REQ#-00013 Due on  / / | 12/01/04 |
| I C  12012004 Request # 00012 Order # 004400753-001 | 12/01/04 |
| Insp CANX - Rush Ordered | 12/01/04 |
| S R  12/02/2004 Req# 00013 Ord# 004423878-001 CHUBBAR1 | 12/08/04 |
| I R  11/28/2004 Req# 00012 Ord# 004400753-001 SWEEPORDE | 12/08/04 |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS | 12/17/04 |
| Monthly Drive By Ordered | 12/16/04 |
| Order # 004492564-001 REQ#-00014 Due on  / / | 12/16/04 |
| I R  12/22/2004 Req# 00014 Ord# 004492564-001 SWEEPORDE | 12/23/04 |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS | 1/19/05 |
| Monthly Drive By Ordered | 1/18/05 |
| Order # 004611169-001 REQ#-00015 Due on  / / | 1/18/05 |
| I R  01/23/2005 Req# 00015 Ord# 004611169-001 SWEEPORDE | 2/10/05 |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS | 2/17/05 |
| Monthly Drive By Ordered | 2/16/05 |
| Order # 004769206-001 REQ#-00016 Due on  / / | 2/16/05 |
| J O  Order # 004787999-001 REQ#-00006 Due on 03/14/2005 | 3/01/05 |
| Initial Yard Maintenance | 3/01/05 |
| J C  Job Cancelled on 03/04/2005 Request # 00006 | 3/04/05 |
| Order # 004787999-001 | 3/04/05 |
| Other - Steve Sorenson requests.....verification o | 3/04/05 |
| f vacant lot needed | 3/04/05 |
| J R  Job Completed Prior to Cancellation. | 3/07/05 |
| Job Completed on 03/02/2005 Request # 00006 | 3/07/05 |
| Order # 004787999-001 | 3/07/05 |
| I R  03/14/2005 Req# 00016 Ord# 004769206-001 SWEEPORDE | 3/14/05 |
| J O  Order # 004894546-001 REQ#-00007 Due on 03/28/2005 | 3/17/05 |
| Initial Secure | 3/17/05 |
| J C  Job Cancelled on 03/17/2005 Request # 00007 | 3/17/05 |
| Order # 004894546-001 | 3/17/05 |
| Loan Paid Off 10/01/2005 | 3/17/05 |
| J C  Job Cancelled on 03/17/2005 Request # 00007 | 4/04/05 |
| Order # 004894546-001 | 4/04/05 |
| Cancelled before completion. | 4/04/05 |
| No results received after 5 days, moved to Billing | 4/04/05 |

------------------------------------------------------------

| | | | |
|---|---|---|---|
| ESR046R1   YJACQUES   BANKRUPTCY DEPARTMENT | S1F | 4/14/2006 | 6:22:37 |
| CC- 8 ! WC- | | | |
| Account:  48649221Mortgagor: ROY  BROOKS JR | CFC | | |
| Follow-Up Date: | | | |
| <..... 1 ... ... 2 .... 3 .... 4 ..... 5 ..... 6 .... ... 7 ....> | | | |

.SECTION-00001

.DT-031704,BGLASS

CHL/Brooks00084

```
.SECTION-00002
.DT-031704,BGLASS
*            FEE UPDATE
         COUNTRYWIDE HOME LOANS
 ACCT# ...........:  48649221
 CUSTOMER NAME ...:  ROY  BROOKS J
 DEMAND REQ DATE .:  3/16/04
 DEMAND EXP DATE .:  4/16/04
 STATE ...........:  ALABAMA
 FEES:
 FEES DUE ........:      23.00
 FORECLOSURE FEES.:    1,100.00
 COMMENT .........:  BGLASS
 READY TO RELEASE:  R R-RELEASE A-ARCHIVE
 F6=DMD HIST  F10=DMD RQST  F12=CANCEL
RECORD ADDED TO BOTH CFC@BNKRPT & CFC@COLECT MEMBERS


.SECTION-00003
.DT-031804,BGLASS
* P/O AUTO AMENDED RERELEASING
RECORD ADDED TO BOTH CFC@BNKRPT & CFC@COLECT MEMBERS


.SECTION-00004
.DT-031804,BGLASS
*            FEE UPDATE
         COUNTRYWIDE HOME LOANS
 ACCT# ...........:  48649221
 CUSTOMER NAME ...:  ROY  BROOKS J
 DEMAND REQ DATE .:  3/17/04
 DEMAND EXP DATE .:  4/16/04
 STATE ...........:  ALABAMA
 FEES:
 FEES DUE ........:      23.00
 FORECLOSURE FEES.:    1,100.00
 COMMENT .........:  BGLASS
 READY TO RELEASE:  R R-RELEASE A-ARCHIVE
 F6=DMD HIST  F10=DMD RQST  F12=CANCEL
RECORD ADDED TO BOTH CFC@BNKRPT & CFC@COLECT MEMBERS


.SECTION-00005
.DT-07012004, FSTVACNY
Property reported vacant 06/30/2004.



-----------------------------------------------------


ESR046R1   YJACQUES   WHOLESALE DIVISION      C2C    4/14/2006  6:22:37
                         CC- 8 ! WC-
Account: 48649221Mortgagor: ROY  BROOKS JR            CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ...>
```

CHL/Brooks00085

```
----------------------------------------------------------------

--------------------------------------------------------

ESR046R1  YJACQUES   FC COLLECTIONS    S2A   4/14/2006  6:22:37
                        CC- 8 ! WC-
Account: 48649221Mortgagor: ROY  BROOKS JR          CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ...>

.SECTION-00001
.DT-031704,BGLASS
```

.SECTION-00002
.DT-031704,BGLASS
*            FEE UPDATE
       COUNTRYWIDE HOME LOANS
   ACCT# ...........:  48649221
   CUSTOMER NAME ...:  ROY  BROOKS J
   DEMAND REQ DATE .:  3/16/04
   DEMAND EXP DATE .:  4/16/04
   STATE ...........:  ALABAMA
   FEES:
   FEES DUE ........:     23.00
   FORECLOSURE FEES.:   1,100.00
   COMMENT .........:  BGLASS
   READY TO RELEASE:  R R-RELEASE A-ARCHIVE
   F6=DMD HIST  F10=DMD RQST  F12=CANCEL
RECORD ADDED TO BOTH CFC@BNKRPT & CFC@COLECT MEMBERS

.SECTION-00003
.DT-031804,BGLASS
* P/O AUTO AMENDED RERELEASING
RECORD ADDED TO BOTH CFC@BNKRPT & CFC@COLECT MEMBERS

.SECTION-00004
.DT-031804,BGLASS
*            FEE UPDATE
       COUNTRYWIDE HOME LOANS
   ACCT# ...........:  48649221
   CUSTOMER NAME ...:  ROY  BROOKS J
   DEMAND REQ DATE .:  3/17/04
   DEMAND EXP DATE .:  4/16/04
   STATE ...........:  ALABAMA
   FEES:

CHL/Brooks00086

```
FEES DUE .........:    23.00
FORECLOSURE FEES.:   1,100.00
COMMENT ..........:  BGLASS
READY TO RELEASE:   R R-RELEASE A-ARCHIVE
F6=DMD HIST  F10=DMD RQST  F12=CANCEL
RECORD ADDED TO BOTH CFC@BNKRPT & CFC@COLECT MEMBERS



----------------------------------------------------


ESR046R1   YJACQUES   CUSTOMER SERVICE DEPARTMENT S2K     4/14/2006  6:22:37
                           CC-  8 ! WC-
Account:  48649221Mortgagor: ROY  BROOKS JR                    CFC
Follow-Up Date:  _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ...>

.SECTION- 00001
.DT-  122203, CMARTEL, ACQ515R2
Welcome Letter Generated on 12/22/2003 for: Roy  Brooks Jr
Fair Debt Letter Generated on 12/22/2003 for: Roy  Brooks Jr
Beal Bank; ; ; Customer Service; 800-649-2325
Cutoff Date: December 19, 2003    Transfer Date: December 20, 2003    Effectiv
e Date: January 11, 2004    Date of Data: December 12, 2003

.SECTION- 00002
.DT-  122203, CMARTEL, ACQ515R2
Welcome Letter Re-Generated on 12/22/2003 for: Roy  Brooks Jr
Fair Debt Letter Re-Generated on 12/22/2003 for: Roy  Brooks Jr
Beal Bank; ; ; Customer Service; 800-649-2325
Cutoff Date: December 19, 2003    Transfer Date: December 20, 2003    Effectiv
e Date: January 11, 2004    Date of Data: December 12, 2003

.SECTION- 00003
.DT-  122303, CMARTEL, ACQ515R2
Welcome Letter Re-Generated on 12/23/2003 for: Roy  Brooks Jr
Fair Debt Letter Re-Generated on 12/23/2003 for: Roy  Brooks Jr
Beal Bank; ; ; Customer Service; 800-649-2325
Cutoff Date: December 19, 2003    Transfer Date: December 20, 2003    Effectiv
e Date: January 11, 2004    Date of Data: December 12, 2003

.SECTION- 00004
.DT-  122303, CMARTEL, ACQ515R2
Welcome Letter Re-Generated on 12/23/2003 for: Roy  Brooks Jr
Fair Debt Letter Re-Generated on 12/23/2003 for: Roy  Brooks Jr
Beal Bank; 6000 Legacy Drive; Plano, TX; Customer Service; 800-649-2325
Cutoff Date: December 19, 2003    Transfer Date: December 20, 2003    Effectiv
e Date: January 11, 2004    Date of Data: December 12, 2003


.SECTION-00005
.DT-01/12/2004, TM-20:37:01,SYSMGR
Address changed by MoveForward
Previous address:
```

CHL/Brooks00087

```
319 DEAN ST
TROY          AL 36081
New address:
319 DEAN ST
TROY          AL 36081-1803

.SECTION-00006
.DT-03/03/2004, TM-08:57:02,MUNG
ESCPMT   .00 to .01              Escrow/Impound Payment    S601

.SECTION-00007
.DT-09172004, CARLOS CHAVEZ, x4204, Simi
CC-01,WC-05,LC-00,PC-8 ,NEXTDUE-10112001,DOT HIST-FFFFFFFF
WORK TYPE-Phone Call Inco,CALL TYPES-        ,     ,      ,
CALLER-ROY BROOKS JR      ,COMPANY-          ,PH#  -  -
EXTN: 0000
                REGULAR DOCUMENTATION

Transfer caller to Foreclosure Dept

.SECTION-00008
.DT-03/15/2005, TM-11:28:24,BSCIUMBA
PRIBAL   23,324.50 to .00        Principal Balance    S601
CLSDCD    1 to 3                 Closed Code

.SECTION-00009
.DT-052405,INS        INSCORLOGR
LPP CANCELLATION NOTICE SENT TO BORROWER ON 05/01/2005

.SECTION-00010        RCLAY
AUTOMATED ESC OVR CHECK3556478 / DT-082605 / AMOUNT      139.00
PAYEE: ROY  BROOKS JR         / TRANS. TYPE-165

.SECTION-00011              STMMV03R
.DT-09/30/2005, TM-08:24:48,CFC@LNADM
Address changed by NCOA
Previous address:
319 DEAN ST
TROY          AL 36081-1803
New address:
319 Dean St
Troy          AL 36081-1803



-----------------------------------------------

ESR046R1  YJACQUES  FIELD INSPECTIONS      S1G   4/14/2006  6:22:38
               CC- 8 ! WC-
Account:  48649221Mortgagor: ROY  BROOKS JR          CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 .....>
```

CHL/Brooks00088

.SECTION-00001
.DT-07012004, INSVACNY
Property reported vacant 06/30/2004.

.SECTION-00002/FU-08022004/CD           ,
.DT-08022004, INSVACNY
Property reported vacant 07/29/2004.  Force order policy in place.
Follow-up for vacancy coverage.

.SECTION-00003/FU-08232004/CD           ,
.DT-08232004, INSVACNY
Property reported vacant 08/20/2004.  Force order policy in place.
Follow-up for vacancy coverage.

.SECTION-00004/FU-10082004/CD           ,
.DT-10082004, INSVACNY
Property reported vacant 10/06/2004.  Force order policy in place.
Follow-up for vacancy coverage.

.SECTION-00005/FU-10222004/CD           ,
.DT-10222004, INSVACNY
Property reported vacant 10/20/2004.  Force order policy in place.
Follow-up for vacancy coverage.

.SECTION-00006/FU-12082004/CD           ,
.DT-12082004, INSVACNY
Property reported vacant 12/02/2004.  Force order policy in place.
Follow-up for vacancy coverage.

.SECTION-00007/FU-12232004/CD           ,
.DT-12232004, INSVACNY
Property reported vacant 12/22/2004.  Force order policy in place.
Follow-up for vacancy coverage.

.SECTION-00008/FU-02102005/CD           ,
.DT-02102005, INSVACNY
Property reported vacant 01/23/2005.  Force order policy in place.
Follow-up for vacancy coverage.

.SECTION-00009/FU-03142005/CD           ,
.DT-03142005, INSVACNY
Property reported vacant 03/14/2005.  Force order policy in place.
Follow-up for vacancy coverage.



-------------------------------------------------------

ESR046R1   YJACQUES   CFC FORECLOSURE       S1C    4/14/2006  6:22:38
                              CC- 8 ! WC-
Account:  48649221 Mortgagor: ROY  BROOKS JR              CFC
Follow-Up Date:  _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ...>

CHL/Brooks00089

.SECTION-00001
.DT-02122004,CHUBBAR1

.SECTION-00002
.DT-02132004,CHUBBAR1

.SECTION-00003
.DT-030104,RPIERCE
**********SEE TAX SERVICING FOR ADVANCE INFORMATION************************
RECORD ADDED TO BOTH TAX & CFC@FOR MEMBERS

.SECTION-4
.DT-3162004 ,CHUBBAR1    RIN020R08         FINAL: S AUTOMATIC
FORECLOSURE REINSTATEMENT - LOAN:  48649221  GOOD THRU : 03/30/2004

| | TOTAL |
|---|---|
| PAYMENTS DUE | 6513.14 |
| LATE CHARGE | .00 |
| ESCROW DEFICIENCY | 87.70 |
| | |
| Property Inspection: | 23.00 |
| Property Preservatn: | .00 |
| Foreclosure Fees  : | 1025.00 |
| Foreclosure Expens.: | .00 |
| Bankruptcy Fees   : | .00 |
| Bankruptcy Expenses: | .00 |
| Other/Misc. Fees  : | .00 |
| Sub-Total      : | |
| LESS PARTIAL PAYMENT | .00 |
| TOTAL DUE     : | 7648.84 |
| CURRENT ESCROW BALANCE | -87.93 |
| ESCROW ANALYSIS SHORTFALL | 16.65 |
| COMMENTS: | |

.SECTION-5
.DT-3162004 ,CHUBBAR1    RIN020R08         FINAL: S AUTOMATIC
FORECLOSURE REINSTATEMENT - LOAN:  48649221  GOOD THRU : 03/30/2004

| | TOTAL |
|---|---|
| PAYMENTS DUE | 6513.14 |
| LATE CHARGE | .00 |
| ESCROW DEFICIENCY | 87.70 |
| | |
| Property Inspection: | 23.00 |
| Property Preservatn: | .00 |
| Foreclosure Fees  : | 1025.00 |
| Foreclosure Expens.: | .00 |
| Bankruptcy Fees   : | .00 |
| Bankruptcy Expenses: | .00 |

CHL/Brooks00090

| | |
|---|---|
| Other/Misc. Fees : | .00 |
| Sub-Total : | |
| LESS PARTIAL PAYMENT | .00 |
| TOTAL DUE : | 7648.84 |
| CURRENT ESCROW BALANCE | -87.93 |
| ESCROW ANALYSIS SHORTFALL | 16.65 |
| COMMENTS: | |

.SECTION-00006
.DT-05072004,CHUBBAR1

.SECTION-00007
.DT-06042004,CHUBBAR1

.SECTION-00008
.DT-061004,CHUBBAR1
REFERRED TO FORECLOSURE 02/13/04.

.SECTION-00009
.DT-061004,CHUBBAR1
FILE REFERRED TO ATTORNEY 02/13/04. INTPTD 04/18/02
ATTORNEY:MCFADDEN, LYON, & ROUSE       ATTORNEY PH# 251-342-9172

.SECTION-00010
.DT-06162004,CHUBBAR1

.SECTION-00011
.DT-06212004,CHUBBAR1

.SECTION-00012
.DT-06212004,CHUBBAR1
REQ RUSH BPO'S TO DETERMINE VALUE SO THAT EQUITY ANALY CAN BE DONE.

.SECTION-00013
.DT-07012004, FSTVACNY
Property reported vacant 06/30/2004.

.SECTION-00014/FU-07132004/CD     ,/CD-07142004CHUBBAR1
.DT-07132004, FLDCOMP
*ALERT* Review Request #00001 Order Number 003872115-001.
Job Completed on 07/09/2004.

.SECTION-00015
.DT-07212004,CWOLFE

CHL/Brooks00091

FOR FURTHER INFO, CALL CFSC AT 909-890-2223 OR E-MAIL THE STATE DATABASE.

JOB ORDERED:7/6/2004 JOB DUE:7/16/2004 JOB COMPLETE:7/9/2004

SUBMITTED BY: COUNTRYWIDE FIELD SERVICES CORPORATION-SAN BERNARDINO, CA 92408

CFSC ORDER# 003872115 001

NO GRASS CUT DONE DUE TO  COULD NOT FIND PROPERTY-RESEND CONTR.

TRIP CHARGE ASSESSED

GRASS CUT NOT DONE BECAUSE OTHER SPECIFY COULD NOT FIND PROPERTY


.SECTION-00016

.DT-072704,CHUBBAR1

SALE SCHEDULED FOR 08/23/04.


.SECTION-00017

.DT-08022004,CWOLFE

FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.

JOB ORDERED:7/6/2004 JOB DUE:7/16/2004 JOB COMPLETE:7/9/2004

VENDOR: COUNTRYWIDE FIELD SERVICES CORPORATION

301 EAST VANDERBILT WAY, SUITE 350

SAN BERNARDINO, CA 92408

CFSC ORDER# 003872115 001

| | | | | |
|---|---|---|---|---|
| PHOTOS/CHARGE | 1 | @ | .00 | $0.00 |
| TRIP CHARGE/CHARGE | 1 | @ | 40.00 | $40.00 |

---------------

| | |
|---|---|
| INVOICE TOTAL | $40.00 |


.SECTION-00018/FU-08022004/CD      ,/CD-08042004CHUBBAR1

.DT-08022004, FSTVACNY

Property reported vacant 07/29/2004.  (Vacant/Secured  )

Damage: NO    Warning Code: 5    Tech Code: 202    Condo: NO

Comments: NO


.SECTION-00019/FU-08052004/CD-08102004,NJANNISE

.DT-08052004, FLDCOMP

*ALERT*  Review Request #00002 Order Number 003872115-002.

Job Completed on 07/19/2004.


.SECTION-00020

.DT-08062004,CWOLFE

FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.

JOB ORDERED:7/13/2004 JOB DUE:7/26/2004 JOB COMPLETE:7/19/2004

SUBMITTED BY: COUNTRYWIDE FIELD SERVICES CORPORATION-SAN BERNARDINO, CA 92408

CFSC ORDER# 003872115 002

INSPECTOR IS REPORTING THAT IT IS A VACANT LOT  RE SEND CONTR.

TRIP CHARGE ASSESSED


.SECTION-00021

.DT-08112004,CWOLFE

FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.

JOB ORDERED:7/13/2004 JOB DUE:7/26/2004 JOB COMPLETE:7/19/2004

VENDOR: COUNTRYWIDE FIELD SERVICES CORPORATION

301 EAST VANDERBILT WAY, SUITE 350

SAN BERNARDINO, CA 92408

CHL/Brooks00092

| CFSC ORDER# 003872115 002 | | | | |
| PHOTOS/CHARGE | 2 | @ | 2.50 | $5.00 |
| TRIP CHARGE/CHARGE | 1 | @ | 40.00 | $40.00 |
| ---------------- | | | | |

| INVOICE TOTAL | $45.00 |

.SECTION-00022/FU-08162004/CD-08182004,CHUBBAR1
.DT-08162004, FLDCOMP
*ALERT* Review Request #00003 Order Number 003872115-003.
Job Completed on 08/11/2004.

.SECTION-00023
.DT-08172004,HNORTON
FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.
JOB ORDERED:8/5/2004 JOB DUE:8/16/2004 JOB COMPLETE:8/11/2004
SUBMITTED BY: COUNTRYWIDE FIELD SERVICES CORPORATION-SAN BERNARDINO, CA 92408
CFSC ORDER# 003872115 003
NO GRASS CUT DONE DUE TO LIMITED GROWTH  VACANT LOT /****
TRIP CHARGE ASSESSED
GRASS CUT NOT DONE BECAUSE OTHER SPECIFY LIMITED GROWTH

.SECTION-00024/FU-08232004/CD      ,/CD-08232004NJANNISE
.DT-08232004, FSTVACNY
Property reported vacant 08/20/2004.  (Vacant/Secured   )
Damage: NO    Warning Code: 5    Tech Code: 202    Condo: NO
Comments: NO

.SECTION-00025
.DT-08252004,CWOLFE
INSPECTION ORDERED:8/16/2004  INSPECTION COMPLETE:8/20/2004
PROPERTY TYPE IS VACANT LAND AND IS VACANT AND SECURED
VACANT LOT, PHOTOS SENT OF DRIVEWAY AND NBR HOMES, AND MAILBOX.

.SECTION-00026
.DT-08272004,NJANNISE
PER COURTNEY SALE WAS POSTPONE AND RESET FOR 10/5/04

.SECTION-00027
.DT-082704,NJANNISE
SALE SCHEDULED FOR 10/05/04.

.SECTION-00028
.DT-08302004,CWOLFE
FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.
JOB ORDERED:8/5/2004 JOB DUE:8/16/2004 JOB COMPLETE:8/11/2004
VENDOR: COUNTRYWIDE FIELD SERVICES CORPORATION
301 EAST VANDERBILT WAY, SUITE 350
SAN BERNARDINO, CA 92408
CFSC ORDER # 003872115 003

| PHOTOS/CHARGE | 1 | @ | 2.50 | $2.50 |
| TRIP CHARGE/CHARGE | 1 | @ | 40.00 | $40.00 |
| ---------------- | | | | |

CHL/Brooks00093

| INVOICE TOTAL | $42.50 |
|---|---|

.SECTION-00029/FU-08312004/CD-09022004,CHUBBAR1

.DT-08312004, FLDCOMP

*ALERT* Review Request #00004 Order Number 004076422-001.

Job Completed on 08/30/2004.


.SECTION-00030

.DT-09012004,MPARENT

FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.

JOB ORDERED:8/23/2004 JOB DUE:9/3/2004 JOB COMPLETE:8/30/2004

SUBMITTED BY: COUNTRYWIDE FIELD SERVICES CORPORATION-SAN BERNARDINO, CA 92408

CFSC ORDER# 004076422 001

THIS IS A VACANT LOT, MAINTAINED BY CHURCH NEXT DOOR.

TRIP CHARGE ASSESSED

GRASS CUT NOT DONE BECAUSE OTHER SPECIFY MAINTAINED BY CHURCH NEXT DOOR


.SECTION-00031

.DT-09092004,MPARENT

FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.

JOB ORDERED:8/23/2004 JOB DUE:9/3/2004 JOB COMPLETE:8/30/2004

VENDOR: COUNTRYWIDE FIELD SERVICES CORPORATION

301 EAST VANDERBILT WAY, SUITE 350

SAN BERNARDINO, CA 92408

CFSC ORDER# 004076422 001

| PHOTOS/CHARGE | 1 | @ | 2.50 | $2.50 |
|---|---|---|---|---|
| TRIP CHARGE/CHARGE | 1 | @ | 40.00 | $40.00 |

---------------

| INVOICE TOTAL | $42.50 |
|---|---|

.SECTION-00032

.DT-09242004,LJOHNSO1

REVIEWD THE FILE AND THIS LOAN HAS LOW BPO VALUED, PER NOTES IN THE BEGINING T
HIS IS A FIRST.  SENT EMAIL TO TML TO FIND OUT HOW TO PROCEED.

.SECTION-00033

.DT-092704,DPSUPLD

1ST PUB DATE 09/24/2004.


.SECTION-00034

.DT-10012004,HNORTON

****THIS PROPERTY IS LOCATED IN A COUNTY DECLARED TO BE A DISASTER AREA BY FEM
A.  PRIOR TO PROCEEDING WITH THE FORECLOSURE PROCESS, PLEASE CONFIRM THAT AN I
NSPECTION HAS BEEN ORDERED TO INCLUDE PHOTOS.  WE NEED TO ENSURE NO DAMAGE HA
BEEN SUSTAINED.  IF DAMAGE IS IDENTIFIED, FOLLOW THE PROCEDURES SET FORTH BY
PRODUCT TYPE AND FORECLOSURE STAGE, AND ADVISE YOUR TEAM LEADER OF ANY QUESTI
NS.****


.SECTION-00035/FU-10082004/CD-10152004,LJOHNSO1

.DT-10082004, FSTVACNY

Property reported vacant 10/06/2004.  (Vacant/Secured    )

| Damage: NO | Warning Code: 5 | Tech Code: 202 | Condo: NO |
|---|---|---|---|

CHL/Brooks00094

Comments: NO

.DT-10152004,LJOHNSO1

PROPERTY IS A VACANT LOT

.SECTION-00036

.DT-10112004,MPARENT

INSPECTION ORDERED:9/16/2004  INSPECTION COMPLETE:10/6/2004

PROPERTY TYPE IS VACANT LAND AND IS VACANT AND SECURED

VACANT LOT

.SECTION-00037/FU-10112004/CD     ,/CD-10152004LJOHNSO1

.DT-10112004, FLDCOMP

*ALERT*  Review Request #00005 Order Number 004199751-001.

Job Completed on 10/05/2004.

.DT-10152004,LJOHNSO1

PROPERTY IS A VACANT LOT

.SECTION-00038

.DT-10122004,MPARENT

INSPECTION ORDERED:9/16/2004  INSPECTION COMPLETE:10/6/2004

PROPERTY TYPE IS VACANT LAND AND IS VACANT AND SECURED

VACANT LOT

.SECTION-00039

.DT-10122004,MPARENT

FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.

JOB ORDERED:10/1/2004 JOB DUE:10/12/2004 JOB COMPLETE:10/5/2004

SUBMITTED BY: COUNTRYWIDE FIELD SERVICES CORPORATION-SAN BERNARDINO, CA 92408

CFSC ORDER# 004199751 001

PROPETY IS A VACANT LOT, MAINTAINED BY CHURCH NEXT DOOR, THERE IS NOTHING TO S
ECURE. THERE IS NO NEED TO RETURN TO THIS PROPERTY .

TRIP CHARGE ASSESSED

.SECTION-00040

.DT-10152004,LJOHNSO1

REVEIWD THE LOAN AND THIS PROPERTY IS A VACANT LOT.  SENT EMAIL TO DON TO SEE
HOW TO PROCEED.

.SECTION-00041

.DT-10202004,MPARENT

FOR FURTHER INFO ON THIS WORK ORDER, CALL CFSC AT 909-806-2500.

JOB ORDERED:10/1/2004 JOB DUE:10/12/2004 JOB COMPLETE:10/5/2004

VENDOR: COUNTRYWIDE FIELD SERVICES CORPORATION

301 EAST VANDERBILT WAY, SUITE 350

SAN BERNARDINO, CA 92408

CFSC ORDER# 004199751 001

| | | | |
|---|---|---|---|
| PHOTOS/CHARGE | 1 | @    2.50 | $2.50 |
| TRIP CHARGE/CHARGE | 1 | @   40.00 | $40.00 |

---------------

| INVOICE TOTAL | $42.50 |
|---|---|

.SECTION-00042/FU-10222004/CD-11052004,LJOHNSO1

CHL/Brooks00095

.DT-10222004, FSTVACNY
Property reported vacant 10/20/2004.  (Vacant/Secured   )
Damage: NO    Warning Code: 5    Tech Code: 202    Condo: NO
Comments: NO

.SECTION-00043
.DT-10252004,MPARENT
INSPECTION ORDERED:10/18/2004  INSPECTION COMPLETE:10/20/2004
PROPERTY TYPE IS VACANT LAND AND IS VACANT AND SECURED
415 ICE STREET IS A VACANT LOT.  PER NBR @ 411 HUBBARD STREET, MRTGR ROY BROOK
S HAD BEEN LIVING IN 410 HUBBARD, BUT MRTGR MOVED OUT ON THE FIRST OF THIS MON
TH (10/1)

.SECTION-00044
.DT-11082004,LJOHNSO1
████████████████████████████████████████████████████████

.SECTION-00045
.DT-11222004,MPARENT
INSPECTION ORDERED:10/18/2004  INSPECTION COMPLETE:10/20/2004
PROPERTY TYPE IS VACANT LAND AND IS VACANT AND SECURED
415 ICE STREET IS A VACANT LOT.  PER NBR @ 411 HUBBARD STREET, MRTGR ROY BROOK
S HAD BEEN LIVING IN 410 HUBBARD, BUT MRTGR MOVED OUT ON THE FIRST OF THIS MON
TH (10/1)

.SECTION-00046
.DT-11232004,MPARENT
INSPECTION ORDERED:10/16/2004  INSPECTION COMPLETE:11/30/1999
PROPERTY TYPE IS NOT STATED AND IS UNKNOWN OCCUPANCY STATUS
INSP CANX - RUSH ORDERED

.SECTION-00047
.DT-12012004,CHUBBAR1
REC CALL FROM ANGELINA WHO ADVISED WL E/M RESULTS FROM INSPECTOR WITH VALUES,
AND DETAILS OF ANY DAMAGES.

.SECTION-00048
.DT-12062004,CHUBBAR1
E/M AEFFORT ADV NEED VALUES ON ALL 3 PROPERTIES FROM INSPECTOR.

.SECTION-00049/FU-12082004/CD-03242005,JHATZENB
.DT-12082004, FSTVACNY
Property reported vacant 12/02/2004.  (Vacant/Un-secured)
Damage: YES    Warning Code: 5    Tech Code: 202    Condo: NO
Comments: NO

.SECTION-00050
.DT-12092004,MPARENT
INSPECTION ORDERED:11/16/2004  INSPECTION COMPLETE:11/28/2004
PROPERTY TYPE IS SINGLE FAMILY RESIDENCE AND IS UNKNOWN OCCUPANCY STATUS
VANDALISM DAMAGE WAS FOUND
-THIS RESULT NOT VALIDATED

CHL/Brooks00096

.SECTION-00051
.DT-12092004,MPARENT
INSPECTION ORDERED:12/1/2004  INSPECTION COMPLETE:12/2/2004
PROPERTY TYPE IS SINGLE FAMILY RESIDENCE AND IS VACANT AND  UNSECURED
VANDALISM DAMAGE WAS FOUND
PER THE NBR.  WINDOWS ARE BROKEN.  NBR SAYS KIDS HAVE BEEN BREAKING THEM

.SECTION-00052/FU-12232004/CD     /CD-03242005JHATZENB
.DT-12232004, FSTVACNY
Property reported vacant 12/22/2004.  (Vacant/Secured  )
Damage: YES    Warning Code: 5    Tech Code: 202    Condo: NO
Comments: NO

.SECTION-00053
.DT-01062005,MPARENT
INSPECTION ORDERED:12/16/2004  INSPECTION COMPLETE:12/22/2004
PROPERTY TYPE IS SINGLE FAMILY RESIDENCE AND IS VACANT AND SECURED
VANDALISM DAMAGE WAS FOUND
PORCH HAS FALLEN. BROKEN WINDOWS NOT SEC/DUE TO THE BROKEN WINDOWS. GRASS HE
HT IS  +

.SECTION-00054
.DT-01312005,LJOHNSO1
██████████████████████████████████████

.SECTION-00055/FU-02102005/CD     /CD-03242005JHATZENB
.DT-02102005, FSTVACNY
Property reported vacant 01/23/2005.  (Vacant/Secured  )
Damage: YES    Warning Code: 5    Tech Code: 202    Condo: NO
Comments: NO

.SECTION-00056/FU-03072005/CD     /CD-03242005JHATZENB
.DT-03072005, FLDCOMP
*ALERT* Review Request #00006 Order Number 004787999-001.
Job Completed on 03/02/2005.

.SECTION-00057
.DT-03092005,CHUBBAR1
████████████████████████████████████████████
████████████████████████████████████████

.SECTION-00058/FU-03142005/CD     /CD-03242005JHATZENB
.DT-03142005, FSTVACNY
Property reported vacant 03/14/2005.  (Vacant/Secured  )
Damage: NO    Warning Code: 5    Tech Code: 202    Condo: NO
Comments: NO

.SECTION-00059/FU-04042005/CD-03282006,MPARENT
.DT-04042005, FLDCANX
*ALERT*  Review Request #00007 Order Number 004894546-001.

CHL/Brooks00097

Job Cancelled on 03/17/2005 Due to Loan Paid Off

.SECTION-00060
.DT-04062005,JHATZENB
LOAN HAS PAIDOFF; ████████████

--------------------------------------------------------

ESR046R1   YJACQUES   ESCROW ANALYSIS/DISB.   S2M   4/14/2006  6:22:38
                          CC- 8 ! WC-
Account:  48649221Mortgagor: ROY  BROOKS JR          CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ..>

--------------------------------------------------------

ESR046R1   YJACQUES   LOAN LOSS MITIGATION   S2E   4/14/2006  6:22:38
                          CC- 8 ! WC-
Account:  48649221Mortgagor: ROY  BROOKS JR          CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ..>

--------------------------------------------------------

ESR046R1   YJACQUES   CFC REAL ESTATE MANAGEMENT  S1G   4/14/2006  6:22:38
                          CC- 8 ! WC-
Account:  48649221Mortgagor: ROY  BROOKS JR          CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ..>

.SECTION-00001
.DT-10272004,CMWAKUTU
NO IMAGING IN FMS,REQ'D DOC'S THRU RECORDS MANAGEMENT TO OBTAIN THE PPP TERMS
PER RECORDS MANAGEMENT NO DOC'S AVAILABLE

--------------------------------------------------------

ESR046R1   YJACQUES   PAYOFF AND ASSUMPTION   S2G   4/14/2006  6:22:38
                          CC- 8 ! WC-
Account:  48649221Mortgagor: ROY  BROOKS JR          CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ..>

.SECTION-00001  Doc Type:D Seq #:00
Faxed Payoff Demand requested /CHUBBAR1  / 03/16/2004/ 09:31:55
Demand expiration date: 04/16/2004 Fax Number: 2513429457
Sent to Foreclosure Exception Queue.
Released from Foreclosure Queue. CHUBBAR1   03/16/2004 09:32:56

CHL/Brooks00098

Sent to Right Fax. CHUBBAR1    03/16/2004 09:32:56

| .SECTION-00002/FU-20040416 | 01 | |
|---|---|---|
| PAYOFF LETTER / 20040316BCHUBBAR1  S | | 02 |
| PAYOFF DT-20040416      FAFAX NO.:82513429457 | | 03 |
| TO: Beth Rouse              ,X | 3 | |
| X                    ,X | 12345 678 | |

.SECTION-00003  Doc Type:A Seq #:01
Faxed Payoff Demand requested /CFC@POA  / 03/16/2004/ 23:12:52
Demand expiration date:  04/16/2004 Fax Number: 2513429457
Sent to Foreclosure Exception Queue.
Released from Foreclosure Queue. BGLASS      03/17/2004 12:33:48
Sent to Right Fax. BGLASS      03/17/2004 12:33:48

| .SECTION-00004/FU-20040416 | 01 | |
|---|---|---|
| PAYOFF LETTER / 20040317BBGLASS  S | | 02 |
| PAYOFF DT-20040416      FAFAX NO.:82513429457 | | 03 |
| TO: Beth Rouse              ,X | 3 | |
| X                    ,X | 12345 678 | |

.SECTION-00005  Doc Type:A Seq #:02
Faxed Payoff Demand requested /CFC@POA  / 03/17/2004/ 23:46:25
Demand expiration date:  04/16/2004 Fax Number: 2513429457
Sent to Foreclosure Exception Queue.
Released from Foreclosure Queue. BGLASS      03/18/2004 08:01:10
Sent to Right Fax. BGLASS      03/18/2004 08:01:10

| .SECTION-00006/FU-20040416 | 01 | |
|---|---|---|
| PAYOFF LETTER / 20040318BBGLASS  S | | 02 |
| PAYOFF DT-20040416      FAFAX NO.:82513429457 | | 03 |
| TO: Beth Rouse              ,X | 3 | |
| X                    ,X | 12345 678 | |

.SECTION-00007  Doc Type:A Seq #:03
Faxed Payoff Demand requested /CFC@POA  / 04/08/2004/ 23:03:15
Demand expiration date:  04/16/2004 Fax Number: 2513429457
Sent to Foreclosure Exception Queue.
Faxed Payoff Demand requested /CFC@POA  / 04/14/2004/ 22:51:51
Demand expiration date:  04/16/2004 Fax Number: 2513429457
Sent to Foreclosure Exception Queue.
Released from Foreclosure Queue. CHUBBAR1    04/16/2004 10:08:38
Sent to Right Fax. CHUBBAR1    04/16/2004 10:08:38

| .SECTION-00008/FU-20040416 | 01 | |
|---|---|---|
| PAYOFF LETTER / 20040414BCHUBBAR1  S | | 02 |
| PAYOFF DT-20040416      FAFAX NO.:82513429457 | | 03 |
| TO: Beth Rouse              ,X | 3 | |
| X                    ,X | 12345 678 | |

.SECTION-00009  Doc Type:A Seq #:04
Faxed Payoff Demand requested /CHUBBAR1  / 03/08/2005/  08:39:37

CHL/Brooks00099

Demand expiration date: 04/08/2005 Fax Number: 9725264113

Sent to Foreclosure Exception Queue.

Archived from Foreclosure Queue. CHUBBAR1     03/08/2005 08:39:53

SECTION- 00010 05/25/2005   JMELARA
                  CFC@EPRCON

Document: D2 TD/MTG

Follow-up: Request completed

UNABLE TO GET REC'D INFO FROM COUNTY THEY DO NOT INFO IN COMPUTER SYSTEM FROM
THAT FAR BACK. AND THERE IS NO CLOSING AGENT INFO IN IMAGING


.SECTION-00011

.DT-061305,JGLADDEN

 AFTER PAYOFFS APPROVES THE WRITE OFF OF FEE BALANCE $76.50 FOR FEE CODE 10016


RECORD ADDED TO BOTH CFC@POA & CSH MEMBERS



------------------------------------------------------


ESR046R1   YJACQUES   INSURANCE ACTIVITIES     S1A    4/14/2006  6:22:38
                    CC- 8 ! WC-

Account:  48649221Mortgagor: ROY  BROOKS JR           CFC

Follow-Up Date: _____

<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ...>


.SECTION-00001

.DT-010204,$POLEXP01C  POLEXP01R

| S/TY/FR PAYEECD | OPT EFF DT | AMOUNT | EXP DT | DESC/POLICY# | PROP FO LTR |
|---|---|---|---|---|---|
| 1 20 12 089200000 | 121903 | 000000.00 | 1203 | 999 | O |
| 1 20 12 089200000 | 121904 | 000000.00 | 1204 | 999 | N |

Set Pay:    Doc Dte:  / /      HOA/RELO#:      Doc Type:

Spec Hnd:    Ref Chk:        Ref Amt:      Ref RSN:

Canc RSN:    Canc/Rein Dte:  / /    Repl Cost:      Prop:

Pol Typ:    Cov Amt:      Ded Amt:      End Typ:


.SECTION-00002/FU-070204/C/CD-07022004 GROBLES

.DT-070104,INSVACNY

Property reported vacant 06/30/04.  Vacancy letters have been sent to
insurance company and borrower.  Please follow-up for proper coverage.

.DT-07022004,GROBLES

UPDTD ESC WITH LPP-V-F.INS CARRIER NOT FOUND.


.SECTION-00003

.DT-070204,GROBLES    INSR100

| S/TY/FR PAYEECD | OPT EFF DT | AMOUNT | EXP DT | DESC/POLICY# | F/O CAI |
|---|---|---|---|---|---|
| 1 20 12 089200000 | 121903 | .00 | 1204 | 999 | O |
| 1 20 12 027500275 | 2 070204 | .00 | 0705 | 999 | F    N |

Set Pay:    Doc Dte: 07/02/2004      HOA/RELO#:      Doc Type: VAC

Spec Hnd: NOI  Ref Chk:      .  Ref Amt:      Ref RSN:

Canc RSN:    Canc/Rein Dte: 07/02/2004  Repl Cost:     % Prop:

Pol Typ: V    Cov Amt:  23000      Ded Amt:      End Typ:

CHL/Brooks00100

```
1 20 12 027500275 2 070204    .00 0705 999         F  O
1 20 12 027500275 2 070204    .00 0705 999         F  N
```

| Set Pay: | Doc Dte: / / | HOA/RELO#: | Doc Type: |
|---|---|---|---|
| Spec Hnd: | Ref Chk: | Ref Amt: . | Ref RSN: |
| Canc RSN: | Canc/Rein Dte: / / | Repl Cost: | % Prop: |
| Pol Typ: | Cov Amt: | Ded Amt: | End Typ: |

.SECTION-00004

.DT-070204,CAI@ADM    CIS100R3

S/TY/FR PAYEECD OPT DUE DT   AMOUNT EXP DT DESC/POLICY#    PROP FO LTR

```
1 20 12 051300000 2 070205    .00 0705 999         F  O
1 20 12 051300000 2 070205    .00 0705 999         O  N
```

REQUEST FOR AN LPP BINDER/POLICY SENT TO CIS.

.SECTION-00005

.DT-091304,CONTROLM    CIS110R3-HZD

S/TY/FR PAYEECD OPT DUE DT  AMOUNT EXP DT DESC/POLICY#     PROP FO LTR

```
1 20 12 051300000 2 070205    .00 0705 999         O  O
0 20 12 051300000 1 070204 467.00 0705 VN5172818   P  N
```

LPP Coverage Amount = $23000

.SECTION-00006

.DT-03212005,INS       INSR014B/ MAP CHANGE

LA/LR Dt Vnd Num Fld Zn Cert/Track# Cert/Track# Dt. Com Num Map Pnl Map Dt

```
00000000        00000000   000000    00000000 O
00000000 1    C  3028459   03192005     010285  0006  09181985 N
```

.DT-03252005,KFOLLIS

SENT E-MAIL TO BALBOA TO CANX LPP...LOAN HAS PAID OFF.

.DT-04212005,LNOORIGI

THERE IS A CLAIM...ON THIS POLICY...LPP HAS NOT BEEN CANX YET.KF

.SECTION-00007

.DT-04292005,DMORRIS8

CXLD LPP ON CCS, LOAN PAID OFF ON 3/15/2005

REFUND DUE OF $139 .................PLEASE ALLOW TWO WEEKS

.SECTION-00008

.DT- 05/02/2005, 18:00:04 USER:CAI@ADM    PGM:CISRFR3

Esc Type: 20 Payee1: 513 Payee2:    Doc Type: FOR Doc Date:05/02/2005

Refund Amt: $  139.00  Refnd Chk: WIRE Rfnd Rsn: CH

Trans Type: Cancellation  Trans Type Date: 03/15/2005

Eff Date: 07/02/2004 Exp Date: 07/02/2005 Prem Amt: $  467.00 Pol Type: V

Policy #: VN5172818       F/O Flag: P

Received LPP Refund for $  139.00

.SECTION-00009

.DT-052405,INS       INSCORLOGR

LPP CANCELLATION NOTICE SENT TO BORROWER ON 05/01/2005

--------------------------------------------------------------------

CHL/Brooks00101

| ESR046R1  YJACQUES   TAX DEPARTMENT              S1B    4/14/2006  6:22:38 |
|---|
| CC- 8 ! WC- |
| Account:  48649221Mortgagor: ROY  BROOKS JR              CFC |
| Follow-Up Date: _____ |
| <... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ...> |

.SECTION-00001

.DT-040223,MMCGLONE    S401E

| S/TY/FR PAYEECD  O DUE DT BR TX    AMOUNT EXP DT ESC DESC |
|---|
| 1 90 12 010900000  110103         1.00 000000          OLD |
| 1 90 12 010900000  110103    I    1.00 000000          NEW |

.SECTION-00002

.DT-022304,MMCGLONE   ,TAXNIDLMR

**********************NON IMPOUND*******************************

ORDERED DOCUMENTS FOR FURTHER SEARCH.

******************************************************************

.SECTION-00003

.DT-02/25/2004  @CTSCEPS          TXTEPFTAR1

.TM-11:15:51, USER: JALCALA      ·, SYSTEM: TSUEP

| S/TY/FR PAYEECODE O TX DUEDTE  ESC.AMOUNT EXPDTE ESCROW.DESCRIPTION |
|---|
| 1 90 12 010900000  I 110103    1.00               OLD |
| 1 90 12 010900000    110103    1.00    10-09-29-4-001-012-000 NEW |
| parcel # udpated per:  t/a - vrfy name & add - they reflect the add: 120 hubba |
| rd / 415 ice |

.SECTION-00004

.DT-040301,RPIERCE    S401E

| S/TY/FR  PAYEECD  O DUE DT BR TX    AMOUNT EXP DT ESC DESC |
|---|
| 1 90 12 010900000  110103         1.00 000000 10-09-29-4-001-012-000  OLD |
| 1 90 12 010900000  110103   DO    1.00 000000 10-09-29-4-001-012-000  NEW |

.SECTION-00005

.DT-040301,RPIERCE    S401E

| S/TY/FR  PAYEECD  O DUE DT BR TX    AMOUNT EXP DT ESC DESC |
|---|
| 1 90 12 010900000  110103   DO    1.00 000000 10-09-29-4-001-012-000  OLD |
| 1 90 12 010900000  110103         1.00 000000 10-09-29-4-001-012-000  NEW |

.SECTION-00006

.DT-030104,RPIERCE   ,TAXNIDLMR

**********************NON IMPOUND*******************************

| InsDat DITyp C/D/A/V Typ Pay1 Paye2  Bs.Amt   Pn.Amt   Ms.Amt |
|---|
| 200311  R    D   90 0109 00000   66.51   21.42     0.00  ADDED |

******************************************************************

CHL WILL BE PAYING DELQ & CURRENT TAXES AND IMPOUND LOAN FOR FUTURE
TAXES SINCE CHL DID NOT RECEIVE RESPONSE TO 30 DAY LETTER FROM THE
H/O.

| INSTALLMENT  "C/D/A" BASE AMOUNT PENALTY AMOUNT  MISC AMOUNT  TOTAL |
|---|
| 200311      D    66.51      21.42      0.00      87.93 |
|       TOTAL:    66.51      21.42     ·0.00      87.93 |

| PAID THROUGH DATE: 20010911   LOAN TYPE:6     CUR LTV:   0.0000% |
|---|

CHL/Brooks00102

LEGAL VERIFIED BY: PAN

PAYING DELINQUENT TAXES PER NEW GUIDELINES.

*****************************************************************

.DT-03012004,RPIERCE

ADVANCED DUE TO LN IN FORECLOSURE

PAID 2003

SEARCHED BY RPIERCE

.SECTION-00007

.DT-030104,RPIERCE    ,TAXNIDLMR

*******************NON IMPOUND*******************************

| InsDat | DITyp | C/D/A/V | Typ | Pay1 | Paye2 | Bs.Amt | Pn.Amt | Ms.Amt |
|--------|-------|---------|-----|------|-------|--------|--------|--------|
| 200311 | R | D | 90 | 0109 | 00000 | 66.51 | 21.42 | 0.00 A OLD, ADVN |
| 200311 | R | A | 90 | 0109 | 00000 | 66.51 | 21.42 | 0.00 NEW, ADVN |

*****************************************************************

.DT-03012004,RPIERCE

ORDERED CHECK

.SECTION-00008

.DT-030104,RPIERCE

***********SEE TAX SERVICING FOR ADVANCE INFORMATION************************

RECORD ADDED TO BOTH TAX & CFC@FOR MEMBERS

.SECTION-00009

.DT-030104,RPIERCE    S411E

| S/TY/FR | PAYEECD | O | DUE DT | BR TX | AMOUNT | EXP DT ESC DESC |
|---------|---------|---|--------|-------|--------|-----------------|
| 1 90 12 010900000 | | | 110103 | | 1.00 000000 | 10-09-29-4-001-012-000 OLD |
| 2 90 12 010900000 | | | 110104 | | 66.51 000000 | 10-09-29-4-001-012-000 NEW |

.DT-03012004,RPIERCE

IMPOUNDED LOAN AND ROLLED DUE DATE

.SECTION-00010          RPIERCE

TYPE MDS CHECK/ CHECK# 7989639 / DT-040301 / AMOUNT     87.93

PAYEE: PIKE COUNTY REVENUE COMMISSIONER   / TRANS. TYPE-190

.DT-03042004,CHOLMES

SENT REGULAR CHECK VIA UPS TRACKING#1Z543E0W0193667922 NEXT DAY

.DT-04222004,#NBULLOC

RECEIVED CHECK PAYMENT RECEIPT FOR $87.93

.SECTION-00011

.DT-09/21/2004, TAPS    (TAX007R5)

| S TY FR | PAYEECD | OPT | DUE DT | BR TI | AMOUNT | EXP DT ESC DESC | R |
|---------|---------|-----|--------|-------|--------|-----------------|---|
| 2 90 12 010900000 | | | 20041101 | | 66.51 00000000 | 10-09-29-4-001-012-000 O | |
| 2 90 12 010900000 | | H | 20041101 | | 66.51 00000000 | 10-09-29-4-001-012-000 N | |

.SECTION-00012

.DT-092704,TAPS/TAX    (AUTOUPDATE-$TAX006C1 )

| S TY FR | PAYEECD | OPT | DUE DT | AMOUNT | EXP DT ESC DESC |
|---------|---------|-----|--------|--------|-----------------|
| 2 90 12 010900000 | | | 110104 | 66.51 000000 | 10-09-29-4-001-012-000 OLD |
| 0 90 12 010900000 | | | 110104 | 66.51 000000 | 10-09-29-4-001-012-000 NEW |

CHL/Brooks00103

```
-----------------------------------------------------------------
ESR046R1   YJACQUES   OFFICE OF THE PRESIDENT        4/14/2006  6:22:38
                          CC- 8 ! WC-
Account:  48649221Mortgagor: ROY  BROOKS JR          CFC
Follow-Up Date: _____
<... ... 1 ... ... 2 ... ... 3 ... ... 4 ... ... 5 ... ... 6 ... ... 7 ... ...>



-----------------------------------------------------------

              END OF REQUEST: 048649221
-----------------------------------------------------------------
```

CHL/Brooks00104