# Foreclosure Sale Bid Computation



Attention: , ESQ.
Foreclosure Date: 11/10/2004

| | | | |
|---|---|---|---|
| **Loan #:** | 41813044 | **RE:** | ROY BROOKS JR |
| **Ref #:** | | | 319 DEAN ST |
| **Loan Type:** | B/C D-FIXD | | TROY, AL 36081 |
| **GNMA Inv. #:** | 41813044 | **Paid To:** | 10/07/1999 |
| **Ins. #:** | | **CHL Contact:** | LESLIE JOHNSON 1316 |
| | | | (972)608-1316 |

## Bid Amount

| | | |
|---|---|---|
| **Min Bid Amount:** | $6,750.00 | EXCLUDE ATTY FEE |
| **Max Bid Amount:** | $6,750.00 | EXCLUDE ATTY FEE |

**Comments:** BID $6750.00 NO FEES/COSTS. PAY ALL DELQ TAXES. ASSIGN DEED TO LPP MORTGAGE LTD F/K/A LOAN PARTICIPANT PARTNERS

## TOTAL DEBT

| | |
|---|---|
| **Principal Balance:** | $9,287.00 |
| **Interest thru Sale Date:** | $1,894.56 |
| **Late Charges:** | $0.00 |
| **Escrow Balances:** | $57.00 |
| **Anticipated Escrow Advances:** | $0.00 |
| **Less: Buydown Funds** | $0.00 |
| **Less: Partial Payment Balance** | $0.00 |
| **Less: Interest on Escrow** | $0.00 |
| **Bankruptcy Fees & Costs:** | $0.00 |
| **Foreclosure Fees & Costs:** | $0.00 |
| **Other Fees & Costs:** | $0.00 |
| **Property Preservation Fees & Costs:** | $137.50 |
| **Total Debt:** | $11,376.06 |

Approved: 11/05/2004 By LJOHNSO1





Equal Housing Lender.© 2004 Countrywide Financial Corp. Trade/service marks are the property of Countrywide Credit Industries, Inc., and/or its subsidiaries. Some products may not be available in all states. Terms and Conditions of Use
Countrywide's Privacy and Security Statement

**EXHIBIT 5**
(Cedillo-Galindo Aff.)

https://business.countrywide.com/FBMBP/body_fbmBidInRep.asp?Page=14&Acct=41813...  11/9/2004