# Claim Transmittal Form

**Submission Date:** 12-6-04

**TO:** Balboa Insurance Group
Attn: Imaging
PO Box 19702
Irvine, California 92623

704

CW5184693

**From:** Eagle Adjusting
Ken Cole

**Phone:** 877-839-5152
**Fax:** 877-839-8151

**Claim:** T B A 4 1 8 1 3 0 , 0 5

**Lender:** Countrywide Home Loans
**Insured/Borrower:**
**Prop. Address:** 120 Hubbard Street

**City:** Troy **St/Zip:** AL / 36081

**Date of Loss:** 9-15-04
**Peril/Loss Type:** Hurricane Frances

**Balboa Adjuster:** Kirby McCartney

**THIS FORM MUST BE USED ON ALL CORRESPONDENCE TO BALBOA INSURANCE GROUP**

Rev. 041904

Brooks v. CHL
Balboa 0023

EXHIBIT A
(Cole Affidavit)

**Eagle**
**Adjusting Services**

P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

# Claim Report

| REPORT DATE: | STATUS: | NEXT REPORT: |
|---|---|---|
| 12/12/2004 | Final | |

CLAIM NO: ~~TBA41813044-06~~ CW5184693

POLICY #: ~~TBA41813044~~

| POLICY ISSUED: | POLICY EXPIRES: | DATE OF LOSS: |
|---|---|---|
| 8/4/2004 | 8/4/2005 | 9/15/2004 |

FILE NO: 04-21413

ADJUSTER: Ken Cole

| ADJUSTER PHONE: | ADJUSTER FAX: |
|---|---|
| 866-894-9344 | 812-478-3913 |

| ASSIGNED: | CONTACTED: | INSPECTED: |
|---|---|---|
| 11/24/2004 | 12/6/2004 | 12/6/2004 |

**To:** Balboa Insurance Co.
ATTN Kirby McCartney
P.O. Box 19702
Irvine, CA 92623

**RE:** Insured: Countrywide Home Loans.
Loss Address: 120 Hubbard street
troy, AL 36322

| Coverage | Limit | Deductible | Reserve |
|---|---|---|---|
| Building | 9,287.00 | 1,000.00 | $0.00 |

Forms: DP1

**Risk** Structure Type: Dwelling    Occupancy: Residence (Primary)

**Origin** Hurricane Damage

**Exclusions/Limitations** No exclusions or limitations noted

**Subrogation/Salvage** None available

| Loss Summary | RC | Recov. Dep | Nonrecov. Dep | ACV |
|---|---|---|---|---|
| Building | 3,459.85 | 1,522.60 | 0.00 | 1,937.25 |
| **Totals** | 3,459.85 | 1,522.60 | 0.00 | 1,937.25 |

| | |
|---|---|
| **Maximum Recoverable Depreciation** | 1,522.60 |
| **Total Loss** | 3,459.85 |
| **Less Deductible Applied** | 1,000.00 |
| **Total Claim** | 2,459.85 |
| **Recommended Payment** | **937.25** |
| **Additional Payment After Completion of Repairs** | 1,522.60 |

**Enclosures**
- [x] Estimates
- [ ] Proof of Loss
- [x] Photos
- [x] Invoice
- [ ] Contents Worksheet
- [ ] Statement of Loss
- [ ] Diagrams
- Other:

**Remarks**

J. Victor Velasco, We did not know where to start and stop on this loss. We felt the roof was torn back from the winds of the hurricane. So we figured repair of the roof and the repair of several windows that could have been damaged by the storm. We then figured the repair of the interior that could have been damaged by the removal of the portion of the roof that we felt was damaged.
We made no commitments to the insured since he was with us. We explained to him that you would be in contact as soon as possible.

We suggest settlement based on our attached estimate. Underwriting should be involved in this file after reviewing of the photographs.

Created by PowerClaim (TM). 1-800-736-1246



P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

## Estimate

**Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

| | Address | Office | Home | FAX |
|---|---|---|---|---|
| Insured: Countrywide Home Loans | 120 Hubbard street troy, AL 36322 | | | |
| Loss Address | 120 Hubbard street troy, AL 36322 | | | |
| Contact | | | | |
| Claimant | | | | |

## Building

Limit: $9,287.00 Deductible: $1,000.00

**Roof** | Roof Area 4.2 SQ 420 SF Perimeter 0 FT

Rectangular slope Length 24 FT Width 17.5 FT Slopes 1

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| Replace | 840 | SF | Corrugated roofing, Galvanized steel, 24 gauge | 1.92 | 1,612.80 | 645.12 | 967.68 |
| **Roof Totals:** | | | | | 1,612.80 | 645.12 | 967.68 |

**Kitchen** | Floor 12.89 SY Wall 345.6 SF Ceiling 116 SF Floor Perim. 43.2 FT Ceiling Perim. 43.2 FT

Room-standard Length 10 FT Width 11.6 FT Height 8 FT

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| Replace | 116 | SF | 5/8" Drywall, with smooth-wall finish | 1.68 | 194.88 | 77.95 | 116.93 |
| Paint | 116 | SF | Drywall or Plaster, 2 coats | 0.49 | 56.84 | 22.74 | 34.10 |
| Replace | 131.08 | SF | Wallpaper, Vinyl, seams overlapped, then cut, standard grade | 1.68 | 220.21 | 132.13 | 88.08 |
| **Kitchen Totals:** | | | | | 471.93 | 232.82 | 239.11 |

**Bedroom 1** | Floor 18.78 SY Wall 416 SF Ceiling 169 SF Floor Perim. 52 FT Ceiling Perim. 52 FT

Room-standard Length 13 FT Width 13 FT Height 8 FT

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| Replace | 169 | SF | 5/8" Drywall, with smooth-wall finish | 1.68 | 283.92 | 113.57 | 170.35 |
| Paint | 169 | SF | Drywall or Plaster, 2 coats | 0.49 | 82.81 | 33.12 | 49.69 |
| Replace | 190.97 | SF | Wallpaper, Vinyl, seams overlapped, then cut, standard grade | 1.68 | 320.83 | 192.50 | 128.33 |
| **Bedroom 1 Totals:** | | | | | 687.56 | 339.19 | 348.37 |

**Hall** | Floor 1.33 SY Wall 112 SF Ceiling 12 SF Floor Perim. 14 FT Ceiling Perim. 14 FT

Room-standard Length 4 FT Width 3 FT Height 8 FT

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| Replace | 12 | SF | 5/8" Drywall, with smooth-wall finish | 1.68 | 20.16 | 8.06 | 12.10 |
| Paint | 12 | SF | Drywall or Plaster, 2 coats | 0.49 | 5.88 | 2.35 | 3.53 |
| Replace | 13.56 | SF | Wallpaper, Vinyl, seams overlapped, then cut, standard grade | 1.68 | 22.78 | 13.67 | 9.11 |
| **Hall Totals:** | | | | | 48.82 | 24.08 | 24.74 |



Brooks v. CHL
Balboa 0016

## Estimate

**Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

| General | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Operation** | **Qty** | **Unit** | **Description** | **Cost** | **RC** | **DEP** | **ACV** |
| | | | tax 5% | | | * | |
| | | | Hurricane Ivan | | | * | |
| | | | inspection date 12-08-04 | | | * | |
| **General Totals:** | | | | | 0.00 | 0.00 | 0.00 |

| | RC | R DEP | NR DEP | ACV |
|---|---|---|---|---|
| **Subtotal** | 2,821.11 | 1,241.21 | 0.00 | 1,579.90 |
| **Overhead** | 282.11 | 124.13 | 0.00 | 157.98 |
| **Profit** | 282.11 | 124.13 | 0.00 | 157.98 |
| **Tax.** | 74.52 | 33.13 | 0.00 | 41.39 |
| **Building Loss:** | 3,459.85 | 1,522.60 | 0.00 | 1,937.25 |
| **Totals:** | 3,459.85 | 1,522.60 | 0.00 | 1,937.25 |

| | |
|---|---|
| **Maximum Recoverable Depreciation** | 1,522.60 |
| **Total Loss** | 3,459.85 |
| **Less Deductible Applied** | 1,000.00 |
| **Total Claim** | 2,459.85 |
| **Less Recoverable Depreciation** | 1,522.60 |
| **ACV Claim** | **937.25** |

Notice: All estimates are subject to review and final approval by your Insurance Company

***If Replacement Cost Coverage Applies***

If you wish to make a claim for the amounts deferred, you must do THREE things:

1. You must tell us within 180 days from the date of your loss you intend to repair/replace the item(s)/part.
2. You must have the item(s)/part replaced or repaired within one year from your date of loss.
3. You must submit a final repair bill or purchase receipt showing the items(s)/part has been repaired/replaced.

If you wish, you may repair/replace with higher quality items, but we will only pay the amount deferred to you. If the repair/replacement to you is less than the estimated REPLACEMENT COST VALUE in the estimate, we will only pay the difference between your cost, less the ACTUAL CASH VALUE previously paid you.




# Service Invoice

**Date:** 12/9/2004

**Bill To**

Balboa Insurance Co.
P.O. Box 19702
Irvine, CA 92623
Office: 800-323-7466
FAX: 626-927-4629

**Billed From**

Eagle Adjusting Services, Inc.
P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

**Claim Information**

| | | | | | |
|---|---|---|---|---|---|
| File No.: | 04-21413 | Insured: | Countrywide Home Loans | Loss Date: | 9/15/2004 |
| Claim No.: | TBA41813044-06 | Agency: | | Loss Cause: | Hurricane/Mon |
| Policy No.: | TBA41813044 | Adjuster | Ken Cole | RC: | $3,459.85 |
| | | SSN: | | Deductions: | $1,522.60 |
| | | Emp. ID No.: | 35-2072320 | ACV: | $1,937.25 |

| Description | Quantity | Unit | Rate | Ext. Cost |
|---|---|---|---|---|
| ADjuster fee | 1.00 | | $400.00 | $400.00 |
| Photographs after 6 | 11.00 | | $0.50 | $5.50 |
| **Total** | | | | **$405.50** |

(C) 1998, 1999 Hawkins Research, Inc., PowerClaim (TM). 1-800-736-1246



P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

## Photo Sheet

**Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

| Insured | Contact | Claimant |
|---|---|---|
| Countrywide Home Loans | | |



Picture
01

Date
12/9/2004

**Description**
backed up view of front of home.



Picture
02

Date
12/9/2004

**Description**
inside of living room and back bedroom

**Photo Sheet** **Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture
03

Date
12/9/2004

**Description**
inside of home. looking at kitchen



Picture
04

Date
12/9/2004

**Description**
kitchen floor

**Photo Sheet** **Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture
05

Date
12/9/2004

**Description**
kitchen ceiling

Picture
06

Date
12/9/2004

**Description**
bathroom, ?

**Photo Sheet** **Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture
07

Date
12/9/2004

Description
kitchen



Picture
08

Date
12/9/2004

Description
kitchen ceiling west side

**Photo Sheet** **Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture
09

Date
12/9/2004

**Description**
kitchen floor west side.



Picture
10

Date
12/9/2004

**Description**
back bedroom floor

**Photo Sheet** **Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture
11

Date
12/9/2004

**Description**
ceiling in front bedroom



Picture
12

Date
12/9/2004

**Description**
outside front of Home



**Photo Sheet** **Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture
13

Date
12/9/2004

Description
front porch and front of home



Picture
14

Date
12/9/2004

Description
south side of home

## Photo Sheet

**Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture
15

Date
12/9/2004

**Description**
roof

Picture
16

Date
12/9/2004

**Description**
roof from eave. Could not walk on roof, rotted

**Photo Sheet** **Claim No. TBA41813044-06**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21413 | TBA41813044 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

Picture
17

Date
12/9/2004

Description
top of roof, Could not walk on it. rotted