# Claim Transmittal Form

Submission Date: 12-6-04

TO: Balboa Insurance Group
Attn: Imaging
PO Box 19702
Irvine, California 92623

From: Eagle Adjusting
Ken Cole

Phone: 877-839-5152
Fax: 877-839-8151

Claim: C W 5 1 7 2 8 1 8 , 0 1

Lender: Countrywide Home Loans
Insured/Borrower: Monica Telesford
Prop. Address: 415 Ice Street

City: Troy   St/Zip: AL / 36081

Date of Loss: 9-15-04
Peril/Loss Type: Hurricane Frances

Balboa Adjuster: Kirby McCartney

**THIS FORM MUST BE USED ON ALL CORRESPONDENCE TO BALBOA INSURANCE GROUP**

Rev. 041904

EXHIBIT B
(Cole Affidavit)

Brooks v. CHL
Balboa 0057

# Eagle Adjusting Services

P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

**To:** Balboa Insurance Co.
ATTN Kirby McCartney
P.O. Box 19702
Irvine, CA 92623

**RE:** Insured:    Country Wide Home loans
Loss Address: 415 Ice Street
Troy, AL

# Claim Report

| REPORT DATE: | STATUS: | NEXT REPORT: |
|---|---|---|
| 12/12/2004 | Final | |

**CLAIM NO:** CW5172818-01

**POLICY #** CW5172818

| POLICY ISSUED: | POLICY EXPIRES: | DATE OF LOSS: |
|---|---|---|
| 7/2/2004 | 7/2/2005 | 9/15/2004 |

**FILE NO:** 04-21295

**ADJUSTER:** Ken Cole

| ADJUSTER PHONE: | ADJUSTER FAX: |
|---|---|
| 866-894-9344 | 812-478-3913 |

| ASSIGNED: | CONTACTED: | INSPECTED: |
|---|---|---|
| 11/24/2004 | 12/6/2004 | 12/6/2004 |

**Coverage**
Building                                  Limit 23,000.00      Deductible 1,000.00      Reserve $0.00
**Forms:** DP3

**Risk**   Structure Type: Dwelling         Occupancy: Residence (Primary)

**Origin**   Hurricane Damage

**Exclusions/Limitations**   No exclusions or limitations noted

**Subrogation/Salvage**   None available

| Loss Summary | RC | Recov. Dep | Nonrecov. Dep | ACV |
|---|---|---|---|---|
| Building | 2,175.32 | 752.82 | 439.88 | 982.62 |
| Totals | 2,175.32 | 752.82 | 439.88 | 982.62 |

Maximum Recoverable Depreciation    752.82
Total Loss    1,735.44
Less Deductible Applied    1,000.00
Total Claim    735.44

**Enclosures**
☑ Estimates   ☐ Proof of Loss   ☑ Photos   ☑ Invoice
☐ Contents Worksheet   ☐ Statement of Loss   ☑ Diagrams   Other:

## Remarks
We met with the Roy Brooks at this home. We were shown a home that has been condemned by the county. The date the home was condemned was after the storm but it appears that the home has not been lived in for several years. The interior of the home was in very very poor condition. The wallpaper (sticky back paper) was falling down. The drywall in the inside of the home was old and coming apart. The flooring was weak and falling down.

The above mentioned items are not being figured on the repair estimate. It is our feelings that the above mentioned items were going on before the storm. The condition of the inside was very bad.
The insured said he already inspected the roof and he found no damage to the roof. We then noted the windows that were broken. We found 5 broken windows. However, we feel only two might have been broken during the storm. The other window panes appeared to have been broken long before.

Created by PowerClaim (TM)  1-800-736-1246

Brooks v. CHL
Balboa 0056



**Eagle Adjusting Services**

P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

## Estimate

**Claim No. CW5172818-01**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

| Insured | Address | Office | Home | FAX |
|---|---|---|---|---|
| Country Wide Home loans | 415 Ice Street Troy, AL | | | |

| Loss Address | | | | |
|---|---|---|---|---|
| | 415 Ice Street Troy, AL | | | |

| Contact | Address | | | FAX |
|---|---|---|---|---|
| J | | | | |

| Claimant | Address | | | FAX |
|---|---|---|---|---|

## Building

Limit: $23,000.00  Deductible: $1,000.00

| Living Room | Floor 15.89 SY  Wall 379.2 SF  Ceiling 143 SF  Floor Perim. 48 FT  Ceiling Perim. 48 FT |
|---|---|
| Room-standard  Length  11 FT  Width  13 FT  Height  7.9 FT | |

| Operation | Qty Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|
| Replace | 143 SF | 5/8" Drywall, with machine texture | 1.37 | 195.91 | 97.96 | 97.95 |
| Note: | | | | | | |
| Paint | 143 SF | Drywall or Plaster, 2 coats | 0.49 | 70.07 | 35.03 | 35.04 |
| Replace | 160.16 SF | Carpet, economy grade | 2.07 | 331.53 | 232.07* | 99.46 |
| Note: no pad present | | | | | | |
| Replace | 1 EA | Light fixture bowl shade or globe, economy grade | 13.15 | 13.15 | 3.94 | 9.21 |

**Living Room Totals:** 610.66  369.00  241.66

| Bedroom 1 | Floor 10 SY  Wall 300.2 SF  Ceiling 90 SF  Floor Perim. 38 FT  Ceiling Perim. 38 FT |
|---|---|
| Room-standard  Length  10 FT  Width  9 FT  Height  7.9 FT | |

| Operation | Qty Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|
| Replace | 90 SF | 5/8" Drywall, with machine texture | 1.37 | 123.30 | 61.65 | 61.65 |
| Note: | | | | | | |
| Paint | 90 SF | Drywall or Plaster, 2 coats | 0.49 | 44.10 | 22.05 | 22.05 |
| Replace | 100.8 SF | Carpet, economy grade | 2.07 | 208.66 | 146.06* | 62.60 |
| Note: no pad present | | | | | | |
| Replace | 1 EA | Light fixture bowl shade or globe, economy grade | 13.15 | 13.15 | 3.94 | 9.21 |

**Bedroom 1 Totals:** 389.21  233.70  155.51

| Exterior | Area 24 SF |
|---|---|
| Exterior wall  Height  6 FT  Width  4 FT  Walls  1 | |

| Operation | Qty Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|
| Replace | 25.2 SF | Exterior decking, Treated wood, 2" x 4" | 4.52 | 113.90 | 45.56 | 68.34 |
| Replace | 2 EA | Wood double-hung window, 36" wide, 48" tall | 339.02 | 678.04 | 339.02 | 339.02 |

**Exterior Totals:** 791.94  384.58  407.36

Brooks v. CHL
Balboa 0049

| Estimate | | | | | | Claim No. CW5172818-01 | |
|---|---|---|---|---|---|---|---|
| File No. 04-21295 | Policy No. CW5172818 | | Date of Loss 09/15/2004 | Report Final | Report Date 12/12/2004 | Adjuster Ken Cole | |

### General

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| | | | Tax rate 5% | | | * | |
| | | | Hurricane Ivan | | | * | |
| | | | inspection date 12-8-04 | | | * | |
| **General Totals:** | | | | | 0.00 | 0.00 | 0.00 |

| | RC | R DEP | NR DEP | ACV |
|---|---|---|---|---|
| Subtotal | 1,791.81 | 609.15 | 378.13 | 804.53 |
| Overhead | 158.32 | 60.94 | 23.20 | 74.18 |
| Profit | 158.32 | 60.94 | 23.20 | 74.18 |
| Tax | 66.87 | 21.79 | 15.35 | 29.73 |
| **Building Loss:** | 2,175.32 | 752.82 | 439.88 | 982.62 |
| **Totals:** | 2,175.32 | 752.82 | 439.88 | 982.62 |

| | |
|---|---|
| Maximum Recoverable Depreciation | 752.82 |
| Total Loss | 1,735.44 |
| Less Deductible Applied | 1,000.00 |
| Total Claim | 735.44 |
| Less Recoverable Depreciation | 735.44 |
| ACV Claim | **0.00** |

Notice: All estimates are subject to review and final approval by your Insurance Company

***If Replacement Cost Coverage Applies***

If you wish to make a claim for the amounts deferred, you must do THREE things:

1. You must tell us within 180 days from the date of your loss you intend to repair/replace the item(s)/part.
2. You must have the item(s)/part replaced or repaired within one year from your date of loss.
3. You must submit a final repair bill or purchase receipt showing the items(s)/part has been repaired/replaced.

If you wish, you may repair/replace with higher quality items, but we will only pay the amount deferred to you. If the repair/replacement to you is less than the estimated REPLACEMENT COST VALUE in the estimate, we will only pay the difference between your cost, less the ACTUAL CASH VALUE previously paid you.

Brooks v. CHL
Balboa 0050



**Eagle Adjusting Services**

P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

## Estimate

### Claim No. CW5172818-01

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

| Insured | Address | Office | Home | FAX |
|---|---|---|---|---|
| Country Wide Home loans | 415 Ice Street<br>Troy, AL | | | |

| Loss Address | | | | |
|---|---|---|---|---|
| | 415 Ice Street<br>Troy, AL | | | |

| Contact | Address | | | FAX |
|---|---|---|---|---|

| Claimant | Address | | | FAX |
|---|---|---|---|---|

## Building
Limit: $23,000.00 Deductible: $1,000.00

| Living Room | Floor 15.89 SY  Wall 379.2 SF  Ceiling 143 SF  Floor Perim. 48 FT  Ceiling Perim. 48 FT |
|---|---|
| Room-standard  Length | 11 FT  Width  13 FT  Height  7.9 FT |

| Operation | Qty Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|
| Replace | 143 SF | 5/8" Drywall, with machine texture | 1.37 | 195.91 | 97.96 | 97.95 |
| Note: | | | | | | |
| Paint | 143 SF | Drywall or Plaster, 2 coats | 0.49 | 70.07 | 35.03 | 35.04 |
| Replace | 160.16 SF | Carpet, economy grade | 2.07 | 331.53 | 232.07* | 99.46 |
| Note: no pad present | | | | | | |
| Replace | 1 EA | Light fixture bowl shade or globe, economy grade | 13.15 | 13.15 | 3.94 | 9.21 |

**Living Room Totals:**                                     610.66     369.00     241.66

| Bedroom 1 | Floor 10 SY  Wall 300.2 SF  Ceiling 90 SF  Floor Perim. 38 FT  Ceiling Perim. 38 FT |
|---|---|
| Room-standard  Length | 10 FT  Width  9 FT  Height  7.9 FT |

| Operation | Qty Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|
| Replace | 90 SF | 5/8" Drywall, with machine texture | 1.37 | 123.30 | 61.65 | 61.65 |
| Note: | | | | | | |
| Paint | 90 SF | Drywall or Plaster, 2 coats | 0.49 | 44.10 | 22.05 | 22.05 |
| Replace | 100.8 SF | Carpet, economy grade | 2.07 | 208.66 | 146.06* | 62.60 |
| Note: no pad present | | | | | | |
| Replace | 1 EA | Light fixture bowl shade or globe, economy grade | 13.15 | 13.15 | 3.94 | 9.21 |

**Bedroom 1 Totals:**                                       389.21     233.70     155.51

| Exterior | Area 24 SF | | |
|---|---|---|---|
| Exterior wall  Height | 6 FT  Width | 4 FT  Walls | 1 |

| Operation | Qty Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|
| Replace | 25.2 SF | Exterior decking, Treated wood, 2" x 4" | 4.52 | 113.90 | 45.56 | 68.34 |
| Replace | 2 EA | Wood double-hung window, 36" wide , 48" tall | 339.02 | 678.04 | 339.02 | 339.02 |

**Exterior Totals:**                                        791.94     384.58     407.36

Brooks v. CHL
Balboa 0052

# Estimate

Claim No. CW5172818-01

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

### General

| Operation | Qty Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|
| | | Tax rate 5% | | | * | |
| | | Hurricane Ivan | | | * | |
| | | inspection date 12-8-04 | | | * | |
| **General Totals:** | | | | 0.00 | 0.00 | 0.00 |

| | RC | R DEP | NR DEP | ACV |
|---|---|---|---|---|
| Subtotal | 1,791.81 | 609.15 | 378.13 | 804.53 |
| Overhead | 158.32 | 60.94 | 23.20 | 74.18 |
| Profit | 158.32 | 60.94 | 23.20 | 74.18 |
| Tax | 66.87 | 21.79 | 15.35 | 29.73 |
| **Building Loss:** | 2,175.32 | 752.82 | 439.88 | 982.62 |
| **Totals:** | 2,175.32 | 752.82 | 439.88 | 982.62 |

| | |
|---|---|
| Maximum Recoverable Depreciation | 752.82 |
| Total Loss | 1,735.44 |
| Less Deductible Applied | 1,000.00 |
| Total Claim | 735.44 |
| Less Recoverable Depreciation | 735.44 |
| ACV Claim | 0.00 |

Notice: All estimates are subject to review and final approval by your Insurance Company

***If Replacement Cost Coverage Applies***

If you wish to make a claim for the amounts deferred, you must do THREE things:

1. You must tell us within 180 days from the date of your loss you intend to repair/replace the item(s)/part.
2. You must have the item(s)/part replaced or repaired within one year from your date of loss.
3. You must submit a final repair bill or purchase receipt showing the items(s)/part has been repaired/replaced.

If you wish, you may repair/replace with higher quality items, but we will only pay the amount deferred to you. If the repair/replacement to you is less than the estimated REPLACEMENT COST VALUE in the estimate, we will only pay the difference between your cost, less the ACTUAL CASH VALUE previously paid you.

Brooks v. CHL
Balboa 0053



**Eagle Adjusting Services**

P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

**Diagram Sheet**                                                      **Claim No. CW5172818-01**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

| Insured | Contact | Claimant |
|---|---|---|
| Country Wide Home loans | | |

Diagram
01

east

30'

16'

Description
overview of home

Comment

Created by PowerClaim (TM). 1-800-736-1246

Brooks v. CHL
Balboa 0059



**Eagle Adjusting Services**

P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

## Photo Sheet

| File No. 04-21295 | Policy No. CW5172818 | Date of Loss 09/15/2004 | Report Final | Report Date 12/12/2004 | Adjuster Ken Cole | Claim No. CW5172818-01 |
|---|---|---|---|---|---|---|
| Insured: Country Wide Home loans | | Contact | | | Claimant | |



Picture 01
Date 12/9/2004
Description
This is the front of this home.

Picture 02
Date 12/9/2004
Description
paneling falling down on inside of home

Brooks v. CHL
Balboa 0060



Brooks v. CHL
Balboa 0061



**Photo Sheet**

| File No. 04-21295 | Policy No. CW5172818 | Date of Loss 09/15/2004 | Report Final | Report Date 12/12/2004 | Adjuster Ken Cole |

**Claim No. CW5172818-01**

Picture 05
Date 12/9/2004
Description: backed up view of living room

Picture 06
Date 12/9/2004
Description: back bedroom

Brooks v. CHL
Balboa 0062

**Photo Sheet**                                          **Claim No. CW5172818-01**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

Picture 07

Date 12/9/2004

Description

bedroom ceiling

Picture 08

Date 12/9/2004

Description

bath room,

Brooks v. CHL
Balboa 0063

## Photo Sheet

### Claim No. CW5172818-01

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture 09

Date 12/9/2004

Description

bath wallpaper, backed, shows broken window



Picture 10

Date 12/9/2004

Description

kitchen cabinet,

Brooks v. CHL
Balboa 0064

## Photo Sheet

Claim No. CW5172818-01

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |



Picture 11

Date 12/9/2004

Description
back of home,

Picture 12

Date 12/9/2004

Description
broken window

Brooks v. CHL
Balboa 0065

| Photo Sheet | | | | | Claim No. CW5172818-01 | |
|---|---|---|---|---|---|---|
| File No.<br>04-21295 | Policy No.<br>CW5172818 | Date of Loss<br>09/15/2004 | Report<br>Final | Report Date<br>12/12/2004 | Adjuster<br>Ken Cole | |



Picture 13

Date 12/9/2004

Description
front where porch was, steps and small deck



Picture 14

Date 12/9/2004

Description
again, front of home,

Brooks v. CHL
Balboa 0066

## Photo Sheet

**Claim No. CW5172818-01**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| 04-21295 | CW5172818 | 09/15/2004 | Final | 12/12/2004 | Ken Cole |

Picture
15

Date
12/9/2004

Description
broken window in front of home

Brooks v. CHL
Balboa 0067



# Service Invoice

Date: 12/9/2004

**Bill To**

Balboa Insurance Co.
P.O. Box 19702
Irvine, CA 92623
Office: 800-323-7466
FAX: 626-927-4629

**Billed From**

Eagle Adjusting Services, Inc.
P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

**Claim Information**

File No.: 04-21295
Claim No.: CW5172818-01
Policy No.: CW5172818

| | | | |
|---|---|---|---|
| Insured: Agency: | Country Wide Home loans | Loss Date: | 9/15/2004 |
| Adjuster | Ken Cole | Loss Cause: | Hurricane/Mon |
| SSN: | | RC: | $2,175.32 |
| Emp. ID No.: | 35-2072320 | Deductions: | $1,192.70 |
| | | ACV: | $982.62 |

**Description**

| Description | Quantity | Unit | Rate | Ext. Cost |
|---|---|---|---|---|
| Adjuster fee | 1.00 | | $250.00 | $250.00 |
| Photographs after 6 free | 9.00 | | $0.50 | $4.50 |
| **Total** | | | | **$254.50** |

(C) 1998, 1999 Hawkins Research, Inc., PowerClaim (TM) 1-800-736-1246

# Eagle
## Adjusting Services

P.O. Box 40878
Indianapolis, IN 46240
Office: 877-839-8152
FAX: 877-839-8151

**To:** Balboa Insurance Co.
ATTN Kirby McCartney
P.O. Box 19702
Irvine, CA 92623

**RE:** Insured: Country Wide Home loans
Loss Address: 415 Ice Street
Troy, AL

# Claim Report

| REPORT DATE: | STATUS: | NEXT REPORT: |
|---|---|---|
| 12/5/2004 | First | |

| CLAIM NO: |
|---|
| CW5172818-01 |

| POLICY # |
|---|
| CW5172818 |

| POLICY ISSUED: | POLICY EXPIRES: | DATE OF LOSS: |
|---|---|---|
| 7/2/2004 | 7/2/2005 | 9/15/2004 |

| FILE NO: |
|---|
| 04-21295 |

| ADJUSTER: |
|---|
| Ken Cole |

| ADJUSTER PHONE: | ADJUSTER FAX: |
|---|---|
| 866-894-9344 | 812-478-3913 |

| ASSIGNED: | CONTACTED: | INSPECTED: |
|---|---|---|
| 11/24/2004 | 12/6/2004 | 12/6/2004 |

| Coverage | Limit | Deductible | Reserve |
|---|---|---|---|
| Building | 23,000.00 | 1,000.00 | $0.00 |

Forms: DP3

**Risk** Structure Type: Dwelling    Occupancy: Residence (Primary)

**Origin** Hurricane Damage

**Exclusions/Limitations** No exclusions or limitations noted

**Subrogation/Salvage** None available

| Loss Summary | RC | Recov. Dep | Nonrecov. Dep | ACV |
|---|---|---|---|---|
| Building | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Less Deductible Applied | 0.00 |

**Enclosures**
☐ Estimates    ☐ Proof of Loss    ☐ Photos    ☐ Invoice
☐ Contents Worksheet  ☐ Statement of Loss  ☐ Diagrams  Other:

## Remarks
We are inspecting this property on Monday Dec. 6-04.

We will report as soon as possible after this.

Ken Cole

Created by PowerClaim (TM). 1-800-736-1246

**Brooks v. CHL**
**Balboa 0069**