**LandAmerica Default Services, Inc.**
6 Executive Circle, Suite 100
Irvine, CA 92614
P: (866) 459-2021   F:

Feb 16 2005 8:50AM
Loan: 2....06388#3   Ref# 42089
Borrower: ROY   BROOKS JR

| Property Address | City | State | Zip Code |
|---|---|---|---|
| 120 HUBBARD ST | TROY | AL | 36081 |

| Brokerage | Contact | Phone # | Fax # |
|---|---|---|---|
| Century 21vDavid Adams Realty, Inc | Bobby Cates | (334) 670-7275 | (334) 566-1964 |

**Property Description**

| Style | Type | Sq Ft | Rooms | BR | Baths | Lot Size | Bsmt | Gar | Age | HOA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Story | SF Detach | 1,000 | 4 | 2 | 1 | 0.5ac | 0% | None | 55yrs | 0 |

Is subject currently listed? Yes [ ] No [X]   List Price:$   Listing Co.:   List Phone #
Current Listing DOM:   Association Mgmnt Co.: unknown

Is Property Occupied? Yes [ ] No [ ] Vacant [X]   Was interior inspected? Yes [X] No [ ]
Condition of Subject:   Exel [ ] Good [ ] Fair [ ] Poor [X]   Mello-Roos Taxes? Yes [ ] No [X] Calif. property only

| Description | Excel | Good | Fair | Poor | Comments |
|---|---|---|---|---|---|
| Curb Appeal | [ ] | [ ] | [ ] | [X] | needs to be demolished |
| Property Maintenance | [ ] | [ ] | [ ] | [X] | none |
| Landscape and Lawn | [ ] | [ ] | [ ] | [X] | none |
| Conformity to Neighborhood | [ ] | [ ] | [ ] | [X] | not habitable |

Comments/Condition (Key factors which affect the subject/neighborhood/general market):
there is no way to place any value on this house

**Neighborhood Data**

| Housing Supply | Increasing [ ] | Stable [X] | Decreasing [ ] | Range of values: 2000 to 65000 |
|---|---|---|---|---|
| Neighborhood Trend | Improving [ ] | Stable [ ] | Declining [X] | Avg. DOM: 180 |
| Crime/Vandalism | High Risk [X] | Low Risk [ ] | Minimal Risk [ ] | Avg. age of home: 45 |

Environmental Problems? Yes [ ] No [X]   If yes, explain in Broker Comments below.
Homes in the market area are Depreciating [X] Appreciating [ ]   Rate of increase or decrease: 1.00 % per month

| Comparable Sales | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 Henderson St | SF Detach | 65yrs | 3 /1 | 10.5 Miles | 1,050 | No | 0.50ac | 152 | Nov 30 2004 | $22,900 | $19,000 |
| 209 Orange St. | SF Detach | 80yrs | 3 /1 | 0.47 Miles | 1,200 | No | 0.35ac | 41 | Jun 25 2003 | $17,500 | $13,500 |
| 1495 Co. Rd. 28 | SF Detach | 36yrs | 3 /1 | 16.0 Miles | 1,000 | No | 0.60ac | 286 | Jan 8 2004 | $25,000 | $12,500 |

Sold most comparable to subject   1 [ ]  2 [ ]  3 [X]   Incentive: 1.570   2.0   3.0

Compare subject to each comp.   Condition
1. This home is liveabl.   Exel [ ] Good [ ] Fair [ ] Poor [X]
2. Slightly better neighborhood and repairable.   Exel [ ] Good [ ] Fair [ ] Poor [X]
3. Less crime risk and liveable Rental property.   Exel [ ] Good [ ] Fair [ ] Poor [X]

| Competitive Listings | Style | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Original list price | Current list price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4418 Coo. Rd. 4418 | Single Story | SF Detach | 55yrs | 3 /1 | 15.0 Miles | 1,000 | No | 0.50ac | 1 | $30,000 | $30,000 |
| Co. Rd 4418 | Single Story | SF Detach | 55yrs | 2 /1 | 15.0 Miles | 1,000 | No | 0.50ac | 1 | $30,000 | $30,000 |
| Rt. Box 97 B | Single Story | SF Detach | 35yrs | 3 /1 | 42.0 Miles | 900 | No | 1.00ac | 1 | $24,900 | $24,900 |

Listing most comparable to subject   1 [ ]  2 [ ]  3 [X]
Compare subject to each comp.   Condition
1. Nicerr home w/flat lot Our lising info does not include DOM   Exel [ ] Good [ ] Fair [ ] Poor [X]
2. Larger flat lot ant habitable   Exel [ ] Good [ ] Fair [X] Poor [ ]
3. Larger but similarly maintained lot with rough but useable house   Exel [ ] Good [ ] Fair [ ] Poor [X]

|  | As Is | Repaired |
|---|---|---|
| Probable Sales Price | $3,000 | $5,000 |
| Suggested List Price | $7,000 | $8,000 |
| 30 Day Quick Sale | $2,000 | |
| Subject Land Value | $5,000 | |

Anticipated lender required repairs:   Cost Estimate
remove the house   $ 3,000

Recommended Repairs and Improvements:   Cost estimate
Could not be repaired at any reasonable cost.   $ 3,000

**EXHIBIT B**
(Everheart Affidavit)

**LandAmerica Default Services, Inc.**
6 Executive Circle, Suite 100
Irvine, CA 92614
P: (866) 459-2021    F:

Feb 16 2005 8:50AM
Loan: 2    06388#3    Ref# 42089
Borrower: ROY    BROOKS JR

| Category | Scale | |
|---|---|---|
| Neighborhood Desirability | ①..2...3...4...5...6...7...8...9...10 | |
| | Least Desirable in Town | Most Desirable in Town |
| Area Income | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Number of Vacant Buildings | ①..2...3...4...5...6...7...8...9...10 | |
| | Many | Few |
| Vandalism Expected | ①..2...3...4...5...6...7...8...9...10 | |
| | Much | None |
| Age of Neighborhood | ①..2...3...4...5...6...7...8...9...10 | |
| | Very Old | Very New |
| Area Rents for Appartments and offices | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Housing Prices | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Prices over next 10 years expected to | ①..2...3...4...5...6...7...8...9...10 | |
| | Decline | Appreciate |
| Urban/Suburban | ①..2...3...4...5...6...7...8...9...10 | |
| | Urban | Suburban |
| Subject Property | ①..2...3...4...5...6...7...8...9...10 | |
| | Undesirable | Desirable |
| Subject Maintenance Condition | ①..2...3...4...5...6...7...8...9...10 | |
| | Needs much work | In Excellent Repair |

**Brokers Comments:**
There are no comps for this property. In my opinion the house should be demolised. My estimate is this would cost 3000+. There is a high risk that a child playing on this property could be injured. Lots in this neighborhood can sell for as much as $10000. This lot however, needs a lot of site prep to pass building code. My suggestion is to do the house removal and sell the lot. Again, there are no comps for this lot. In my opinion, the market value would be $5000+/-. The only interior photo taken was of a back room. I didn't dare walk on the rotted floors.

**Default Link Comments:**

**Quality Control Notes:**

Bobby Cates    Feb 16 2005 8:50AM
Brokers Signature





LoanNumber: 2280006388#3    Photo (Rear): 4-Mvc-017a.jpg    Ref#: 42089



LoanNumber: 2280006388#3    Photo (Interior): 5-Mvc-018a.jpg    Ref#: 42089



LoanNumber: 2280006388#3    MapTuit Map: 6-Order42089Map.png    Ref#: 42089



**Jennifer Moore**

| | |
|---|---|
| **From:** | agervasio@landam.com |
| **Sent:** | Wednesday, February 16, 2005 10:53 AM |
| **To:** | Jennifer Moore |
| **Subject:** | Completed BPO Loan# 2280006388#3 - |



# LandAmerica Default Services
## Completed Comparative Market Analysis

**Date:** Feb 16 2005 8:52AM
**Order:** 42089
**From:** Albert Gervasio
**Phone:** (866) 459-2021 x4585

---

This email is to inform you that we have completed the CMA request on Loan Number: 2280006388#3 for the property at:

**120 HUBBARD ST
TROY, AL 36081**

We have included an Invoice for your records, and payment notification.
We have also included the following information:

**As-Is Value: $ 3000
Repaired Value: $ 5000**

Your CMA form and photo(s) are attached as a PDF.

---

Thank you,
Albert Gervasio
P: (866) 459-2021 x4585
LandAmerica Default Services, Inc.

2/17/2005

**LandAmerica Default ~ ~vices, Inc.**  Feb 14 2005 3:51PM
6 Executive Circle, Suite 10\   Loan: _ .006388#3   Ref# 42094
Irvine, CA 92614   Borrower: ROY   BROOKS JR
P: (866) 459-2021   F:

| PropertyAddress | City | State | Zip Code |
|---|---|---|---|
| 120 HUBBARD ST | TROY | AL | 36081 |

| Brokerage | Contact | Phone # | Fax # |
|---|---|---|---|
| Coldwell Banker | Ren Anderson | (334) 566-6446 | (334) 566-6452 |

### Property Description

| Style | Type | Sq Ft | Rooms | BR | Baths | Lot Size | Bsmt | Gar | Age | HOA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Story | A-Frame | 960 | 4 | 2 | 1 | 1ac | 0% | None | 55yrs | 0 |

Is subject currently listed?  Yes ☐  No ☒   List Price:$   Listing Co.:   List Phone #
Current Listing DOM:   Association Mgmnt Co.:

Is Property Occupied?  Yes ☐ No ☐ N/A ☒   Was interior inspected? Yes ☒ No ☐
Conditon of Subject:  Exel ☐ Good ☐ Fair ☐ Poor ☒   Mello-Roos Taxes? Yes ☐ No ☒  Calif. property only

| Description | Excel | Good | Fair | Poor | Comments |
|---|---|---|---|---|---|
| Curb Appeal | ☐ | ☐ | ☐ | ☒ | No appeal, roof falling, abandon |
| PropertyMaintenance | ☐ | ☐ | ☐ | ☒ | roof, leakinf and falling, house is a wreack in side |
| Landscape and Lawn | ☐ | ☐ | ☐ | ☒ | trash and no maintenance |
| Conformity to Neighborhood | ☐ | ☐ | ☐ | ☒ | House is in poop condition |

Comments/Condition (Key factors which affect the subject/neighborhood/general market):
House is in not in condition to be occupied, need to demolished

### Neighborhood Data

| Housing Supply | Increasing ☐ | Stable ☒ | Decreasing ☐ | Range of values: 5000 to 80000 |
|---|---|---|---|---|
| Neighborhood Trend | Improving ☐ | Stable ☒ | Declining ☐ | Avg. DOM: 180 |
| Crime/Vandalism | High Risk ☐ | Low Risk ☐ | Minimal Risk ☒ | Avg. age of home: 50 |

Environmental Problems?  Yes ☐ No ☒   If yes, explain in Broker Comments below.
Homes in the market area are  Depreciating ☒  Appreciating ☐   Rate of increase or decrease: 0.60 % per month

| Comparable Sales | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 741 N Main St | A-Frame | 57yrs | 2 /1 | 10.45 Miles | 793 | No | 1ac | 338 | Nov 19 2004 | $20,000 | $10,000 |
| 436 Henderson St | A-Frame | 65yrs | 3 /1 | 10.5 Miles | 1,050 | No | 1ac | 152 | Nov 30 2004 | $22,900 | $19,000 |
| 301 Williams St | A-Frame | 29yrs | 2 /1 | 1.12 Miles | 729 | No | 0.21ac | 97 | Dec 1 2004 | $31,500 | $27,000 |

Sold most comparable to subject   1 ☒  2 ☐  3 ☐   Incentive: 1.none   2.none   3.none

Compare subject to each comp.   Condition

| | Exel | Good | Fair | Poor |
|---|---|---|---|---|
| 1. Comp is in a rural, county schools, house needs repairs - sold as is | ☐ | ☐ | ☐ | ☒ |
| 2. Same as comp #1, county schools, in need of repairs - sold as is | ☐ | ☐ | ☐ | ☒ |
| 3. In ciyt limits, better schools, close to shopping, better condition | ☐ | ☐ | ☒ | ☐ |

| Competitive Listings | Style | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Original list price | Current list price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Co Rd # 4418 | Single Story | A-Frame | 55yrs | 3 /1 | 12.9 Miles | 1,000 | No | 0.5ac | 354 | $30,000 | $30,000 |
| County Rd #6 | Single Story | A-Frame | 60yrs | 3 /1 | 16.6 Miles | 950 | No | 1ac | 134 | $19,500 | $19,500 |
| 913 Galloway Rd | Single Story | A-Frame | 58yrs | 3 /1 | 10.7 Miles | 840 | No | 0.33ac | 48 | $25,900 | $25,900 |

Listing most comparable to subject   1 ☐  2 ☐  3 ☒
Compare subject to each comp.   Condition

| | Exel | Good | Fair | Poor |
|---|---|---|---|---|
| 1. House moved to location, rural area, county schools | ☐ | ☐ | ☐ | ☒ |
| 2. Rural location, house in need of repairs, county schools, | ☐ | ☐ | ☐ | ☒ |
| 3. House in rural town, county schools, in need of some repairs | ☐ | ☐ | ☐ | ☒ |

|  | As Is | Repaired |
|---|---|---|
| Probable Sales Price | $8,900 | $8,900 |
| Suggested List Price | $8,900 | $8,900 |
| 30 Day Quick Sale | $8,500 | |
| Subject Land Value | $8,000 | |

Anticipated lender required repairs:   Cost Estimate
Too much to repairs, demo and remove   $ 3,500

Recommended Repairs and Improvements:   Cost estimate
Nonne   $ 0

**LandAmerica Default Services, Inc.**
6 Executive Circle, Suite 10
Irvine, CA 92614
P: (866) 459-2021     F:

Feb 14 2005 3:51PM
Loan: .006388#3     Ref# 42094
Borrower: ROY       BROOKS JR

| Category | Scale | |
|---|---|---|
| Neighborhood Desirability | 1..②..3...4...5...6...7...8...9...10 | |
| | Least Desirable in Town | Most Desirable in Town |
| Area Income | 1...2..③..4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Number of Vacant Buildings | 1...2...3...4...5...6..⑦..8...9...10 | |
| | Many | Few |
| Vandalism Expected | 1...2...3...4...5..⑥..7...8...9...10 | |
| | Much | None |
| Age of Neighborhood | ①..2...3...4...5...6...7...8...9...10 | |
| | Very Old | Very New |
| Area Rents for Appartments and offices | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Housing Prices | 1..②..3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Prices over next 10 years expected to | 1...2...3..④..5...6...7...8...9...10 | |
| | Decline | Appreciate |
| Urban/Suburban | ①..2...3...4...5...6...7...8...9...10 | |
| | Urban | Suburban |
| Subject Property | ①..2...3...4...5...6...7...8...9...10 | |
| | Undesirable | Desirable |
| Subject Maintenance Condition | ①..2...3...4...5...6...7...8...9...10 | |
| | Needs much work | In Excellent Repair |

**Brokers Comments:**
House is in need of demo and hauling off, too many repairs. The roof is falling and has damage the in side of house. The house has been vandlised. The only comps close to subject on the MLS and the only ones in any price range of subject. The only valve of property is the lot.

**Default Link Comments:**

**Quality Control Notes:**

Ren Anderson                                Feb 14 2005 3:51PM
Brokers Signature                           Date



LoanNumber: 2280006388#3 — Photo (Front): 1-100-0001_IMG.JPG — Ref#: 42094



LoanNumber: 2280006388#3 — Photo (Street): 2-100-0007_IMG.JPG — Ref#: 42094



LoanNumber: 2280006388#3 — Photo (Side): 3-100-0002_IMG.JPG — Ref#: 42094

LoanNumber: 2280006388#3    Photo (Rear): 4-100-0003_IMG.JPG    Ref#: 42094



LoanNumber: 2280006388#3    Photo (Interior): 5-100-0005_IMG.JPG    Ref#: 42094



LoanNumber: 2280006388#3    Photo (Interior): 6-100-0006_IMG.JPG    Ref#: 42094





**REO NATIONAL**

85 ROBERT STREET, SUITE [ ] BOSTON, MA 02131

## BROKER'S PRICE OPINION

Occupancy: Vacant ☒ Occupied ☐ Unknown ☐ Boarded ☐   Loan #: 2280006388

| | | |
|---|---|---|
| Property Address: | 120 Hubbard Street, Troy, AL | Type of Inspection: Interior ☒ Exterior ☐ |
| Legal Description: | Henderson Lake S/D, Pike Co. | Legal Occupancy: _____ |
| (include subdivision & county): | Henderson Lake S/D, Pike Co. | Taxes: $ 47.30 |

Is there a Home Owner's Association?: Yes ☐ No ☒ Phone: If yes, complete and fax HOA form

|  | AS IS | REPAIRED |
|---|---|---|
| Suggested List Price: | $ 5,000 | $ 5,000 |
| Market Value: | $ 5,000 | $ 5,000 |

Estimate of recommended repairs $ 0   Contribution value, if any, of repairs $ 0

Property is connected to: ○ Well/Septic ● City/County Water/Sewer

**SUBJECT PROPERTY:**   Suggest selling: As-Is ☒ Repaired ☐   Date Inspected 01/25/2002

| Description/Style | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Original List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| one story | poor | 978 | 5 | 2 | 1 | N/A | 1940 | N/A | | N/A | N/A |

Comments  House appears to be in terrible condition. See pictures. Ceilings falling in, windows broken, etc.

**COMPARABLE SALES:** (Should be within the past 6 months and from the same subdivision if possible.)

| Address | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Closing Date | Final List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 1st Avenue 1.22 mi. | Fair | 835 | 5 | 2 | 1 | N/A | 1955 | 32 | | 08/20/2004 | $15,000 | $13,500 |
| 2883 Hwy. 51 | Fair | 1100 | 6 | 3 | 1 | N/A | 1969 | 98 | | 08/10/004 | $19,900 | $10,000 |
| 188660 Higway 29 | Poor | 1190 | 6 | 3 | 1.5 | N/A | 1940 | 128 | | 09/21/2004 | $19,900 | $10,000 |

Comments: (Seller concessions and differences between subject and comparables affecting value. Include style.)
Comp #1:  Comp. one is in better condition than subject but otherwise similar.
Comp #2:  Comp. is larrger and in better area and condition
Comp #3:  Comp. is larger, better area,

**COMPETING LISTINGS:** (Should be within the past 6 months and from the same subdivision if possible.)

| Address | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Original List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 621 Davis Drive 32.43 | Poor | 848 | 5 | 3 | 1 | N/A | 1945 | 186 | | $15,000 | $8,400 |
| 212 Plum St. 34.67 | Poor | 825 | 5 | 2 | 1 | N/A | 1900 | 880 | > | $12,000 | $7,000 |
| 634 Henderson 0.53 mi. | Fair | 1001 | 6 | 3 | 2 | N/A | 1951 | 136 | | 19,000 | 13,000 |

(margin notes: elba / ozark)

Comments: (Seller concessions and differences between subject and comparables affecting value. Include style.)
Comp #1:  Comp. in better condition and located in better area. Style similar
Comp #2:  Comp. in better condition and located in better area. Style similar
Comp #3:  Comp. in better condition and located in better area. Style similar

**MARKETABILITY OF SUBJECT:**
Comment on market conditions and situations which will affect the sale of the property (i.e. economic conditions, employment stability, etc.): _____

Most likely type of buyer:  As-Is  Investor   Repaired _____
(Investor, FHA, Conv., VA, First Time, Move-Up, etc.)
Indicate financing subject will not qualify for:   FHA, Conv, VA, First Time, Move-Up, etc...........
Recommended marketing strategy:   Approach investors who could pay cash for property
Would NOT qualify for financing. Would probably tear down, expensive to tear down

**NEIGHBORHOOD DATA:**

Area property values:   Appreciating ☐   Stable ☐   Declining ☒
Pride of Ownership:   Excellent ☐   Good ☐   Fair ☐   Poor ☒
Number of Listings in Immediate Area: 0   Price Range: High ____ Low ____ Predominant Value ____
Average Marketing Time of Comparable Listings:   400   Comparable Sales: 86
Describe any negative neighborhood features that will detract from subject (functional and economic obsolescence):
Not in good resale area, probably would be sold for lot only, other abandoned homes in area
Comments on factors affecting market value (i.e.: parks, schools, commercial development):
Not in good resale area, probably would be sold for lot only, other abandoned homes in area

Is there new construction nearby? Yes ☐ No ☒ Price Range: $ _____
REO competition: Yes ☐ No ☐ Price Range: $ _____
Is/Was the property currently/previously listed? Yes ☐ DOM No ☒ If Yes, list price: $ _____

| | | | |
|---|---|---|---|
| Firm Name: | Green Realty | Broker/Agent Name: | Freida Green |
| Address: | 124 South Main Street | Telephone Number: | 334-735-5555 |
| City, State Zip Code | Brundidge, AL 36010 | Fax Number: | 334-735-2435 |
| Signature | Freida S. Green | Broker Number: | Date: 01/26/2005 |

THIS REPORT IS NOT INTENDED TO BE AN APPRAISAL.

**PLEASE COMPLETE THE FOLLOWING:**

| Category | Rating | |
|---|---|---|
| Neighborhood Desirability | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Least Desirable In Town | Most Desirable In Town |
| Area Income | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Lowest In Town | Highest In Town |
| Number of Vacant Buildings | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Many | Few |
| Vandalism Expected | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Much | None |
| Age Of Neighborhood | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Very Old | Very New |
| Area Rents for Apartments and Offices | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Very Old | Very New |
| Neighborhood Housing Prices | ☐1 ☒2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood prices over next 10 years expected to | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Decline       Stable | Appreciate |
| Urban/Suburban | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Urban | Suburban |
| Subject Property | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Undesirable | Very Desirable |
| Subject Maintenance Condition | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Needs Much Work | In Excellent Repair |

Photo 1:



Photo 2:



Photo 3:



Photo 4:



Photo 5:


Photo 6:


Photo 7:


Photo 8:


Photo 9:



Photo 10:

Photo 11:



Photo 12:

Photo 13:

Photo 14:

Photo 15:

Photo 16:



Photo 17:

Photo 18:

