**LandAmerica Default Services, Inc.**  
6 Executive Circle, Suite 100  
Irvine, CA 92614  
P: (866) 459-2021    F:

Feb 16 2005 10:05AM  
Loan: 2    )6388#2    Ref# 42092  
Borrower: ROY    BROOKS JR

| Property Address | City | State | Zip Code |
|---|---|---|---|
| 415 ICE ST | TROY | AL | 36081 |

| Brokerage | Contact | Phone # | Fax # |
|---|---|---|---|
| Coldwell Banker | Ren Anderson | (334) 566-6446 | (334) 566-6452 |

### Property Description

| Style | Type | Sq Ft | Rooms | BR | Baths | Lot Size | Bsmt | Gar | Age | HOA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Story | SF Detach | 586 | 4 | 2 | 1 | 0.30ac | 0% | None | 47yrs | 0 |

Is subject currently listed?  Yes ☐  No ☒    List Price:$    Listing Co.:    List Phone #  
Current Listing DOM:    Association Mgmnt Co.:

Is Property Occupied?    Yes ☐ No ☐ N/A ☒    Was interior inspected? Yes ☒ No ☐  
Condition of Subject:    Exel ☐ Good ☐ Fair ☐ Poor ☒    Mello-Roos Taxes? Yes ☐ No ☐ Calif. property only

| Description | Excel | Good | Fair | Poor | Comments |
|---|---|---|---|---|---|
| Curb Appeal | ☐ | ☐ | ☐ | ☒ | Demo House |
| Property Maintenance | ☐ | ☐ | ☐ | ☒ | Demo house |
| Landscape and Lawn | ☐ | ☐ | ☐ | ☒ | none |
| Conformity to Neighborhood | ☐ | ☐ | ☐ | ☒ | none |

Comments/Condition (Key factors which affect the subject/neighborhood/general market):  
House is in need to of demo and removing.

### Neighborhood Data

| Housing Supply | Increasing ☐ | Stable ☒ | Decreasing ☐ | Range of values: 20000 to 80000 |
|---|---|---|---|---|
| Neighborhood Trend | Improving ☐ | Stable ☒ | Declining ☐ | Avg. DOM: 180 |
| Crime/Vandalism | High Risk ☐ | Low Risk ☐ | Minimal Risk ☒ | Avg. age of home: 50 |

Environmental Problems?    Yes ☐ No ☒    If yes, explain in Broker Comments below.  
Homes in the market area are  Depreciating ☐  Appreciating ☒    Rate of increase or decrease: 0.50 % per month

| Comparable Sales | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 301 Williams St | SF Detach | 29yrs | 2 /1 | 1.15 Miles | 720 | No | 0.30ac | 97 | Dec 1 2004 | $31,500 | $27,000 |
| 436 Henderson St | SF Detach | 65yrs | 3 /1 | 10.53 Miles | 1,050 | No | 1.00ac | 152 | Nov 30 2004 | $22,900 | $19,000 |
| 741 N Main St | SF Detach | 53yrs | 2 /1 | 10.47 Miles | 793 | No | 1.00ac | 338 | Nov 19 2004 | $20,000 | $10,000 |

Sold most comparable to subject    1 ☒  2 ☐  3 ☐    Incentive: 1.none    2.none    3.none

Compare subject to each comp.    Condition

| | | | | |
|---|---|---|---|---|
| 1. Comp is in the city limits, better schools, shopping, University | Exel ☐ | Good ☒ | Fair ☐ | Poor ☐ |
| 2. In rural town, county schools, need some repairs, sold as is | Exel ☐ | Good ☐ | Fair ☐ | Poor ☒ |
| 3. in rural town, county schools, need repairs, sold as is, business section of town | Exel ☐ | Good ☐ | Fair ☐ | Poor ☒ |

| Competitive Listings | Style | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Original list price | Current list price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Co Rd #6 | Single Story | SF Detach | 60yrs | 3 /1 | 16.6 Miles | 950 | No | 1ac | 134 | $19,500 | $19,500 |
| 4418 Co Rd 4418 | Single Story | SF Detach | 55yrs | 3 /1 | 12.9 Miles | 1,000 | No | 0.5ac | 355 | $30,000 | $30,000 |
| 913 Galloway RD | Single Story | SF Detach | 58yrs | 3 /1 | 1/2 Block | 840 | No | 0.33ac | 49 | $25,900 | $25,900 |

Listing most comparable to subject    1 ☐  2 ☐  3 ☒

Compare subject to each comp.    Condition

| | | | | |
|---|---|---|---|---|
| 1. Ruarl home in rural area of county, county schools, needs repairs | Exel ☐ | Good ☐ | Fair ☐ | Poor ☒ |
| 2. House moved to location, needs repairs, county schools, | Exel ☐ | Good ☐ | Fair ☐ | Poor ☒ |
| 3. In city limits of rural town limits, county schools, needs some repairs | Exel ☐ | Good ☐ | Fair ☐ | Poor ☒ |

| | As Is | Repaired |
|---|---|---|
| Probable Sales Price | $7,000 | $25,000 |
| Suggested List Price | $7,900 | $25,000 |
| 30 Day Quick Sale | $6,500 | |
| Subject Land Value | $7,000 | |

Anticipated lender required repairs:    Cost Estimate  
No many to list and house is not in repair state    $ 0

Recommended Repairs and Improvements:    Cost estimate  
Roof, floor, bath, wall, doors, windows.    $ 20,000

*(handwritten margin note: GLA 572 sqft 1736 sqft 0.04acrs)*

**LandAmerica Default Services, Inc.**
6 Executive Circle, Suite 100
Irvine, CA 92614
P: (866) 459-2021    F:

Feb 16 2005 10:05AM
Loan: 2    )6388#2    Ref# 42092
Borrower: ROY    BROOKS JR

| Category | Rating |
|---|---|
| Neighborhood Desirability | 1..②..3...4...5...6...7...8...9...10<br>Least Desirable in Town — Most Desirable in Town |
| Area Income | 1...2..③..4...5...6...7...8...9...10<br>Lowest in Town — Highest in Town |
| Number of Vacant Buildings | 1...2...3...4...5...6..⑦..8...9...10<br>Many — Few |
| Vandalism Expected | 1...2...3...4...5...6..⑦..8...9...10<br>Much — None |
| Age of Neighborhood | ①..2...3...4...5...6...7...8...9...10<br>Very Old — Very New |
| Area Rents for Appartments and offices | ①..2...3...4...5...6...7...8...9...10<br>Lowest in Town — Highest in Town |
| Neighborhood Housing Prices | 1..②..3...4...5...6...7...8...9...10<br>Lowest in Town — Highest in Town |
| Neighborhood Prices over next 10 years expected to | 1...2...3...4..⑤..6...7...8...9...10<br>Decline — Appreciate |
| Urban/Suburban | ①..2...3...4...5...6...7...8...9...10<br>Urban — Suburban |
| Subject Property | ①..2...3...4...5...6...7...8...9...10<br>Undesirable — Desirable |
| Subject Maintenance Condition | ①..2...3...4...5...6...7...8...9...10<br>Needs much work — In Excellent Repair |

**Brokers Comments:**
House in not in liveable condition. House is in needs of major repairs and cleaning up around property. The lot would have more valve than house. This is a slow area to sell and there is not new construction in the area. The percel is tired to house on 120 Hubbard St in tax records. Street name has changed to M>L> Millian Dr and is not ICE ST now. These are the only comps available on MLS. There are not any listing or sold comps in close area of subject property for the last year. This house is not loviable and would be best to demo and remove.

**Default Link Comments:**

**Quality Control Notes:**





















## Jennifer Moore

**From:** agervasio@landam.com
**Sent:** Wednesday, February 16, 2005 12:06 PM
**To:** Jennifer Moore
**Subject:** Completed BPO Loan# 2280006388#2 -



## LandAmerica Default Services
### Completed Comparative Market Analysis

**Date:** Feb 16 2005 10:06AM
**Order:** 42092
**From:** Albert Gervasio
**Phone:** (866) 459-2021 x4585

---

This email is to inform you that we have completed the CMA request on Loan Number: 2280006388#2 for the property at:

**415 ICE ST**
**TROY, AL 36081**

We have included an Invoice for your records, and payment notification.
We have also included the following information:

**As-Is Value: $ 7000**
**Repaired Value: $ 25000**

Your CMA form and photo(s) are attached as a PDF.

---

Thank you,
Albert Gervasio
P: (866) 459-2021 x4585
LandAmerica Default Services, Inc.

| LandAmerica Default Services, Inc. | Feb 16 2005 10:06AM |
|---|---|
| 6 Executive Circle, Suite 100 | Loan: 2⎵6388#2   Ref# 42093 |
| Irvine, CA 92614 | Borrower: ROY   BROOKS JR |
| P: (866) 459-2021   F: | |

| Property Address | City | State | Zip Code |
|---|---|---|---|
| 415 ICE ST | TROY | AL | 36081 |
| Brokerage | Contact | Phone # | Fax # |
| Century 21vDavid Adams Realty, Inc | Bobby Cates | (334) 670-7275 | (334) 566-1964 |

### Property Description

| Style | Type | Sq Ft | Rooms | BR | Baths | Lot Size | Bsmt | Gar | Age | HOA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Story | SF Detach | 600 | 5 | 3 | 1 | 0.5ac | % | None | 55yrs | |

Is subject currently listed? Yes ☐ No ☒   List Price:$   Listing Co.:   List Phone #
Current Listing DOM:   Association Mgmnt Co.:

Is Property Occupied?   Yes ☐ No ☐ N/A ☒   Was interior inspected? Yes ☒ No ☐
Condition of Subject:   Excel ☐ Good ☐ Fair ☐ Poor ☒   Mello-Roos Taxes? Yes ☐ No ☐ Calif. property only

| Description | Excel | Good | Fair | Poor | Comments |
|---|---|---|---|---|---|
| Curb Appeal | ☐ | ☐ | ☐ | ☒ | The house is about to fall in |
| Property Maintenance | ☐ | ☐ | ☐ | ☒ | Appears to have had no maintenance in years. |
| Landscape and Lawn | ☐ | ☐ | ☐ | ☒ | There is none |
| Conformity to Neighborhood | ☐ | ☐ | ☐ | ☒ | Makes a bad neighborhood look worse. |

Comments/Condition (Key factors which affect the subject/neighborhood/general market):
This house is in shambles. Poor upkeep and vandalism have left this structure wothless. It should be demolished.

### Neighborhood Data

| | | | | | |
|---|---|---|---|---|---|
| Housing Supply | Increasing ☐ | Stable ☒ | Decreasing ☐ | Range of values: | 2000 to 65000 |
| Neighborhood Trend | Improving ☐ | Stable ☐ | Declining ☒ | Avg. DOM: | 180 |
| Crime/Vandalism | High Risk ☒ | Low Risk ☐ | Minimal Risk ☐ | Avg. age of home: | 45 |

Environmental Problems?   Yes ☐ No ☒   If yes, explain in Broker Comments below.
Homes in the market area are Depreciating ☒   Appreciating ☐   Rate of increase or decrease: 1.00 % per month

| Comparable Sales | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 Henderson St. | SF Detach | 65yrs | 3 /1 | 10.53 Miles | 1,050 | No | 0.5ac | 152 | Nov 30 2004 | $22,900 | $19,000 |
| 209 Orange St. | SF Detach | 80yrs | 2 /1 | 0.46 Miles | 1,200 | No | 0.35ac | 41 | Jun 25 2003 | $17,500 | $13,500 |
| 1405 Co. Rd. 28 | SF Detach | 36yrs | 3 /1 | 16.0 Miles | 1,000 | No | 0.6ac | 286 | Jan 8 2004 | $25,000 | $125,000 |

Sold most comparable to subject   1 ☐   2 ☐   3 ☒   Incentive: 1.0   2.0   3.0

Compare subject to each comp.   Condition
1. Liveabl, nicer lot.   Exel ☐ Good ☐ Fair ☒ Poor ☐
2. Remodel economically feasable.   Exel ☐ Good ☐ Fair ☐ Poor ☒
3. Better lot, less crime.   Exel ☐ Good ☐ Fair ☐ Poor ☒

| Competitive Listings | Style | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Original list price | Current list price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Co. Rd. 4418 | Single Story | SF Detach | 55yrs | 3 /1 | 15.0 Miles | 1,000 | No | 0.5ac | 1 | $30,000 | $30,000 |
| Co. Rd. 4418 | Single Story | SF Detach | 55yrs | 2 /1 | 15.0 Miles | 1,000 | No | 0.5ac | 1 | $30,000 | $30,000 |
| Rt. 1 Box 97 B | Single Story | SF Detach | 35yrs | 3 /1 | 42.0 Miles | 900 | No | 1ac | 1 | $24,900 | $24,900 |

Listing most comparable to subject   1 ☐   2 ☐   3 ☒

Compare subject to each comp.   Condition
1. More attractive and liveable   Exel ☐ Good ☒ Fair ☐ Poor ☐
2. Flatter lot, less crime, liveable   Exel ☐ Good ☐ Fair ☒ Poor ☐
3. More land, similar maint., liveable   Exel ☐ Good ☐ Fair ☐ Poor ☒

| | As Is | Repaired |
|---|---|---|
| Probable Sales Price | $3,000 | $5,000 |
| Suggested List Price | $5,000 | $8,000 |
| 30 Day Quick Sale | $3,000 | |
| Subject Land Value | $5,000 | |

Anticipated lender required repairs:   Cost Estimate
house removal   $ 3,000

Recommended Repairs and Improvements:   Cost estimate
remove house and clean lot.   $ 3,000

**LandAmerica Default Services, Inc.**　　　　　　　　　　Feb 16 2005 10:06AM
6 Executive Circle, Suite 100　　　　　　　　　　　　Loan: 2.　　6388#2　　Ref# 42093
Irvine, CA 92614　　　　　　　　　　　　　　　　　Borrower: ROY　　　　BROOKS JR
P: (866) 459-2021　　F:

| | | |
|---|---|---|
| Neighborhood Desirability | ①..2...3...4...5...6...7...8...9...10 | |
| | Least Desirable in Town | Most Desirable in Town |
| Area Income | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Number of Vacant Buildings | ①..2...3...4...5...6...7...8...9...10 | |
| | Many | Few |
| Vandalism Expected | ①..2...3...4...5...6...7...8...9...10 | |
| | Much | None |
| Age of Neighborhood | ①..2...3...4...5...6...7...8...9...10 | |
| | Very Old | Very New |
| Area Rents for Appartments and offices | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Housing Prices | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Prices over next 10 years expected to | ①..2...3...4...5...6...7...8...9...10 | |
| | Decline | Appreciate |
| Urban/Suburban | ①..2...3...4...5...6...7...8...9...10 | |
| | Urban | Suburban |
| Subject Property | ①..2...3...4...5...6...7...8...9...10 | |
| | Undesirable | Desirable |
| Subject Maintenance Condition | ①..2...3...4...5...6...7...8...9...10 | |
| | Needs much work | In Excellent Repair |

**Brokers Comments:**
This should be treated as a land only property. The house should be demolished. DOM on active listings is not available.

**Default Link Comments:**

**Quality Control Notes:**

Bobby Cates　　　　　　　　　　　　　　　　　Feb 16 2005 10:06AM





LoanNumber: 2280006388#2    Photo (Rear): 4-Mvc-004s.jpg    Ref#: 42093



LoanNumber: 2280006388#2    Photo (Interior): 5-Mvc-005s.jpg    Ref#: 42093



LoanNumber: 2280006388#2    MapTuit Map: 6-Order42093Map.png    Ref#: 42093



## Jennifer Moore

| | |
|---|---|
| **From:** | agervasio@landam.com |
| **Sent:** | Wednesday, February 16, 2005 12:07 PM |
| **To:** | Jennifer Moore |
| **Subject:** | Completed BPO Loan# 2280006388#2 - |



# LandAmerica Default Services
## Completed Comparative Market Analysis

**Date:** Feb 16 2005 10:06AM
**Order:** 42093
**From:** Albert Gervasio
**Phone:** (866) 459-2021 x4585

---

This email is to inform you that we have completed the CMA request on Loan Number: 2280006388#2 for the property at:

**415 ICE ST**
**TROY, AL 36081**

We have included an Invoice for your records, and payment notification.
We have also included the following information:

**As-Is Value: $ 3000**
**Repaired Value: $ 5000**

Your CMA form and photo(s) are attached as a PDF.

---

Thank you,
Albert Gervasio
P: (866) 459-2021 x4585
LandAmerica Default Services, Inc.



85 ROBERT STREET, SUITE 1, BOSTON, MA 02131

**BROKER'S PRICE OPINION**

Occupancy: Vacant ☒  Occupied ☐  Unknown ☐  Boarded ☐   Loan #: 228006388#2

| | | |
|---|---|---|
| Property Address: | 415 Ice Troy AL | Type of Inspection: Interior ☒ Exterior ☐ |
| Legal Description: | Lot 6 Plat 3 | Legal Occupancy: _____ |
| (include subdivision & county): | Oakland Heights, Pike County | Taxes: $ 66.51 |

Is there a Home Owner's Association?: Yes ☐ No ☒ Phone: If yes, complete and fax HOA form

|  | AS IS | REPAIRED |
|---|---|---|
| Suggested List Price: | $ 5,000 | $ 5,000 |
| Market Value: | $ 5,000 | $ 5,000 |

Estimate of recommended repairs $ 0        Contribution value, if any, of repairs $ 0

Property is connected to: ○ Well/Septic  ● City/County Water/Sewer

**SUBJECT PROPERTY:**   Suggest selling: As-Is ☒  Repaired ☐       Date Inspected 01/25/2004

| Description/Style | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Original List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| One story | Poor | 835 | 5 | 2 | 1 | N/A | 1900 | N/A |  | N/A | N/A |

Comments: House in poor condition, damage to outside, broken windows, paneling falling from walls, etc.

**COMPARABLE SALES:** (Should be within the past 6 months and from the same subdivision if possible.)

| Address | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Closing Date | Final List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 1st Avenue 2.27 mi. | Fair | 835 | 5 | 2 | 1 | N/A | 1955 | 32 |  | 08/20/2004 | $15,000 | $13,500 |
| 2883 Hwy. 51 | Fair | 1100 | 6 | 3 | 1 | N/A | 1969 | 98 |  | 08/10/2004 | $19,900 | $10,000 |
| 18660 Highway 29 | Poor | 1190 | 6 | 3 | 1.5 | N/A | 1940 | 128 |  | 09/21/2004 | $19,900 | $10,000 |

Comments: (Seller concessions and differences between subject and comparables affecting value. Include style.)
Comp #1: Comp in better condition and located in better area
Comp #2: Comp in better condition and located in better area
Comp #3: Comp in similar and located in better area

**COMPETING LISTINGS:** (Should be within the past 6 months and from the same subdivision if possible.)

| Address | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Original List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 621 Davis Drive | Poor | 848 | 5 | 3 | 1 | N/A | 1945 | 186 |  | $15,000 |  |
| 212 Plum St. 34.86 mi. | Poor | 825 | 5 | 2 | 1 | N/A | 1900 | 880 | > | $12,000 |  |
| 634 Henderson 0.56 mi. | Fair | 1001 | 6 | 3 | 1 | N/A | 1951 | 136 |  | $19,900 |  |

?? Ozark

Comments: (Seller concessions and differences between subject and comparables affecting value. Include style.)
Comp #1: Comp in better condition and located in better area
Comp #2: Comp in better condition and located in better area
Comp #3: Comp in better condition and located in better area

**MARKETABILITY OF SUBJECT:**
Comment on market conditions and situations which will affect the sale of the property (i.e. economic conditions, employment stability, etc.):

Most likely type of buyer:  As-Is    Investor           Repaired _____
(Investor, FHA, Conv., VA, First Time, Move-Up, etc.)
Indicate financing subject will not qualify for:    FHA, Conv, VA, First Time, Move-Up, etc..........
Recommended marketing strategy:         Approach investors who could pay cash for property
Will NOT qualify for financing. I feel they will more than likely tear down.

**NEIGHBORHOOD DATA:**

Area property values:      Appreciating ☐   Stable ☐   Declining ☒
Pride of Ownership:            Excellent ☐   Good ☐   Fair ☐   Poor ☒
Number of Listings in Immediate Area: 0        Price Range: High ____  Low ____  Predominant Value ____
Average Marketing Time of Comparable Listings: 400       Comparable Sales: 86

Describe any negative neighborhood features that will detract from subject (functional and economic obsolescence):
Not in good resale area, probably would be sold for lot only, other abandoned homes in area

Comments on factors affecting market value (i.e.: parks, schools, commercial development):
Not in good resale area, probably would be sold for lot only, other abandoned homes in area

Is there new construction nearby? Yes ☐ No ☒  Price Range: $ _____
REO competition: Yes ☐ No ☐  Price Range: $ _____
Is/Was the property currently/previously listed? Yes ☐ DOM No ☒  If Yes, list price: $ _____

| | | | |
|---|---|---|---|
| Firm Name: | Green Realty | Broker/Agent Name: | Freida Green |
| Address: | 124 South Main St | Telephone Number: | 334-735-5555 |
| City, State Zip Code | Brundidge AL 36010 | Fax Number: | 334-735-2435 |
| Signature | Freida Green | Broker Number: | Date: 1/27/2005 |

THIS REPORT IS NOT INTENDED TO BE AN APPRAISAL.

**PLEASE COMPLETE THE FOLLOWING:**

| Category | Rating (1–10) | |
|---|---|---|
| Neighborhood Desirability | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐9 ☐10 | |
| | Least Desirable In Town | Most Desirable In Town |
| Area Income | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Lowest In Town | Highest In Town |
| Number of Vacant Buildings | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Many | Few |
| Vandalism Expected | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Much | None |
| Age Of Neighborhood | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Very Old | Very New |
| Area Rents for Apartments and Offices | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Very Old | Very New |
| Neighborhood Housing Prices | ☐1 ☒2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood prices over next 10 years expected to | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Decline    Stable | Appreciate |
| Urban/Suburban | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Urban | Suburban |
| Subject Property | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Undesirable | Very Desirable |
| Subject Maintenance Condition | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | |
| | Needs Much Work | In Excellent Repair |

**Upload up to 25 Photos**

Photo 1:



Photo 2:

Photo 3:



Photo 4:

Photo 5:



Photo 6:



Photo 7:



Photo 8:

Photo 9:



Photo 10:



Photo 11:



Photo 12:



Photo 13:



Photo 14:

Photo 15:



Photo 16:

