LandAmerica Default Services, Inc.  Feb-15-2005 9:19AM
6 Executive Circle, Suite 100   Loan: 22..  )6388#1   Ref# 42090
Irvine, CA 92614
P: (866) 459-2021   F:   Borrower: ROY BROOKS JR

| Property Address | City | State | Zip Code |
|---|---|---|---|
| 410 HUBBARD ST | TROY | AL | 36081 |

| Brokerage | Contact | Phone # | Fax # |
|---|---|---|---|
| Coldwell Banker | Ren Anderson | (334) 566-6446 | (334) 566-6452 |

**Property Description**

| Style | Type | Sq Ft | Rooms | BR | Baths | Lot Size | Bsmt | Gar | Age | HOA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Story | SF Detach | 960 | 6 | 3 | 1 | 0.40ac | 0% | None | 65yrs | 0 |

Is subject currently listed? Yes ☐ No ☒   List Price: $   Listing Co.:   List Phone #
Current Listing DOM:   Association Mgmnt Co.:
Is Property Occupied? Yes ☐ No ☐ N/A ☒   Was interior inspected? Yes ☒ No ☐
Condition of Subject: Exel ☐ Good ☐ Fair ☐ Poor ☒   Mello-Roos Taxes? Yes ☐ No ☒ Calif. property only

| Description | Excel | Good | Fair | Poor | Comments |
|---|---|---|---|---|---|
| Curb Appeal | ☐ | ☐ | ☐ | ☒ | No appeal, need much work |
| Property Maintenance | ☐ | ☐ | ☐ | ☒ | not maintenanced |
| Landscape and Lawn | ☐ | ☐ | ☐ | ☒ | remove trash and needs cleaning up |
| Conformity to Neighborhood | ☐ | ☐ | ☐ | ☒ | not at all |

Comments/Condition (Key factors which affect the subject/neighborhood/general market):
House is vaccant and has been for a long while. needs major repairs from top to bottom.

**Neighborhood Data**

| Housing Supply | Increasing ☐ | Stable ☒ | Decreasing ☐ | Range of values: 5000 to 80000 |
|---|---|---|---|---|
| Neighborhood Trend | Improving ☐ | Stable ☒ | Declining ☐ | Avg. DOM: 180 |
| Crime/Vandalism | High Risk ☐ | Low Risk ☐ | Minimal Risk ☒ | Avg. age of home: 50 |

Environmental Problems? Yes ☐ No ☒   If yes, explain in Broker Comments below.
Homes in the market area are Depreciating ☐ Appreciating ☒   Rate of increase or decrease: 0.50 % per month

| Comparable Sales | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 301 Williams St | SF Detach | 29yrs | 2/1 | 1.3 Miles | 720 | No | 0.21ac | 97 | Dec 1 2004 | $31,500 | $27,000 |
| 436 Henderson ST | SF Detach | 65yrs | 3/1 | 10.33 Miles | 1,050 | No | 1.00ac | 152 | Nov 30 2004 | $22,900 | $19,000 |
| 741 N Main | SF Detach | 65yrs | 2/1 | 10.27 Miles | 793 | No | 0.50ac | 338 | Nov 19 2004 | $20,000 | $10,000 |

Sold most comparable to subject   1 ☐   2 ☐   3 ☒   Incentive: 1.none   2.none   3.none

Compare subject to each comp.   Condition

| | Exel | Good | Fair | Poor |
|---|---|---|---|---|
| 1. City limits of Troy, better schools, close to shopping, University, remolded | ☐ | ☐ | ☒ | ☐ |
| 2. Rural Town, county schools, needs repairs | ☐ | ☐ | ☐ | ☒ |
| 3. Rural town, county schools, near business district. Needs repairs | ☐ | ☐ | ☐ | ☒ |

| Competitive Listings | Style | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Original list price | Current list price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4418 Co Rd 4418 | Single Story | SF Detach | 55yrs | 3/1 | 12.9 Miles | 1,950 | No | 0.50ac | 355 | $30,000 | $30,000 |
| 913 Galloway Rd | Single Story | SF Detach | 58yrs | 3/1 | 10.7 Miles | 840 | No | 0.33ac | 49 | $25,900 | $25,900 |
| 239 Montgomery St | Single Story | SF Detach | 55yrs | 2/1 | 1.36 Miles | 1,200 | No | 0.40ac | 379 | $20,000 | $20,000 |

Listing most comparable to subject   1 ☐   2 ☐   3 ☒
Compare subject to each comp.   Condition

| | Exel | Good | Fair | Poor |
|---|---|---|---|---|
| 1. Rural Area, county school, house moved to this location, needs work | ☐ | ☐ | ☐ | ☒ |
| 2. Rural town, county schools, needs repairs, to sell as is | ☐ | ☐ | ☐ | ☒ |
| 3. In city limits, city schools, close to shopping, needs work, - investment property | ☐ | ☐ | ☐ | ☒ |

| | As Is | Repaired |
|---|---|---|
| Probable Sales Price | $10,000 | $29,000 |
| Suggested List Price | $11,000 | $29,900 |
| 30 Day Quick Sale | $10,000 | |
| Subject Land Value | $10,000 | |

Anticipated lender required repairs:   Cost Estimate
needs roof, needs outside repairs siding, needs flooring   $ 22,000

Recommended Repairs and Improvements:   Cost estimate
roof, flooring, siding, steps, doors   $ 18,000

LandAmerica Default Services, Inc.  Feb 15 2005 9:19AM
6 Executive Circle, Suite 100                Loan: 2.    .06388#1        Ref# 42090
Irvine, CA 92614                             Borrower: ROY            BROOKS JR
P: (866) 459-2021     F:

| | |
|---|---|
| Neighborhood Desirability | 1..②..3...4...5...6...7...8...9...10<br>Least Desirable in Town                              Most Desirable in Town |
| Area Income | 1...2..③..4...5...6...7...8...9...10<br>Lowest in Town                                    Highest in Town |
| Number of Vacant Buildings | 1...2...3...4...5...6..⑦..8...9...10<br>Many                                                       Few |
| Vandalism Expected | 1...2...3...4...5..⑥..7...8...9...10<br>Much                                                      None |
| Age of Neighborhood | ①..2...3...4...5...6...7...8...9...10<br>Very Old                                              Very New |
| Area Rents for Appartments and offices | ①..2...3...4...5...6...7...8...9...10<br>Lowest in Town                                    Highest in Town |
| Neighborhood Housing Prices | 1..②..3...4...5...6...7...8...9...10<br>Lowest in Town                                    Highest in Town |
| Neighborhood Prices over next 10 years expected to | 1...2...3...4..⑤..6...7...8...9...10<br>Decline                                                Appreciate |
| Urban/Suburban | ①..2...3...4...5...6...7...8...9...10<br>Urban                                                   Suburban |
| Subject Property | ①..2...3...4...5...6...7...8...9...10<br>Undesirable                                           Desirable |
| Subject Maintenance Condition | ①..2...3...4...5...6...7...8...9...10<br>Needs much work                                 In Excellent Repair |

**Brokers Comments:**
The property is not liveable in the condition. The property is vaccant and has been, The repairs to house would make it more than the house is worth. The valve is in the lot only. The repairs or more than listed because

**Default Link Comments:**

**Quality Control Notes:**

Ren Anderson                             Feb 15 2005 9:19AM
Brokers Signature                        Date



LoanNumber: 2280006388#1    Photo (Front): 1-100-0007_IMG.JPG    Ref#: 42090



LoanNumber: 2280006388#1    Photo (Front): 2-100-0012_IMG.JPG    Ref#: 42090



LoanNumber: 2280006388#1    Photo (Street): 3-100-0008_IMG.JPG    Ref#: 42090











## Jennifer Moore

| | |
|---|---|
| **From:** | agervasio@landam.com |
| **Sent:** | Wednesday, February 16, 2005 12:30 PM |
| **To:** | Jennifer Moore |
| **Subject:** | Completed BPO Loan# 2280006388#1 - |



# LandAmerica Default Services
## Completed Comparative Market Analysis

**Date:** Feb 16 2005 10:30AM
**Order:** 42090
**From:** Albert Gervasio
**Phone:** (866) 459-2021 x4585

---

This email is to inform you that we have completed the CMA request on Loan Number: 2280006388#1 for the property at:

**410 HUBBARD ST**
**TROY, AL 36081**

We have included an Invoice for your records, and payment notification.
We have also included the following information:

**As-Is Value: $ 10000**
**Repaired Value: $ 29000**

Your CMA form and photo(s) are attached as a PDF.

---

Thank you,
Albert Gervasio
P: (866) 459-2021 x4585
LandAmerica Default Services, Inc.

2/17/2005

Feb 16 2005 10:29AM
Loan: 2...06388#1    Ref# 42091
Borrower: ROY    BROOKS JR

| Property Address | City | State | Zip Code |
|---|---|---|---|
| 410 HUBBARD ST | TROY | AL | 36081 |

| Brokerage | Contact | Phone # | Fax # |
|---|---|---|---|
| Century 21 v David Adams Realty, Inc | Bobby Cates | (334) 670-7275 | (334) 566-1964 |

### Property Description

| Style | Type | Sq Ft | Rooms | BR | Baths | Lot Size | Bsmt | Gar | Age | HOA Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Single Story | SF Detach | 1,000 | 6 | 3 | 1 | 0.50ac | % | None | 55yrs | |

Is subject currently listed? Yes ☐ No ☒    List Price: $    Listing Co.:    List Phone #
Current Listing DOM:    Association Mgmnt Co.: unknown

Is Property Occupied? Yes ☐ No ☐ N/A ☒    Was interior inspected? Yes ☐ No ☒
Condition of Subject:  Exel ☐ Good ☐ Fair ☐ Poor ☒    Mello-Roos Taxes? Yes ☐ No ☐ Calif. property only

| Description | Excel | Good | Fair | Poor | Comments |
|---|---|---|---|---|---|
| Curb Appeal | ☐ | ☐ | ☐ | ☒ | Lot of vandalISM rottEd wood, no steps, poor lot |
| Property Maintenance | ☐ | ☐ | ☐ | ☒ | House is in shambles, lot is littered with trash, erosion |
| Landscape and Lawn | ☐ | ☐ | ☐ | ☒ | none |
| Conformity to Neighborhood | ☐ | ☐ | ☐ | ☒ | Does not conform to liveable homes. |

Comments/Condition (Key factors which affect the subject/neighborhood/general market):
Home should be demolished. With a lot of site prep, the lot would be nice.

### Neighborhood Data

| | | | | |
|---|---|---|---|---|
| Housing Supply | Increasing ☐ | Stable ☒ | Decreasing ☐ | Range of values: 2000 to 65000 |
| Neighborhood Trend | Improving ☐ | Stable ☐ | Declining ☒ | Avg. DOM: 180 |
| Crime/Vandalism | High Risk ☒ | Low Risk ☐ | Minimal Risk ☐ | Avg. age of home: 45 |

Environmental Problems? Yes ☐ No ☒    If yes, explain in Broker Comments below.
Homes in the market area are  Depreciating ☒  Appreciating ☐  Rate of increase or decrease: 1.00 % per month

| Comparable Sales | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Sale Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 Henderson St. | SF Detach | 65yrs | 3 /1 | 10.33 Miles | 1,050 | No | 0.50ac | 152 | Nov 30 2004 | $22,900 | $19,000 |
| 209 Orange St. | SF Detach | 80yrs | 2 /1 | 0.68 Miles | 1,200 | No | 0.35ac | 41 | Jun 25 2003 | $17,500 | $13,500 |
| 1405 Co. Rd 28 | SF Detach | 36yrs | 3 /1 | 16.0 Miles | 1,000 | No | 0.60ac | 286 | Jan 8 2004 | $25,000 | $12,500 |

Sold most comparable to subject  1 ☐  2 ☒  3 ☐   Incentive: 1.0    2.0    3.0

Compare subject to each comp.                    Condition
| 1. Liveabl, nicer lot | Exel ☐ Good ☐ Fair ☒ Poor ☐ |
| 2. Slightly better neighborhood, could be repaired reasonably. | Exel ☐ Good ☐ Fair ☐ Poor ☒ |
| 3. Liveable, better lot. Occupied. | Exel ☐ Good ☐ Fair ☐ Poor ☒ |

| Competitive Listings | Style | Type | Age | Bed/Bath | Prox/Subject | Sq. Ft. | Garage | Lot Size | DOM | Original list price | Current list price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4418 Co. Rd. 4418 | Single Story | SF Detach | 55yrs | 3 /1 | 15.0 Miles | 1,000 | No | 0.50ac | 1 | $30,000 | $30,000 |
| Co. Rd 4417 | Single Story | SF Detach | 55yrs | 2 /1 | 15.0 Miles | 1,000 | No | 0.50ac | 1 | $30,000 | $30,000 |
| Rt. 1 Box 97B | Single Story | SF Detach | 35yrs | 3 /1 | 42.0 Miles | 900 | No | 1.00ac | 1 | $24,900 | $24,900 |

Listing most comparable to subject  1 ☐  2 ☐  3 ☒
Compare subject to each comp.                    Condition
| 1. Better cond., More appeal | Exel ☐ Good ☐ Fair ☒ Poor ☐ |
| 2. Better lot, better cond. | Exel ☐ Good ☐ Fair ☐ Poor ☒ |
| 3. More land, lot in same cond. no curb appeal but liveable w/remodel potential. | Exel ☐ Good ☐ Fair ☐ Poor ☒ |

|  | As Is | Repaired |
|---|---|---|
| Probable Sales Price | $4,000 | $7,000 |
| Suggested List Price | $5,000 | $9,000 |
| 30 Day Quick Sale | $4,000 | |
| Subject Land Value | $4,000 | |

Anticipated lender required repairs:                    Cost Estimate
remove house and clean lot                              $ 3,000

Recommended Repairs and Improvements:                   Cost estimate
Remove house and clean lot                              $ 3,000

LandAmerica Default Services, Inc.  Feb 16 2005 10:29AM
6 Executive Circle, Suite 100
Irvine, CA 92614
P: (866) 459-2021    F:

Loan: 2...)6388#1    Ref# 42091
Borrower: ROY    BROOKS JR

| | | |
|---|---|---|
| Neighborhood Desirability | ①..2...3...4...5...6...7...8...9...10 | |
| | Least Desirable in Town | Most Desirable in Town |
| Area Income | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Number of Vacant Buildings | ①..2...3...4...5...6...7...8...9...10 | |
| | Many | Few |
| Vandalism Expected | ①..2...3...4...5...6...7...8...9...10 | |
| | Much | None |
| Age of Neighborhood | ①..2...3...4...5...6...7...8...9...10 | |
| | Very Old | Very New |
| Area Rents for Appartments and offices | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Housing Prices | ①..2...3...4...5...6...7...8...9...10 | |
| | Lowest in Town | Highest in Town |
| Neighborhood Prices over next 10 years expected to | ①..2...3...4...5...6...7...8...9...10 | |
| | Decline | Appreciate |
| Urban/Suburban | ①..2...3...4...5...6...7...8...9...10 | |
| | Urban | Suburban |
| Subject Property | ①..2...3...4...5...6...7...8...9...10 | |
| | Undesirable | Desirable |
| Subject Maintenance Condition | ①..2...3...4...5...6...7...8...9...10 | |
| | Needs much work | In Excellent Repair |

Brokers Comments:
This home is in a high crime area. It is not economically feasable to repair this home. It should be demolished. The repair amount shown here is demolition. ($3000)

Default Link Comments:
BROKER COULD NOT GET UP THE STEPS TO TAKE INTERIORS

Quality Control Notes:

Bobby Cates    Feb 16 2005 10:29AM
Brokers Signature    Date

LoanNumber: 2280006388#1  Photo (Front): 1-Mvc-008s.jpg  Ref#: 42091

LoanNumber: 2280006388#1  Photo (Street): 2-Mvc-009s.jpg  Ref#: 42091

LoanNumber: 2280006388#1  Photo (Other): 3-Mvc-010s.jpg  Ref#: 42091







LoanNumber: 2280006388#1    MapTuit Map: 7-Order42091Map.png    Ref#: 42091

Map showing Troy, Brundidge, and Banks, Alabama, with routes AL-87, AL-93, AL-201, US-231, and Highway 29. Landmarks include S George Wallace Dr, S Brundidge St, CR-6, and E Troy St. Scale: 2 mi.

(C)2005 MAPTUIT, NavTeq.

## Jennifer Moore

| | |
|---|---|
| From: | agervasio@landam.com |
| Sent: | Wednesday, February 16, 2005 12:30 PM |
| To: | Jennifer Moore |
| Subject: | Completed BPO Loan# 2280006388#1 - |



# LandAmerica Default Services
## Completed Comparative Market Analysis

**Date:** Feb 16 2005 10:30AM
**Order:** 42091
**From:** Albert Gervasio
**Phone:** (866) 459-2021 x4585

---

This email is to inform you that we have completed the CMA request on Loan Number: 2280006388#1 for the property at:

**410 HUBBARD ST**
**TROY, AL 36081**

We have included an Invoice for your records, and payment notification.
We have also included the following information:

**As-Is Value: $ 4000**
**Repaired Value: $ 7000**

Your CMA form and photo(s) are attached as a PDF.

---

Thank you,
Albert Gervasio
P: (866) 459-2021 x4585
LandAmerica Default Services, Inc.


2/17/2005



85 ROBERTS STREET, SUITE 03, BOSTON, MA 02130

# BROKER'S PRICE OPINION

Occupancy: Vacant ☒  Occupied ☐  Unknown ☐  Boarded ☐     Loan #: 2280006388#2

| | | |
|---|---|---|
| Property Address: | 410 Hubbard Street, Troy, AL | Type of Inspection: Interior ☒ Exterior ☐ |
| Legal Description: | Henderson Lake S/D, Pike Co. | Legal Occupancy: _____ |
| (include subdivision & county): | Henderson Lake S/D, Pike Co. | Taxes: $ 47.00 |

Is there a Home Owner's Association?: Yes ☐ No ☒ Phone: If yes, complete and fax HOA form

|  | AS IS | REPAIRED |
|---|---|---|
| Suggested List Price: | $ 5,500 | $ 5,500 |
| Market Value: | $ 5,000 | $ 5,000 |

Estimate of recommended repairs $ 0        Contribution value, if any, of repairs $ 0

Property is connected to: ○ Well/Septic  ● City/County Water/Sewer

**SUBJECT PROPERTY:**     Suggest selling: As-Is ☒  Repaired ☐     Date Inspected 10/25/2005

| Description/Style | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Original List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| one story | poor | 572 | 4 | | 1 | N/A | UNK | N/A | | N/A | N/A |

Comments: House is in bad condition, front porch torn away, broken windows, etc.

**COMPARABLE SALES:** (Should be within the past 6 months and from the same subdivision if possible.)

| Address | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Closing Date | Final List Price | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 1st Avenue (2.01 mi.) | Fair | 835 | 5 | 2 | 1 | N/A | 1955 | 32 | | 08/20/2004 | $15,000 | $13,500 |
| 2883 Hwy. 51 | Fair | 1100 | 6 | 3 | 1 | N/A | 1969 | 98 | | 08/10/2004 | $19,900 | $10,000 |
| 18660 Highway 29 | Poor | 1190 | 6 | 3 | 1.5 | N/A | 1940 | 128 | | 09/21/2004 | $19,900 | $10,000 |

(troy)

Comments: (Seller concessions and differences between subject and comparables affecting value. Include style.)
Comp #1: Comp. in better condition and located in better area. Style similar - Comp. larger than subject
Comp #2: Comp. in better condition and located in better area. Style -Comp. larger than subject
Comp #3: Comp. in better condition and located in better area. Style similar-Comp. larger than subject

**COMPETING LISTINGS:** (Should be within the past 6 months and from the same subdivision if possible.)

| Address | Condition | Sq. Ft. | Total Rooms | Bdrms | Baths | Garage | Yr.Built | DOM | FIN | Original List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 621 Davis Drive (31.03 mi.) | Poor | 848 | 5 | 3 | 1 | N/A | 1945 | 186 | | $15,000 | $8,400 |
| 212 Plum St. (33.96 mi.) | Poor | 825 | 5 | 2 | 1 | N/A | 1900 | 880 | > | $12,000 | $7,000 |
| 634 Henderson (0.32 mi.) | Fair | 1001 | 6 | 3 | 1 | N/A | 1951 | 136 | | $19,900 | $13,000 |

(elba, ozark, troy)

Comments: (Seller concessions and differences between subject and comparables affecting value. Include style.)
Comp #1: Comp. in better condition and located in better area. Style similar-Comp. larger than subject
Comp #2: Comp. in better condition and located in better area. Style -Comp. larger than subject
Comp #3: Comp. in better condition and located in better area. Style similar-Comp. larger than subject

**MARKETABILITY OF SUBJECT:**
Comment on market conditions and situations which will affect the sale of the property (i.e. economic conditions, employment stability, etc.):

Most likely type of buyer:   As-Is   Investor                 Repaired _____
(Investor, FHA, Conv., VA, First Time, Move-Up, etc.)
Indicate financing subject will not qualify for:    Conventional, FHA, VA, USDA, First Time, Move-Up,
Recommended marketing strategy:                    Approach investors who could pay cash for property
Will NOT qualify for financing. I feel they will more than likely tear down which would be expensiv

**NEIGHBORHOOD DATA:**

Area property values:      Appreciating ☐    Stable ☐    Declining ☒
Pride of Ownership:        Excellent ☐    Good ☐    Fair ☐    Poor ☒
Number of Listings in Immediate Area: 0        Price Range: High ___  Low ___  Predominant Value ___
Average Marketing Time of Comparable Listings:  400        Comparable Sales: 86

Describe any negative neighborhood features that will detract from subject (functional and economic obsolescence):
Not in good resale area, probably would be sold for lot only, other abandoned homes in area
Comments on factors affecting market value (i.e.: parks, schools, commercial development):
Not in good resale area, probably would be sold for lot only, other abandoned homes in area

Is there new construction nearby? Yes ☐ No ☒  Price Range: $ _____
REO competition: Yes ☐ No ☐  Price Range: $ _____
Is/Was the property currently/previously listed? Yes ☐ DOM No ☒  If Yes, list price: $ _____

| | | | |
|---|---|---|---|
| Firm Name: | Green Realty | Broker/Agent Name: | Freida S. Green |
| Address: | 124 South Main St. | Telephone Number: | 334-735-5555 |
| City, State Zip Code | Brundidge, AL 36010 | Fax Number: | 334-735-2435 |
| Signature | Freida S. Green | Broker Number: | Date: 10/26/2005 |

THIS REPORT IS NOT INTENDED TO BE AN APPRAISAL
PLEASE COMPLETE THE FOLLOWING:

| Category | Rating | | |
|---|---|---|---|
| Neighborhood Desirability | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Least Desirable In Town | Most Desirable In Town |
| Area Income | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Lowest In Town | Highest In Town |
| Number of Vacant Buildings | ☐1 ☐2 ☐3 ☐4 ☒5 ☐6 ☐7 ☐8 ☐9 ☐10 | Many | Few |
| Vandalism Expected | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Much | None |
| Age Of Neighborhood | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Very Old | Very New |
| Area Rents for Apartments and Offices | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Very Old | Very New |
| Neighborhood Housing Prices | ☐1 ☒2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Lowest in Town | Highest in Town |
| Neighborhood prices over next 10 years expected to | ☐1 ☐2 ☒3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Decline  Stable | Appreciate |
| Urban/Suburban | ☐1 ☐2 ☐3 ☐4 ☒5 ☐6 ☐7 ☐8 ☐9 ☐10 | Urban | Suburban |
| Subject Property | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Undesirable | Very Desirable |
| Subject Maintenance Condition | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 | Needs Much Work | In Excellent Repair |

Upload up to 25 Photos

Photo 1: 

Photo 2: 

Photo 3: 

Photo 4: 

Photo 5:

Photo 6:

Photo 7:


Photo 8:


Photo 9:

Photo 10:

Photo 11:

Photo 12:

Photo 13:

Photo 14:



Photo 15:

