3/13/2007 9:48:55 AM
Company

1/1/1996  3/13/2007
REO# 2342

| TransDate | Operating | CK/JE# | Vendor | Description | Amount | Category |
|---|---|---|---|---|---|---|
| 3/30/2005 | 11/10/2004 | 7504 | Tristar Insurance | Tristar Insurance dues | 2.10 | Insurance |
| 3/30/2005 | 11/10/2004 | 7504 | Tristar Insurance | Tristar insurance dues | 16.68 | Insurance |
| 4/21/2005 | 4/21/2005 | 8224 | TEXASVILLE WOODS | CLN LAWN; BOARD UP | 860.00 | Miscellaneous |
| 4/30/2005 | 3/1/2005 | 8818 | Tristar Insurance | Tristar insurance dues | 4.18 | Insurance |
| 4/30/2005 | 3/1/2005 | 8818 | Tristar Insurance | Tristar insurance dues | 0.53 | Insurance |
| 4/30/2005 | 5/11/2005 | 8920 | National Tax Search LLC | lien search | 75.00 | Miscellaneous |
| 5/31/2005 | 5/31/2005 | mmz3242 | | hazard loss insurance pr | -245.15 | Insurance |
| 6/15/2005 | 6/15/2005 | 9803 | LANDAMERICA DEFAULT | 1/28/05-4/30/05 BPO SE | 270.00 | Professional Fees |
| 7/31/2005 | 8/5/2005 | MMZ3473 | | HAZARD LOSS PROC | 245.15 | Insurance |
| 3/8/2006 | 3/8/2006 | 16828 | NATIONAL TAX SEARCH | Annual Billing 2006 Adm | 60.00 | Professional Fees |
| 7/17/2006 | 8/21/2006 | MMZ4625 | | 05/06 COUNTY TAX | 52.11 | Property Taxes |

Sum Of Amount2:  1,340.60
Sum Of Amount3:  1,340.60
Sum Of Amount1:  1,340.60
Amount Grand Total Sum:  1,340.60

**EXHIBIT C**
**(Everheart Affidavit)**

3/13/2007 9:48:17 AM
Company

1/1/1996  3/13/2007
REO# ████

| TransDate | Operating CK/JE# | Vendor | Description | Amount | Category |
|---|---|---|---|---|---|
| 3/30/2005 | 11/10/2004 7504 | Tristar Insurance | Tristar insurance dues | 2.10 | Insurance |
| 3/30/2005 | 11/10/2004 7504 | Tristar Insurance | Tristar insurance dues | 16.68 | Insurance |
| 4/21/2005 | 4/21/2005 8224 | TEXASVILLE WOODS | CLN LAWN; BOARD UF | 900.00 | Miscellaneous |
| 4/30/2005 | 3/1/2005 8818 | Tristar Insurance | Tristar insurance dues | 0.53 | Insurance |
| 4/30/2005 | 3/1/2005 8818 | Tristar Insurance | Tristar insurance dues | 4.18 | Insurance |
| 4/30/2005 | 5/11/2005 8920 | National Tax Search LLC | lien search | 75.00 | Miscellaneous |
| 5/31/2005 | 5/31/2005 mm23242 | | hazard loss insurance pr | -245.15 | Insurance |
| 6/15/2005 | 6/15/2005 9803 | LANDAMERICA DEFAULT | 1/28/05-4/30/05 BPO SE | 270.00 | Professional Fees |
| 7/31/2005 | 8/5/2005 MMZ3473 | | HAZARD LOSS PROC | 245.15 | Insurance |
| 3/8/2006 | 3/8/2006 16828 | NATIONAL TAX SEARCH | Annual Billing 2006 Adm | 60.00 | Professional Fees |
| 4/30/2006 | 5/9/2006 18203 | NATIONAL TAX SEARCH | 1ST QTR DTR BILLING | 25.00 | Professional Fees |
| 4/30/2006 | 5/9/2006 18203 | NATIONAL TAX SEARCH | 1ST QTR DTR BILLING | 25.00 | Professional Fees |
| 7/17/2006 | 8/21/2006 MMZ4625 | | COUNTY TAX @ SALE | 18.72 | Property Taxes |

Sum Of Amount2: 1,397.21
Sum Of Amount3: 1,397.21
Sum Of Amount1: 1,397.21
Amount Grand Total Sum: 1,397.21

3/13/2007 9:47:30 AM
Company       1/1/1996  3/13/2007
REO#

| TransDate | Operating CK/JE# | Vendor | Description | Amount | Category |
|---|---|---|---|---|---|
| 3/30/2005 | 11/10/2004 7504 | Tristar Insurance | Tristar insurance dues | 2.10 | Insurance |
| 3/30/2005 | 11/10/2004 7504 | Tristar Insurance | Tristar insurance dues | 16.68 | Insurance |
| 4/21/2005 | 4/21/2005 8224 | TEXASVILLE WOODS | CLN LAWN; HAUL AWA | 900.00 | Miscellaneous |
| 4/30/2005 | 5/11/2005 8920 | National Tax Research LLC | lien research | 25.00 | Miscellaneous |
| 4/30/2005 | 5/11/2005 8920 | National Tax Research LLC | line research | 75.00 | Miscellaneous |
| 4/30/2005 | 3/1/2005 8818 | Tristar Insurance | Tristar insurance dues | 0.53 | Insurance |
| 4/30/2005 | 3/1/2005 8818 | Tristar Insurance | Tristar insurance dues | 4.18 | Insurance |
| 5/31/2005 | 5/31/2005 mmz3242 | | hazard loss proceeds | -245.15 | Insurance |
| 6/1/2005 | 6/1/2005 mmz3319 | | Hazard loss proceeds | 0.01 | Miscellaneous |
| 6/15/2005 | 6/15/2005 9803 | LANDAMERICA DEFAULT | 1/28/05-4/30/05 BPO SE | 270.00 | Professional Fees |
| 6/30/2005 | 6/30/2005 MMZ3337 | | | 25.00 | Escrow Balance |
| 7/31/2005 | 8/5/2005 MMZ3473 | | HAZARD LOSS PROC | 245.15 | Insurance |
| 7/31/2005 | 7/31/2005 MMZ3538 | | CORR MMZ3472 ROUN | -0.01 | Miscellaneous |
| 3/8/2006 | 3/8/2006 16828 | NATIONAL TAX SEARCH | Annual Billing 2006 Adm | 60.00 | Professional Fees |
| 4/30/2006 | 5/9/2006 18203 | NATIONAL TAX SEARCH | 1ST QTR DTR BILLING | 25.00 | Professional Fees |
| 4/30/2006 | 5/9/2006 18203 | NATIONAL TAX SEARCH | 1ST QTR DTR BILLING | 25.00 | Professional Fees |
| 5/19/2006 | 5/19/2006 18422 | CURTIS BLAIR-REVENUE | DELINQ TAXES | 113.81 | Property Taxes |
| 5/19/2006 | 5/19/2006 18422 | CURTIS BLAIR-REVENUE | CLEAN UP FEES | 1,410.89 | Repairs & Maint. |
| 7/17/2006 | 8/21/2006 MMZ4625 | | COUNTY TAX @ SALE | 18.73 | Property Taxes |

Sum Of Amount2: 2,971.92
Sum Of Amount3: 2,971.92
Sum Of Amount1: 2,971.92
Amount Grand Total Sum: 2,971.92