

# The City of
# TROY

Executive Department

P.O. Box 549 · 306 East Academy Street · Troy, Alabama 36081
Phone: 334.566.0177 · Fax: 334.670.6061

## REQUEST FOR ACCESS TO PUBLIC RECORDS
(PLEASE PRINT)

Name:        James Carpenter
Address:     Suite 1100
             1819 Fifth Avenue North, Birmingham, Al 35203
Telephone:   (205) 244-5291

1.  ☐   I request to inspect the following public records of the City of Troy.


2.  ☒   I request copies of the following public records of the City of Troy. I understand that the first five (5)
        pages are free, there is a $.50 charge for each page thereafter, for 8 ½" x 11" and/or 8 ½" x 14". Actual cost
        will be charged for other sized or formatted documents.
        Certified copies of all demolition records associated with
        120 Hubbard Street  and 410 Hubbard Street in Troy, Alabama


Reason for Request:  Use for litigation involving properties


I also understand that if the City staff time is required to respond to my request; the first (1) hour is free and there will be
a charge of Fifteen Dollars ($15.00) per hour or portion thereof, per employee, thereafter.

Staff time responding to requests for public records which are not specifically identified or which by their volume, size or
format require effort by employees to research, identify, copy and/or redact, or determining whether an exception applies,
will be replied to as soon as reasonably practical. Provided, however, such efforts will be performed in a manner and at a
time so as not to interfere with the normal operations of the City or the job duties of City employees.

I have read and understand the policy pertaining to the access of public records as found in Resolution 858.


_Requested By:_                                          March 13, 2007
                                                         Date

---

THIS SPACE RESERVED FOR OFFICIAL USE ONLY

☑ Request Approved    ☐ Request Denied    Approved By: _Alton Starling_
Reason for Denial:

---

# Pages 32   Total Cost 13.50   Date of Receipt 3/15/07   Cashier Initials

**EXHIBIT 9**
**(Evidentiary Submission)**

# RESOLUTION NO. 818

## DILAPIDATED BUILDINGS

WHEREAS, the Legislature established procedures for cities to remove dilapidated buildings and recover those costs through assessing the costs of doing so to the property owners; and,

WHEREAS, the building inspector identified the following unsafe building and respective property owner:

| Address | Property Owners |
|---|---|
| 209 Washington Ave | Leroy Ballard |
| 114 Booker St | Virdies G Coleman |
| 212 Griffin St | Melvin Jackson |
| 410 Hubbard St | Loan Participation Partners LTD |
| 712 Wiley St | Mary L. Wilkes and Bessie Kate Pinkney |
| 706 Wiley St | Sam C. Byrd Sr. |
| Larry and Jade Davis | Southland Trailer Park, Lots 13 and 54 |

WHEREAS, the owner(s) is not in disagreement that the building identified as unsafe by the building inspector was in fact unsafe and needed removing; and,

NOW THEREFORE BE IT RESOLVED by the City Council of the City of Troy, Alabama, that the aforementioned buildings are hereby declared as unsafe.

ADOPTED this the 13th day of June 2006.

_____
John H. Witherington
Council President

ATTEST: _____

APPROVED this the 13th day of June 2006.

_____
Jimmy C. Lunsford, Mayor

ATTEST: _____

I the undersigned qualified and acting clerk of the City of Troy, Alabama, do hereby certify that the above and foregoing is a true and correct copy of a resolution passed adopted by the Council of the City of Troy at its regular meeting held _____June 13_____,2006 and that such Resolution is on file in the City Clerk's office.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of the City of Troy this the ___14th___ day of ____March_____, 2007.

_____
Alton E. Starling, City Clerk / Treasurer



# The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

May 25, 2006

To:        Troy City Council

From:      Junior Register
           Building Official

The following people were mailed dilapidated building letters on April 12, 2006.
None of these people have objected to my decision that the referenced buildings
are unsafe. I request that the City Council determine whether or not the buildings
are unsafe, which is the next legal step according to Article 2 – Demolition of
Buildings and Structures.

If you have any questions, please let me know. Thank you.

| Owner | Property |
| --- | --- |
| Leroy Ballard | 209 Washington Ave. |
| Virdies G Coleman | 114 Booker Street |
| Melvin Jackson | 212 Griffin Street |
| Loan Participation Partners Ltd. | 410 Hubbard Street |
| Mary L. Wilkes and Bessie Kate Pinkney | 712 Wiley Street |
| Sam C. Byrd Sr. | 706 Wiley Street |
| Larry & Jade Davis | Southland Tr. Pk Lots 13 & 54 |

cc:    Mayor Jimmy C. Lunsford
       Alton Starling, City Clerk/Treasurer

Phone:
334/ 566-0177
Fax:
334/ 670-6004
Website:
www.troyalabama.com
Email:
troy@troyalabama.com



## The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081



*Sylvia Davis is purchasing property—call in 2 weeks 6-19-06*

April 12, 2006

Loan Participation Partners Ltd.
7105 Corporate Dr. PTX-C-35
Plano, TX 75024

Re:    410 Hubbard Street

Dear Sirs:

The Municipal Council of the City of Troy has adopted Ordinance No. 24 (City Code) and Article 2 (State Code), concerning unsafe buildings, copies of which are available upon request. As the owner or agent for the property located at the subject address, you need to be made aware of this and the condition of the structure on this lot. We have inspected this building and find that it does conform with the definition of an unsafe building as stated in Section 2 of Ordinance No. 24 of the City of Troy. Due to the condition of the structure, it will be necessary that the structure be demolished and removed in its entirety from the lot. This ordinance provides for the action to be completed within thirty (30) days after notification. If you disagree, you have the right to appeal this decision to the City Council by stating your objections to the Building Officials decision in writing.

If you do not respond by demolishing the building or by requesting an appeal, in writing, within thirty (30) days of receiving this notice, the City will demolish/remove the building and assess the cost thereof against the property, which will be collected as a tax by the county tax collector.

We trust this fully explains the situation. If you have any questions, please let me know.

Sincerely,

Junior Register
Building Official

Phone:
334/ 566-0177
Fax:
334/ 670-8004
Website:
www.troyalabama.com
Email:
troy@troyalabama.com

cc:    Mayor Jimmy C. Lunsford
        Troy City Council





# The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

April 12, 2006

Mr. Roy Brooks, Jr.
319 Dean Street
Troy, Al 36081

Re: 410 Hubbard Street

Dear Sirs:

The Municipal Council of the City of Troy has adopted Ordinance No. 24 (City Code) and Article 2 (State Code), concerning unsafe buildings, copies of which are available upon request. As the owner or agent for the property located at the subject address, you need to be made aware of this and the condition of the structure on this lot. We have inspected this building and find that it does conform with the definition of an unsafe building as stated in Section 2 of Ordinance No. 24 of the City of Troy. Due to the condition of the structure, it will be necessary that the structure be demolished and removed in its entirety from the lot. This ordinance provides for the action to be completed within thirty (30) days after notification. If you disagree, you have the right to appeal this decision to the City Council by stating your objections to the Building Officials decision in writing.

If you do not respond by demolishing the building or by requesting an appeal, in writing, within thirty (30) days of receiving this notice, the City will demolish/remove the building and assess the cost thereof against the property, which will be collected as a tax by the county tax collector.

We trust this fully explains the situation. If you have any questions, please let me know.

Sincerely,

Junior Register
Building Official

Phone:
334/566-0177
Fax:
334/670-6004
Website:
www.troyalabama.com
Email:
troy@troyalabama.com

cc:    Mayor Jimmy C. Lunsford
       Troy City Council





## The City of TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

April 12, 2006

Mr. Roy Brooks, Jr.
907 N. Main Street
Brundidge, AL 36010

Re:     410 Hubbard Street

Dear Sirs:

     The Municipal Council of the City of Troy has adopted  Ordinance
No. 24 (City Code) and Article 2 (State Code), concerning unsafe
buildings, copies of which are available upon request.  As the owner or
agent for the property located at the subject address, you need to be made
aware of this and the condition of the structure on this lot.  We have
inspected this building and find that it <u>does</u> conform with the definition of
an unsafe building as stated in Section 2 of  Ordinance No. 24 of the City
of Troy. Due to the condition of the structure, it will be necessary that the
structure be demolished and removed in its entirety from the lot.  This
ordinance provides for the action to be completed within thirty (30) days
after notification. If you disagree, you have the right to appeal this decision
to the City Council by <u>stating your objections to the Building Officials
decision in writing.</u>

     If you do not respond by demolishing the building or by requesting
an appeal, in writing, within thirty (30) days of receiving this notice, the
City will demolish/remove the building and assess the cost thereof against
the property, <u>which will be collected as a tax by the county tax collector.</u>

     We trust this fully explains the situation. If you have any questions,
please let me know.

Sincerely,

Junior Register
Building Official

cc:     Mayor Jimmy C. Lunsford
        Troy City Council

Phone:
334/ 566-0177
Fax:
334/ 670-6004
Website:
www.troyalabama.com
Email:
troy@troyalabama.com

PIKE COUNTY, AL          ALABAMA MAP & DATA SERVICE, INC        COPYRIGHT2005

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**OWNER NAME & ADDRESS**

PARCEL ID: 10-08-28-3-002-005.0000          BROOKS ROY JR
MUNICIPALITY: TROY                          319 DEAN ST
LOCATION:  HUBBARD                          TROY              AL   36081
PREV OWNER:
IMPROVEMENTS: RES

| DEED: BOOK-PAGE | CROP: | 0.00 | BUILDING INFORMATION: | | STORIES: | 1.00 |
|---|---|---|---|---|---|---|
| 152/424 | PASTURE: | 0.00 | YEAR BLT/RM: | 1940 | ROOMS: | 5 |
| 11/06/1987 | TIMBER: | 0.00 | BASE AREA: | 960 | APTS: | 0.00 |
| CONSID: 0 | TOTAL: | 0.00 | UPPER AREA: | 0 | | |

LAND VAL:          3720          BLDG TYPE:    SINGLE FAMILY
IMPR VAL:          9000          EXT WALLS:    Beveled Cedar
APPR VAL:          12720         INT FIN:      Drywall/Sheetrock
TAX DUE:           47.30         FLOORS:       Vinyl Tile
                                 ROOF TYPE:    Hip/Gable
CLASS: 3                         ROOF MATLS:   Asphalt Shingles
                                 FOUNDATION:   Cont. Wall
SUBDIVISION:  HENDERSON LAKE S/D #2
DIMENSIONS: 100 x 125            FEATURES
BRIEF LEGAL DESCR.               Open Porch-with Post
LTS 3,4 HENDERSON LAKE S/D #2
125'X100'X125'X100

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

*L.P.P. Mortage*
*7105 Corporate Drive*
*PTX-C-35 P*
*Plano, TX 75024*



410 Hubbard Street



114 W. Hodges Street



The City of TROY
P.O. Box 549
Troy, Alabama 36081

RETURN RECEIPT
REQUESTED

7005 0390 0001 1453 8455

Mr. Roy Brooks, Jr.
907 N. Main Street
Brundidge, AL 36010

Loan Participation Packing Ltd
7105 Corporate Dr.
PTX-C-35
Plano, TX 75024

*Mailing Address*

*Res Address*

2005   Page: 1 03/31/2006 PIKE COUNTY
Parcel: 10-08-28-3-002.005.000/0 ACCOUNT#: 47970

BROOKS ROY JR

### PARCEL INFORMATION

Ex C&I/O Exempt/NO

339 DEAN ST
TROY, AL 36081

Prop Adr:
Street:
Direction:

House#:
City:TROY

### LAND INFORMATION

LT # CU EX IN
1 N N

FRONT    DEPTH   OVERALL   TABLE   TABLE
100.00   125.00  0.00      1XX1%0

YEAR   YEAR   MIN    MIN
1940   1940

ECON OBSOLETE

PREVIOUS   APPRAISED
1770       1770

LTS 3,4 HENDERSON LANE S/D #2 125'X100'X125'X100

### BUILDING INFORMATION

BASE AREA   UPPER AREA   CONDITION/FUNC OBS
960         0            10

| TYPE | CO | DESCRIPTIO | % | UNITS | CO | DESCRIPTIO | % | UNITS | CO | DESCRIPTIO | % | UNITS | CO | DESCRIPTI | % | UNITS |
|------|----|-----------|---|-------|----|-----------|---|-------|----|-----------|---|-------|----|-----------|---|-------|
| FND | 03 | Continuous | X | 0 | | | | | | | | | | | | |
| FRAY | 05 | Brick | X | 0 | | | | | | | | | | | | |
| EXT W | 23 | Masonite | X | 30 | | | | | | | | | | | | |
| RFTYP | 02 | Hip-Gable | X | 8 | | | | | | | | | | | | |
| RFMAT | 04 | Shingles | X | 4 | | | | | | | | | | | | |
| FLR | 14 | Vinyl | X | 10 | | | | | | | | | | | | |
| INT | 07 | Drywall | GX | 30 | | | | | | | | | | | | |
| ELEC | 5 | | | 3 | | | | | | | | | | | | |
| PLUMB | 3 | | | 0 | | | | | | | | | | | | |
| ADJ | | | | 0 | | | | | | | | | | | | |

| S/C | CLASS | CONST | TOTAL | BASE | ADJ-RATE | BASE | UPPER | TOTAL | TOTAL | COUNTY | SQ-FOOT | STANDARD | REPL-ACCOUNT |
| | UNITS | UNITS | UNITS | RATE | | AREA | ADJ AREA | ADJUSTED AREA | AREA | INDEX | COST | CURRENT APPRAIS | COST |
| HE- | | 90 | 90 | 32.77 | 23.49 | 960 | 0 | | | 1.04 | 29.49 | | 29994 |

TYPE
FL-SF
FL-SF
FL-SF
FL-SF
HEAT
FIRE



410 Hubbard Street

## RESOLUTION NO. 824

## AUTHORITY TO REMOVE DILAPIDATED BUILDINGS

WHEREAS, the Legislature established procedures for cities to remove dilapidated buildings and recover those costs through assessing the costs of doing so to the property owners; and,

WHEREAS, the building inspector identified the following unsafe building and respective property owner; 209 Washington Ave. Leroy Ballard, 114 Booker St, Virdies G Coleman, 212 Griffen St, Melvin Jackson, 410 Hubbard St., Loan Participation Partners Ltd., 712 Wiley St., Mary L Wilkes and Bessie Kate Pinkney, 706 Wiley St., Sam C. Byrd Sr., Southland Trailer Park Lots 13 & 54, Larry & Jake Davis; and,

WHEREAS, the Council of the City of Troy met in Regular Session on June 13, 2006 at 5:00 PM, to hear appeals to the City Council on the declaration of the buildings as dilapidated buildings and being unsafe and needing removing; and,

WHEREAS, no owners of the aforementioned buildings have appealed the decision of the Council declaring the buildings unsafe and needing removing; and,

NOW THEREFORE BE IT RESOLVED by the City Council of the City of Troy, Alabama, that the building inspector is authorized and directed to have the aforementioned buildings removed.

ADOPTED this the ____ day of ____ 2006.

_____
John H. Witherington
Council President

ATTEST: _____

APPROVED this the ____ day of June 2006.

_____
Jimmy C. Lunsford, Mayor

ATTEST: _____

I the undersigned qualified and acting clerk of the City of Troy, Alabama, do hereby certify that the above and foregoing is a true and correct copy of a resolution passed adopted by the Council of the City of Troy at its regular meeting held ____June 27____ 2006 and that such Resolution is on file in the City Clerk's office.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of the City of Troy this the ____ day of ____March____, 2007.

_____
Alton E. Starling, City Clerk / Treasurer



## The City of TROY

P.O. Box 549
301 Railroad Avenue.
Troy, Alabama 36081

June 26, 2006

To:      Troy City Council

From:   Junior Register
        Building Official

On June 13, 2006, the City Council determined that the listed structures were unsafe buildings. The property owners have not appealed the council's decision, therefore, the next legal step is to order the Building Official, by resolution, to have the buildings removed.

If you have any questions please let me know. Thank you.

| Owner | Property |
|---|---|
| Leroy Ballard | 209 Washington Ave |
| Virdies G Coleman | 114 Booker Street |
| Melvin Jackson | 212 Griffin Street |
| Loan Participation Partners Ltd. | 410 Hubbard Street |
| Mary L Wilkes and Bessie Kate Pinkney | 712 Wiley Street |
| Sam C. Byrd Sr. | 706 Wiley Street |
| Larry & Jade Davis | Southland Tr. Pk. Lots 13 & 54 |

cc.     Mayor Jimmy C. Lunsford
        Alton Starling, City Clerk/Treasurer

Phone:
334/ 566-0177
Fax:
334/ 670-6004
Website
www.troyalabama.com
Email:
troy@troyalabama.com

## RESOLUTION NO. 756

### DILAPIDATED BUILDINGS

WHEREAS, the Legislature established procedures for cities to remove dilapidated buildings and recover those costs through assessing the costs of doing so to the property owners; and,

WHEREAS, the building inspector identified the following unsafe building and respective property owner: Leyvonnic Griffin, 100 Knox Ct, Wayne H. Lee, 402 N Folmar St., Roy Brooks, Jr., 120 Hubbard St. and 415 Dr. L.C. McMillian Ave; and,

WHEREAS, the owner(s) is not in disagreement that the building identified as unsafe by the building inspector was in fact unsafe and needed removing; and,

NOW THEREFORE BE IT RESOLVED by the City Council of the City of Troy, Alabama, that the aforementioned buildings are hereby declared as unsafe.

ADOPTED this the ___24th___ day of ___May___ 2005.

_____
John H. Witherington
Council President

ATTEST: _____

APPROVED this the ___24th___ day of ___May___ 2005.

_____
Jimmy C. Lunsford, Mayor

ATTEST: _____

I the undersigned qualified and acting clerk of the City of Troy, Alabama, do hereby certify that the above and foregoing is a true and correct copy of a resolution passed adopted by the Council of the City of Troy at its regular meeting held ___May 24th___ 2005 and that such Resolution is on file in the City Clerk's office.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of the City of Troy this the ___14th___ day of ___March___, 2007.

_____
Alton E. Starling, City Clerk / Treasurer





## The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

May 18, 2005

Executive Department

To:       Troy City Council

From:     Junior Register
          Building Official

    The following people were mailed dilapidated building letters on March 15, 2005. None of these people have objected to my decision that the referenced buildings are unsafe. I request that the City Council determine whether or not the buildings are unsafe, which is the next legal step according to Article 2 – Demolition of Buildings and Structures.

    If you have any questions, please let me know. Thank you.

| Owner | Property |
|---|---|
| Leyvonnie Griffin<br>Hope Hull, AL | 100 Knox Court |
| Wayne H. Lee<br>Troy, AL | 402 N. Folmar Street |
| Roy Brooks, Jr.<br>and<br>Loan Participation Partners | 120 Hubbard Street<br>and<br>415 Dr. L.C. McMillian Avenue |

cc:    Mayor Jimmy C. Lunsford
       Alton Starling, City Clerk/Treasurer

334/ 566-0177

334/ 670-6004

www.troyalabama.com

troy@troyalabama.com



# The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

March 16, 2005

**Executive Department**

Loan Participation Partners Ltd.
7105 Corporate Dr. PTX-C-35
Plano, TX 75024

Re:    120 Hubbard Street and 415 Dr. L. C. McMillian Drive
       Troy, AL 36081

Dear Sirs:

The Municipal Council of the City of Troy has adopted Ordinance No. 24 (City Code) and Article 2 (State Code), concerning unsafe buildings, copies of which are available upon request. As the owner or agent for the property located at the subject address, you need to be made aware of this and the condition of the structure on this lot. We have inspected this building and find that it <u>does</u> conform with the definition of an unsafe building as stated in Section 2 of Ordinance No. 24 of the City of Troy. Due to the condition of the structure, it will be necessary that the structure be demolished and removed in its entirety from the lot. This ordinance provides for the action to be completed within thirty (30) days after notification. If you disagree, you have the right to appeal this decision to the City Council by <u>stating your objections to the Building Officials decision in writing.</u>

If you do not respond by demolishing the building or by requesting an appeal, in writing, within thirty (30) days of receiving this notice, the City will demolish/remove the building and assess the cost thereof against the property, <u>which will be collected as a tax by the county tax collector.</u>

We trust this fully explains the situation. If you have any questions, please let me know.

Sincerely,

Junior Register
Building Official

cc:    Mayor Jimmy C. Lunsford
       Troy City Council

334/ 566-0177

334/ 670-6004

www.troyalabama.com

troy@troyalabama.com



# The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

March 16, 2005

Mr. Roy Brooks, Jr.
907 N. Main Street
Brundidge, AL 36010

Re:    120 Hubbard Street and 415 Dr. L. C. McMillian Drive
        Troy, AL 36081

**Executive Department**

Dear Sirs:

The Municipal Council of the City of Troy has adopted Ordinance No. 24 (City Code) and Article 2 (State Code), concerning unsafe buildings, copies of which are available upon request. As the owner or agent for the property located at the subject address, you need to be made aware of this and the condition of the structure on this lot. We have inspected this building and find that it <u>does</u> conform with the definition of an unsafe building as stated in Section 2 of Ordinance No. 24 of the City of Troy. Due to the condition of the structure, it will be necessary that the structure be demolished and removed in its entirety from the lot. This ordinance provides for the action to be completed within thirty (30) days after notification. If you disagree, you have the right to appeal this decision to the City Council by <u>stating your objections to the Building Officials decision in writing.</u>

If you do not respond by demolishing the building or by requesting an appeal, in writing, within thirty (30) days of receiving this notice, the City will demolish/remove the building and assess the cost thereof against the property, <u>which will be collected as a tax by the county tax collector.</u>

We trust this fully explains the situation. If you have any questions, please let me know.

Sincerely,

Junior Register
Building Official

334/ 566-0177

334/ 670-6004

cc:    Mayor Jimmy C. Lunsford
        Troy City Council

www.troyalabama.com

troy@troyalabama.com



## The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama  36081

March 15, 2005

*Roy Brooks, Jr.*
*907 N. ~~Elm~~ Main Street*
*Brundidge, AL 36010*

Mr. Roy Brooks, Jr.
P. O. Box 691
Troy, AL 36081

Re:    120 Hubbard Street and 415 L. C. McMillian Drive
        Troy, AL  36081

Dear Sirs:

     The Municipal Council of the City of Troy has adopted  Ordinance No. 24 (City Code) and Article 2 (State Code), concerning unsafe buildings. copies of which are available upon request.  As the owner or agent for the property located at the subject address, you need to be made aware of this and the condition of the structure on this lot.  We have inspected this building and find that it does conform with the definition of an unsafe building as stated in Section 2 of  Ordinance No. 24 of the City of Troy. Due to the condition of the structure, it will be necessary that the structure be demolished and removed in its entirety from the lot.  This ordinance provides for the action to be completed within thirty (30) days after notification. If you disagree, you have the right to appeal this decision to the City Council by stating your objections to the Building Officials decision in writing.

     If you do not respond by demolishing the building or by requesting an appeal, in writing, within thirty (30) days of receiving this notice, the City will demolish/remove the building and assess the cost thereof against the property, which will be collected as a tax by the county tax collector.

     We trust this fully explains the situation. If you have any questions, please let me know.

Sincerely,

*Elbin J. Register*

Junior Register
Building Official

cc:    Mayor Jimmy C. Lunsford
        Troy City Council

Executive Department

Jimmy C. Lunsford

334/ 566-0177

334/ 670-6004

www.troyalabama.com

troy@troyalabama.com

**PIKE COUNTY, AL**          **ALABAMA MAP & DATA SERVICE, INC**      **COPYRIGHT 2004**

- - - - - - - - - - - - - - - - - - - - - - -              OWNER NAME & ADDRESS

**PARCEL ID:**   10-09-29-4-001-012.0000              BROOKS ROY JR
**MUNICIPALITY:** TROY                        P O BOX 691
**LOCATION:**   120 HUBBARD/415 ICE              TROY          AL   36081
**PREV OWNER:**
**IMPROVEMENTS:** RES(2)

| DEED: BOOK-PAGE | CROP: | 0.00 | BUILDING INFORMATION: | | STORIES: | 1.00 |
|---|---|---|---|---|---|---|
| 152/405 | PASTURE: | 0.00 | YEAR BLT/RM: | 1900 | ROOMS: | 5 |
| 10/30/1987 | TIMBER: | 0.00 | BASE AREA: | 806 | APTS: | 0.00 |
| CONSID: 0 | TOTAL: | 0.00 | UPPER AREA: | 0 | | |

**LAND VAL:**        3080         **BLDG TYPE:**    SINGLE FAMILY
**IMPR VAL:**        8030         **EXT WALLS:**    Wd Frame Asbestos
**APPR VAL:**       11110         **INT FIN:**      Unfinished
**TAX DUE:**        66.51         **FLOORS:**       Single Pine
**CLASS:** 2                      **ROOF TYPE:**    Hip/Gable
**SUBDIVISION:** HENDERSON LANDS IN    **ROOF MATLS:**   Sheet Metal
**DIMENSIONS:** 79.7 x 245 x 60 x 250  **FOUNDATION:**   Piers
**BRIEF LEGAL DESCR.**            **FEATURES**
BEG @ SW COR LOT 6 PLAT 3 HEND LANDS   Open Porch with Post
IN OAKLAND HEIGHTS TH N'LY 245' TH E'LY
60

- - - - - - - - - - - - - - - - - - - - - - - - - - - -





415 Dr. L.C. McMillian Ave
Roy Brooks, Jr.
Troy, AL



120 Hubbard

Roy Brooks, Jr.
Troy, AL

03/11/2005

## RESOLUTION NO. 762

## AUTHORITY TO REMOVE DILAPIDATED BUILDINGS

WHEREAS, the Legislature established procedures for cities to remove dilapidated buildings and recover those costs through assessing the costs of doing so to the property owners; and,

WHEREAS, the building inspector identified the following unsafe building and respective property owner; 100 Knox Ct, Leyvonnie Griffin, 402 N. Folmar, Wayne H. Lee, 120 Hubbard St. and 415 Dr. L.C. McMillian Ave, Roy Brooks, Jr. and Loan Participation Partners, ; and,

WHEREAS, the Council of the City of Troy met in Regular Session on May 24, 2005, at 5:00 PM, to hear appeals to the City Council on the declaration of the buildings as dilapidated buildings and being unsafe and needing removing; and,

WHEREAS, no owners of the aforementioned buildings have appealed the decision of the Council declaring the buildings unsafe and needing removing; and,

NOW THEREFORE BE IT RESOLVED by the City Council of the City of Troy, Alabama, that the building inspector is authorized and directed to have the aforementioned buildings removed.

ADOPTED this the ___2nd___ day of ___June___, 2005.

_____
John H. Witherington
Council President

ATTEST: _____

APPROVED this the ___2nd___ day of ___June___, 2005.

_____
Jimmy C. Lunsford, Mayor

ATTEST: _____

I the undersigned qualified and acting clerk of the City of Troy, Alabama, do hereby certify that the above and foregoing is a true and correct copy of a resolution passed adopted by the Council of the City of Troy at its regular meeting held ___June 28___, 2005 and that such Resolution is on file in the City Clerk's office.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of the City of Troy this the ___14th___ day of ___March___, 2007.

_____
Alton E. Starling, City Clerk / Treasurer



# The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

June 23, 2005

To:        Troy City Council

From:      Junior Register
           Building Official

On May 24 the City Council determined that the listed structures were unsafe buildings. The property owners <u>have not</u> appealed the council's decision, therefore, the next legal step is to order the Building Official, by resolution, to have the buildings removed.

If you have any questions please let me know. Thank you.

| Owner | Property |
|-------|----------|
| Leyvonnie Griffin<br>Hope Hull, AL | 100 Knox Court |
| Wayne H. Lee<br>Troy, AL | 402 N. Folmar Street |
| Roy Brooks, Jr.<br>and<br>Loan Participation Partners | 120 Hubbard Street<br>and<br>415 Dr. L.C. McMillian Avenue |

cc:    Mayor Jimmy C. Lunsford
       Alton Starling
       City Clerk/Treasurer

Phone
334/ 566-0177

Fax
334/ 670-6004

Website
www.troyalabama.com

Email
troy@troyalabama.com

## RESOLUTION NO. 789

### AUTHORITY TO ASSESS PROPERTY OWNERS FOR THE REMOVAL OF DILAPIDATED BUILDINGS

WHEREAS, the City of Troy building inspector identified dilapidated buildings to the council at a regularly scheduled meeting; and

WHEREAS, the Building Inspector notified the property owners of the intent to remove the buildings if no action is taken by the owner; and

WHEREAS, the property owners did not respond nor did they take any action to have the dilapidated buildings removed; and

WHEREAS, the City of Troy removed the dilapidated buildings under Ordinance and as established by the legislature; and

WHEREAS, the City of Troy had buildings removed at the following addresses and associated cost:

| Property Owner | Address | Cost |
|---|---|---|
| Leyvonnie Griffin | 100 Knox Ct. | $1,200.00 |
| Dennis Parks | 402 N. Folmar St | $1,500.00 |
| Loan Participation Partners | 120 Hubbard St | $800.00 |
| Loan Participation Partners | 415 Dr. L.C. McMillian | $500.00 |

WHEREAS, the City Clerk and Treasurer, notified the property owners by certified mail that there would be a meeting held on this the 27th day of September, 2005 to consider assessing and collecting property owners for the cost of removing the dilapidated buildings; and

NOW THEREFORE BE IT RESOLVED by the City Council of the City of Troy, Alabama, that the City Clerk and Treasurer is authorized and directed to take the necessary action to have the foregoing property owners property assessed and collected to recoup the cost of removing the dilapidated buildings.

ADOPTED this the ___27th___ day of ___September___ 2005.

_____
John H. Witherington
Council President

ATTEST: _____

APPROVED this the ___27th___ day of ___September___ 2005.

_____
Jimmy C. Lunsford, Mayor

ATTEST: _____

I the undersigned qualified and acting clerk of the City of Troy, Alabama, do hereby certify that the above and foregoing is a true and correct copy of a resolution passed adopted by the Council of the City of Troy at its regular meeting held ____September 27____, 2005 and that such Resolution is on file in the City Clerk's office.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of the City of Troy this the __14th__ day of ____March____, 2007.

_____
Alton E. Starling, City Clerk / Treasurer



# The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081



**Executive Department**

September 19, 2005

*5/24/05*

To:     Troy City Council

From:   Junior Register
        Building Official

This is to inform you that Boothe Enterprises has demolished and removed the following dilapidated buildings at the location and at the cost listed below.

| Location | Cost |
|----------|------|
| 100 Knox Court | $1200.00 *March 1st* |
| 402 N. Folmar Street | $1500.00 |
| 120 Hubbard Street | $800.00 *April 1st* |
| 415 Dr. L. C. McMillian | $500.00 |

*New note*

The next legal step, according to "Article 2, Demolition of Buildings and Structures", is this letter of notification, so that the City Council can adopt a resolution fixing and assessing the costs against the property.

If you have any questions please let me know. Thank you.

cc:     Mayor Jimmy C. Lunsford
        Alton Starling, City Clerk/Treasurer

Attachment

334/ 566-0177

334/ 670-0004

www.troyalabama.com

troy@troyalabama.com

Attachment

| Owner/Address | Property/Parcel# | Cost |
|---|---|---|
| Leyvonnie Griffin<br>397 County Road #37<br>Hope Hull, AL 36043 | 100 Knox Court<br>10-4-20-4-2-12 | $1,200.00 |
| Wayne H. Lee<br>816 U.S. 231 So. #464<br>Troy, AL 36081 | 402 N. Folmar Street<br>10-9-32-1-9-4 | $1,500.00 |
| Loan Participation Partners<br>7105 Corporate Dr. PTX-C-35<br>Plano, TX 75024 | 120 Hubbard Street<br>and<br>415 Dr. L.C. McMillian<br>10-9-29-4-1-12 | $800.00<br><br>$500.00 |

Dennis Park
204 Palos Verdes
Troy, AL 36079



**BOOTH ENTERPRISES**
1661 Co. Rd. 2257
Brundidge, AL 36010
(334) 566-6817
Cel: (334) 268-2274 or 268-2275

**INVOICE**
No. 1446

To: City of Troy

Thank You.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dennis Park
204 Palos Verds
Troy, AL 36079

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0007 0532 4340

PS Form 3811, August 2001    Domestic Return Receipt

---

Executive Department

Plano Tx 75024

To Whom It May Concern:

On March 16, 2005, you were notified that your property at 415 Dr. L.C. Memillian Dr was identified as an unsafe building as defined in Section 2 of Ordinance 24 of the City of Troy. You were requested to remove the unsafe building within thirty days, or request an appeal in writing within thirty days of the notification. If you did not remove the building or appeal, the City would have the building removed and assess the costs of the removal against the property and collect the cost as tax.

The City Council met on May 25, 2005 and declared the buildings as unsafe. The city competitively bid the removal of the buildings. The city has since removed the structure (s) and that cost was $500.00.

On September 27, 2005, the council of the City of Troy will consider adoption and

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Loan Participation
Patnes
7105 Corporate Dr. Pns
35
Plano TX 75024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  V. dors
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

SEP 27 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0007 0532 4364

PS Form 3811, August 2001   Domestic Return Receipt   10ACPRI-03-P-4081

---

The City Council met on May 25, 2005 and declared the buildings as unsafe. The city competitively bid the removal of the buildings. The city has since removed the structure (s) and that cost was $800.00.

On September 27, 2005, the council of the City of Troy will consider adoption and approval of a resolution fixing the cost of removing the building at $800.00 and authorizing the County Tax Collector to collect the cost as a tax. You are welcome to attend, and if you have any questions please feel free to give me a call.

Thank you,

Alton E. Starling
Clerk and Treasurer

■ Item 4 if Restricted...
■ Print your name and address...
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Victor S

1. Article Addressed to:

Loan Participation
Partners CorporatedDr. PTX
7105 Corporate Dr. PTX
35 Plano TX 75024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0007 0532 4333

PS Form 3811, August 2001    Domestic Return Receipt    102595-03-P-4081



## The City of
# TROY

P.O. Box 549
301 Railroad Avenue
Troy, Alabama 36081

Executive Department

September 20, 2005

Loan Participation Partners
7105 Corporate Dr. PTX-C-35
Plano Tx 75024

To Whom It May Concern:

On March 16, 2005, you were notified that your property at 120 Hubbard St was identified as an unsafe building as defined in Section 2 of Ordinance 24 of the City of Troy. You were requested to remove the unsafe building within thirty days, or request an appeal in writing within thirty days of the notification. If you did not remove the building or appeal, the City would have the building removed and assess the costs of the removal against the property and collect the cost as tax.

The City Council met on May 25, 2005 and declared the buildings as unsafe. The city competitively bid the removal of the buildings. The city has since removed the structure (s) and that cost was $800.00.

On September 27, 2005, the council of the City of Troy will consider adoption and approval of a resolution fixing the cost of removing the building at $800.00 and authorizing the County Tax Collector to collect the cost as a tax. You are welcome to attend, and if you have any questions please feel free to give me a call.

Thank you,

Alton E. Starling
Clerk and Treasurer

AES/

cc:    Mayor Jimmy Lunsford
       Troy City Council
       Building Inspector, Junior Register

334/ 566-0177

334/ 670-6004

www.troyalabama.com

troy@troyalabama.com

334/ 670-6004            Troy City Council

www.troyalabama.com

troy@troyalabama.com