I

(Evidentiary Submission)

EXHIBIT 10

DEFENDANT'S
EXHIBIT
4
1-00-9499-96-00
R. BROOKS

MAIL ANY NOTICE OF DEFAULT TO:
U.S. SMALL BUSINESS ADMINISTRATION
2120 Riverfront Drive, Suite 100
Little Rock, Arkansas, 72202

THIS INSTRUMENT PREPARED BY AND MAIL TO:
Terry J. Miller, Attorney/Advisor
U.S. SMALL BUSINESS ADMINISTRATION
One Baltimore Place, Suite 300
Atlanta, Georgia 30308
(404)347-3771

BROOKS, Roy, Jr.
# 2814-00419 Loan No. DLB 89164130-00

— SPACE ABOVE THIS LINE FOR RECORDER'S USE —

## MORTGAGE
### (Direct)

This mortgage made and entered into this 1st day of February 1996, by and between Roy Brooks, Jr., Post Office Box 691, Troy, Alabama 36081 (hereinafter referred to as mortgagor) and the Administrator of the Small Business Administration, an agency of the Government of the United States of America (hereinafter referred to as mortgagee), who maintains an office and place of business at 2120 Riverfront Drive, Suite 100, Little Rock, Arkansas, 72202.

WITNESSETH, that for the consideration hereinafter stated, receipt of which is hereby acknowledged, the mortgagor does hereby mortgage, sell, grant, assign, and convey unto the mortgagee, his successors and assigns, all of the following described property situated and being in the County of Pike, State of Alabama

Described in Exhibit "A" attached hereto and made a part hereof.

Subject only to Prior lien(s) in favor of:

PARCELS I, II

Trust Deed/Mortgage held by IAM Federal Credit Union, Post Office Box 366, Daleville, Alabama 36322 with a current approximate balance of $28,000.00.

Together with and including all buildings, all fixtures including but not limited to all plumbing, heating, lighting, ventilating, refrigerating, incinerating, air conditioning apparatus, and elevators (the mortgagor hereby declaring that it is intended that the items herein enumerated shall be deemed to have been permanently installed as part of the realty), and all improvements now or hereafter existing thereon; the hereditaments and appurtenances and all other rights thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, all rights of redemption, and the rents, issues, and profits of the above described property (provided, however, that the mortgagor shall be entitled to the possession of said property and to collect and retain the rents, issues, and profits until default hereunder). To have and to hold the same unto the mortgagee and the successors in interest of the mortgagee forever in fee simple or such other estate, if any, as is stated herein.

The mortgagor covenants that he is lawfully seized and possessed of and has the right to sell and convey said property; that the same is free from all encumbrances except as hereinabove recited; and that he hereby binds himself and his successors in interest to warrant and defend the title aforesaid thereto and every part thereof against the claims of all persons whomsoever.

This instrument is given to secure the payment of a promissory note dated February 1, 1996, in the principal sum of $11,400.00 and maturing on February 1, 2026.

1.    The mortgagor covenants and agrees as follows:

a.    He will promptly pay the indebtedness evidenced by said promissory note at the times and in the manner therein provided.

b.    He will pay all taxes, assessments, water rates, and other governmental or municipal charges, fines, or impositions, for which provision has not been made hereinbefore, and will promptly deliver the official receipts therefor to the said mortgagee.

c.    He will pay such expenses and fees as may be incurred in the protection and maintenance of said property, including the fees of any attorney employed by the mortgagee for the collection of any or all of the indebtedness hereby secured, or for foreclosure by mortgagee's sale, or court proceedings, or in any other litigation or proceeding affecting said premises. Attorneys' fees reasonably incurred in any other way shall be paid by the mortgagor.

d.    For security of the indebtedness hereby secured, upon the request of the mortgagee, its successors or assigns, he shall execute and deliver a supplemental mortgage or mortgages covering any additions, improvements, or betterments made to the property hereinabove described and all property acquired by it after the date hereof (all in form satisfactory to mortgagee). Furthermore, should mortgagor fail to cure any default in the payment of a prior or inferior encumbrance on the property described by this instrument, mortgagor hereby agrees to permit mortgagee to cure such default, but mortgagee is not obligated to do so; and such advances shall become part of the indebtedness secured by this instrument, subject to the same terms and conditions.

e.    The rights created by this conveyance shall remain in full force and effect during any postponement or extension of the time of payment of the indebtedness evidenced by said promissory note or any part thereof secured hereby.

f.    He will continuously maintain hazard insurance, of such type or types and in such amounts as the mortgagee may from time to time require on the improvements now or hereafter on said property, and will pay promptly when due any premiums therefor. All insurance shall be carried in companies acceptable to mortgagee and the policies and renewals thereof shall be held by mortgagee and have attached thereto loss payable clauses in favor of and in form acceptable to the mortgagee. In event of loss, mortgagor will give immediate notice in writing to mortgagee, and mortgagee may make proof of loss if not made promptly by mortgagor, and each insurance company concerned is hereby authorized and directed to make payment for such loss directly to mortgagee instead of to mortgagor and mortgagee jointly, and the insurance proceeds, or any part thereof, may be applied by mortgagee at its option either to the reduction of the indebtedness hereby secured or to the restoration or repair of the property damaged or destroyed. In event of foreclosure of this mortgage, or other transfer of title to said property in extinguishment of the indebtedness secured hereby, all right, title, and interest of the mortgagor in and to any insurance policies then in force shall pass to the purchaser or mortgagee or, at the option of the mortgagee, may be surrendered for a refund.

g.    He will keep all buildings and other improvements on said property in good repair and condition; will permit, commit, or suffer no waste, impairment, deterioration of said property or any part thereof; in the event of failure of the mortgagor to keep the buildings on said premises and those erected on said premises, or improvements thereon, in good repair, the mortgagee may make such repairs as in its discretion it may deem necessary for the proper preservation thereof; and the full amount of each and every such payment shall be immediately due and payable and shall be secured by the lien of this mortgage.

h.    He will not voluntarily create or permit to be created against the property subject to this mortgage any lien or liens inferior or superior to the lien of this mortgage without the written consent of the mortgagee, and further, will keep and maintain the same free from the claim of all persons supplying labor or materials for construction of any and all buildings or improvements now being erected or to be erected on said premises.

i.    He will not rent or assign any part of the rent of said mortgaged property, or demolish, or remove, or substantially alter any building without the written consent of the mortgagee.

j.    All awards of damages in connection with any condemnation for public use of or injury to any of the property subject to this mortgage are hereby assigned and shall be paid to mortgagee, who may apply the same to payment of the installments last due under said note, and mortgagee is hereby authorized, in the name of the mortgagor, to execute and deliver valid acquittances thereof and to appeal from any such award.

k.    The mortgagee shall have the right to inspect the mortgaged premises at any reasonable time.

2.    Default in any of the covenants or conditions of this instrument or of the note or loan agreement secured hereby shall terminate the mortgagor's right to possession, use, and enjoyment of the property, at the option of the mortgagee or his assigns (it being agreed that the mortgagor shall have such right until default). Upon any such default, the mortgagee shall become the owner of all of the rents and profits accruing after default as security for the indebtedness secured hereby, with the right to enter upon said property for the purpose of collecting such rents and profits. This instrument shall operate as an assignment of any rentals on said property to that extent.

3

BROOKS, Roy, Jr.
2814-00419 / DLB 89164130-00

3.    The mortgagor covenants and agrees that if he shall fail to pay said indebtedness or any part thereof when due, or shall fail to perform any covenant or agreement of this instrument or the promissory note secured hereby, the entire indebtedness hereby secured shall immediately become due, payable, and collectible without notice, at the option of the mortgagee or assigns, regardless of maturity, and the mortgagee or his assigns may before or after entry sell said property without appraisement (the mortgagor having waived and assigned to the mortgagee all rights of appraisement):

(I) at judicial sale pursuant to the provisions of 28 U.S.C. 2001 (a); or

(II) at the option of the mortgagee, either by auction or by solicitation of sealed bids, for the highest and best bid complying with the terms of sale as specified in the published notice of sale, first giving four weeks' notice of the time, terms, and place of such sale, by advertisement not less than once during each of said four weeks in a newspaper published or distributed in the county in which said property is situated, all other notice being hereby waived by the mortgagor (and said mortgagee, or any person on behalf of said mortgagee, may bid with the unpaid indebtedness evidenced by said note). Said sale shall be held at or on the property to be sold or at the Federal, county, or city courthouse for the county in which the property is located. The mortgagee is hereby authorized to execute for and on behalf of the mortgagor and to deliver to the purchaser at such sale a sufficient conveyance of said property, which conveyance shall contain recitals as to the happening of the default upon which the execution of the power of sale herein granted depends; and the said mortgagor hereby constitutes and appoints the mortgagee or any agent or attorney of the mortgagee, the agent and attorney in fact of said mortgagor to make such recitals and to execute said conveyance, and hereby covenants and agrees that the recitals so made shall be effectual to bar all equity or right of redemption, homestead, dower, and all other exemptions of the mortgagor, all of which are hereby expressly waived and conveyed to the mortgagee; or

(III) take any other appropriate action pursuant to state or Federal statute either in state or Federal court or otherwise for the disposition of the property.

In the event of a sale as hereinabove provided, the mortgagor or any person in possession under the mortgagor shall then become a tenant holding over and shall forthwith deliver possession to the purchaser at such sale or be summarily dispossessed, in accordance with the provisions of law applicable to tenants holding over. The power and agency hereby granted are coupled with an interest and are irrevocable by death or otherwise, and are granted as cumulative to the remedies for collection of said indebtedness provided by law.

4.    The proceeds of any sale of said property in accordance with the preceding paragraphs shall be applied first to pay the costs and expenses of said sale, the expenses incurred by the mortgagee for the purpose of protecting or maintaining said property, and reasonable attorneys' fees; secondly, to pay the indebtedness secured hereby; and thirdly, to pay any surplus or excess to the person or persons legally entitled thereto.

5.    In the event said property is sold at a judicial foreclosure sale or pursuant to the power of sale hereinabove granted, and the proceeds are not sufficient to pay the total indebtedness secured by this instrument and evidenced by said promissory note, the mortgagee will be entitled to a deficiency judgment for the amount of the deficiency *without regard to appraisement.*

6.    In the event the mortgagor fails to pay any Federal, state, or local tax assessment, income tax or other tax lien, charge, fee, or other expense charged against the property, the mortgagee is hereby authorized at his option to pay the same. Any sums so paid by the mortgagee shall be added to and become a part of the principal amount of the indebtedness evidenced by said note, subject to the same terms. If the mortgagor shall pay and discharge the indebtedness evidenced by said promissory note, and shall pay such sums and shall discharge all taxes and liens and the costs, fees, and expenses of making, enforcing, and executing this mortgage, then this mortgage shall be canceled and surrendered.

7.    The covenants herein contained shall bind and the benefits and advantages shall inure to the respective successors and assigns of the parties hereto. Whenever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall include all genders.

8.    No waiver of any covenant herein or of the obligation secured hereby shall at any time thereafter be held to be a waiver of the terms hereof or of the note secured hereby.

9.    In compliance with section 101.1 (d) of the Rules and Regulations of the Small Business Administration [13 C.F.R. 101.1(d)], this instrument is to be construed and enforced in accordance with applicable Federal law.

4

10.    A judicial decree, order, or judgment holding any provision or portion of this instrument invalid or unenforceable shall not in any way impair or preclude the enforcement of the remaining provisions or portions of this instrument.

11.    Any written notice to be issued to the mortgagor pursuant to the provisions of this instrument shall be addressed to the mortgagor at Post Office Box 691, Troy, Alabama 36081 and any written notice to be issued to the mortgagee shall be addressed to the mortgagee at 2120 Riverfront Drive, Suite 100 Little Rock, Arkansas, 72202.

IN WITNESS WHEREOF, the mortgagor has executed this instrument and the mortgagee has accepted delivery of this instrument as of the day and year aforesaid.

_____
Roy Brooks, Jr.

STATE OF ALABAMA
COUNTY OF P.Ke )
                )ss
                )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that

Roy Brooks Jr.

whose name(s) is/are signed to the foregoing instrument, and who is/are known to me, acknowledged before me on this day that, being informed of the contents of the instrument, executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal, this the 24 day of february, 19 96.

_____
Notary Public
My Commission Expires: 11-8-98

Name: BROOKS, Roy, Jr.

Control No. / Loan No: 2814-00419 / DLB 89164130-00

EXHIBIT "A"

**Parcel I**

Lot #3 and 4, according to the plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, page 96.

More commonly known as:  410 Hubbard Street, Troy, Alabama 36081

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows:  Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as:  415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322

Pike County, Alabama

I hereby certify that the within instrument was filed in my
office for record on 25 day of FEB , 19 40
at 1:10 M and that 22518 tax of
$1.00 has been paid and duly recorded
In Book 1125 page
MELBA CHISM
Judge Probate

Page 5

Control No. 2814-00419

# U.S. SMALL BUSINESS ADMINISTRATION

## N O T E
(For Disaster Loans Only)

Troy, Alabama 36081
(City, State, ZIP Code)

February 1, 1996
(Date)

$11,400.00

DEFENDANT'S
EXHIBIT
6

R. BROOKS
9-15-06  SE

SBA LOAN NO.  DLB 8916413-00

4/18/30/44

For value received, the Undersigned promises to pay to the order of U.S. Small Business Administration, at its office in the City of Denver, State of Colorado 80259-0001, or, at holder's option, at such other place as may be designated from time to time by the Holder or U.S. Small Business Administration,

Eleven Thousand Four Hundred and no/100 • • • • • • • • dollars, with interest, on unpaid principal computed from the date of each advance to the Undersigned at the Annual Percentage Rate, of Four percent (4.000%) per annum, payment to be made in installments as follows:

Fifty-Six and no/100 ($56.00) dollars including principal and interest, payable monthly, beginning Five (5) months from the date hereof, the balance of principal and interest to be paid in full Thirty (30) Years from the date hereof, with the further provision that each said installment shall be applied first to accrued interest, and the balance, if any, to principal.

Payment of any installment of principal or interest owing on this Note may be made prior to the maturity date thereof without penalty.

The term "Indebtedness" as used herein shall mean the indebtedness evidenced by this Note, including principal, interest, and expenses whether now due or hereafter to become due and whether heretofore or contemporaneously herewith or hereafter contracted. The term "Collateral" as used in this Note shall mean any funds, guaranties, or other property or rights therein of any nature whatsoever or the proceeds thereof which may have been, are, or hereafter may be, hypothecated, directly or indirectly, by the Undersigned or others, in connection with, or as security for, the Indebtedness or any part thereof. The Collateral, and each part thereof, shall secure the Indebtedness and each part thereof. The covenants and conditions set forth or referred to in any and all instruments of hypothecation constituting the Collateral are hereby incorporated in this Note as covenants and conditions of the Undersigned with the same force and effect as though such covenants and conditions were fully set forth herein.

The Indebtedness shall immediately become due and payable, without notice or demand, upon the appointment of a receiver or liquidator, whether voluntary or involuntary, for the Undersigned or for any of its property, or upon the filing of a petition by or against the Undersigned under the provisions of any State Insolvency law or under the provisions of the Bankruptcy Code of 1978, or upon the making by the Undersigned of an assignment for the benefit of creditors. Holder is authorized to declare all or any part of the Indebtedness immediately due and payable upon the happening of any of the following events: (1) Failure to pay any part of the Indebtedness when due; (2) nonperformance by the Undersigned of any agreement with, or any condition imposed by, Holder, or U.S. Small Business Administration (hereinafter called "SBA"), with respect to the Indebtedness; (3) Holder's discovery of the Undersigned's failure in any application of the Undersigned to Holder or SBA to disclose any fact deemed by Holder to be material or of the making in any such application or in any of said agreements, of any misrepresentation by, on behalf of, or for the benefit of the Undersigned; (4) the reorganization (other than a reorganization pursuant to any of the provisions of the Bankruptcy Code of 1978) or merger or consolidation of the Undersigned (or the making of any agreement therefor) without the prior written consent of Holder; (5) the Undersigned's failure duly to account, to Holder's satisfaction, at such time or times as Holder may require, for any of the Collateral, or proceeds thereof, coming into the control of the Undersigned; or (6) the institution of any suit affecting the Undersigned deemed by Holder to affect adversely its interest hereunder in the Collateral or otherwise. Holder's failure to exercise its rights under this paragraph shall not constitute a waiver thereof.

Upon the nonpayment of the Indebtedness, or any part thereof, when due, whether by acceleration or otherwise, Holder is empowered to sell, assign, and deliver the whole or any part of the Collateral at public or private sale, without demand, advertisement or notice of time or place of sale or of any adjournment thereof, which are hereby expressly waived. After deducting all expenses incidental to or arising from such sale or sales, Holder may apply the residue of the proceeds thereof to the payment of the Indebtedness, as it shall deem proper, returning the excess, if any, to the Undersigned. The Undersigned hereby waives all right of redemption or appraisement whether before or after sale.

Holder is further empowered, to collect or cause to be collected or otherwise to be converted into money all or any part of the Collateral, by suit or otherwise, to surrender, compromise, release, renew, extend, exchange, or substitute any item of the Collateral in transactions with the Undersigned or any third party, irrespective of any assignment thereof by the Undersigned, and without prior notice to or consent of the Undersigned or any assignee. Whenever any item of the Collateral shall not be paid when due, or otherwise shall be in default, whether or not the Indebtedness, or any part thereof, has become due, Holder shall have the same rights and powers with respect to such item of the Collateral as are granted in respect thereof in this paragraph in case of nonpayment of the Indebtedness, or any part thereof, when due. None of the rights, remedies, privileges, or powers of Holder expressly provided for herein shall be exclusive, but each of them shall be cumulative with and in addition to every other right, remedy, privilege, and power now or hereafter existing in favor of Holder, whether at law or in equity, by statute or otherwise.

The Undersigned agrees to take all necessary steps to administer, supervise, preserve, and protect the Collateral; and regardless of any action taken by Holder, there shall be no duty upon Holder in this respect. The Undersigned shall pay all expenses of any nature, whether incurred in or out of court,

SBA FORM 147 B (5-77) REF: SOP 5) 35 PREVIOUS EDITIONS ARE OBSOLETE

and whether incurred before or after this Note shall become due at its maturity date or otherwise, including but not limited to reasonable attorney's fees and costs, which Holder may deem necessary or proper in connection with the satisfaction of the indebtedness or the administration, supervision, preservation, protection of (including, but not limited to, the maintenance of adequate insurance) or the realization upon the Collateral. Holder is authorized to pay at any time and from time to time any or all of such expenses, add the amount of such payment to the amount of the indebtedness, and charge interest thereon at the rate specified herein with respect to the principal amount of this Note.

The security rights of Holder and its assigns hereunder shall not be impaired by Holder's sale, hypothecation or rehypothecation of any note of the undersigned or any item of the Collateral, or by any indulgence, including but not limited to (a) any renewal, extension, or modification which Holder may grant with respect to the indebtedness any part thereof, or (b) any surrender, compromise, release, renewal, extension, exchange, or substitution which Holder may grant in respect of the Collateral, or (c) any indulgence granted in respect of any endorser, guarantor, or surety. The purchaser, assignee, transferee, or pledgee of this Note, the Collateral, any guaranty, and any other document (or any of them), sold, assigned transferred, pledged, or repledged, shall forthwith become vested with and entitled to exercise all the powers and rights given by this Note and all applications of the undersignedto Holder or SBA, as if said purchaser, assignee, transferee, or pledgeewere originally named as Payee in this Note and in said application or applications.

This promissory note is given to secure a loan which SBA is making or in which it is participating and, pursuant to Part 101 of the Rules and Regulations of SBA (13 C.F.R. 101.1(d)), this instrument is to be construed and (when SBA is the Holder or a party) in interest) enforced in accordance with applicable Federal law.

The undersigned understands and agrees that it is mandatory that all receipts, records, and such other evidence as is necessary and satisfactory to U.S. Small Business Administration be retained for three years from the date of the final disbursement on said note, which evidence shall indicate that the funds received have been used as directed by the authorization. Failure to furnish suchevidence when requested shall raise a presumption that the proceeds of the loan have been wrongfully misapplied.

The undersigned understands and agrees that in the event he wrongfully misapplies the proceeds of the loan obtained, he shall be civilly liable to the Administration in an amount equal to one and one-half (1-1/2) times the original principal amount of the loan. It is understood that the term "indebtedness" as defined above shall include this amount, if imposed by the Administration.

NOTICE OF RIGHT OF RESCISSION
You have a legal right under Federal Law to cancel this transaction, if you desire to do so, without any penalty or obligation within three (3) business days from date of this note.

No finance charge has been made for this transaction.

Dated this 21 th day of Feb 19 96.

Execution
Roy Brooks,Jr.

Page 2

Pike County, Alabama
I hereby certify that the within instrumen-
was filed in my office for record on
12 day of Dec. 1987 at 11:36
and that the ___ May 06 ___
has been paid and duly recorded
in D. Book 37 Page
R.B. Powell
Judge of Probate

My commission expires 11-10-90

Notary Public

Sworn to and subscribed before me on this the 14th day of November, 1987.

GERALDINE BRISTOW

day of November, 1987.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on this the 14th

one and the the same person as Jeraldine Bristow.

hereby certify that I am one and the same person as Geraldine Bristow and I am

That my name is Geraldine Bristow, and I reside in Pike County, Alabama. I

and says as follows:

Affidavit and who is known to me, and who being by me first duly sworn, deposes

said State, personally appeared Geraldine Bristow, whose name is signed to this

BEFORE ME, Phill Jones, a Notary Public in and for said County, in

Pike COUNTY

STATE OF ALABAMA

__NAME AFFIDAVIT__



AFFIDAVIT AS TO HEIRS OF DECEDENT LEAVING NO WILL

STATE OF ALABAMA

GENEVA COUNTY

Before me, the undersigned authority, a Notary Public in and for said County in said State, personally appeared Geraldine Bristow, whose name is signed to this Affidavit and who is known to me, and who being by me first duly sworn deposes and says as follows:

That my name is Jeraldine Bristow, and I reside in Pike County, Alabama; I am the widow of Cottrill Bristow, deceased, who departed this life on the 22nd day of January, 1985, leaving no LAST WILL AND TESTAMENT and that there has been no administration on his estate.

That the said Cottrill Bristow left surviving him his widow, Jeraldine Bristow, and one child, Cottrill Bristow, Jr., who are both over 21 years of age and of sound mind and who are all of his distributees and heirs at law.

That the said Cottrill Bristow left no descendants of deceased children surviving him, and none of his distributees and heirs at law have departed this life subsequent to his death.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on this the (4th) day of November, 1987.

_Jeraldine Bristow_
JERALDINE BRISTOW

Sworn to and subscribed to before me on this the (4th) day of November, 1987.

_Carolyn Jones_
Notary Public

This instrument was prepared by: W. Phil Eldridge
Attorney at Law
P. O. Drawer 338
Hartford, Alabama  36344

Pike County, Alabama
I hereby certify that the within instrument was filed in my office for record on
13 day of Nov. 19   at 11:3   o'clock and that Tax of
has been paid and duly recorded
in Misc Book 97 Page 328
_B.B. Powell_
Judge of Probate

CHJ/Brooks00334

BEAL No.: 2280006388
SBA No.: 891641343000
Pool No.: 130
Barcode No.: 179295

This Document Prepared By and
When Recorded Return/Mail to:
Wayne Roberts
Carrington Mortgage Services, Inc.
1600 Pacific Avenue, Suite 2070
Dallas, TX 75201
(214) 220-7206

## ASSIGNMENT OF NOTES AND LIENS (MORTGAGE)
### (SBA Loan Sale #2)

THIS ASSIGNMENT OF NOTES AND LIENS (this "Assignment") is made by the U.S. SMALL BUSINESS ADMINISTRATION ("Assignor"), whose address is 409 Third Street, S.W., Washington, D.C. 20416, to LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., a Texas limited partnership, whose address is 6000 Legacy Drive, Plano, Texas 75024-3610 ("Assignee"), pursuant to the terms of that certain Loan Sale Agreement dated as of August 3, 2000 (the "Sale Agreement") between Assignor and Assignee.

THIS ASSIGNMENT WITNESSES THAT, in consideration of Ten Dollars ($10.00) and other good and valuable consideration paid by Assignee, Assignor hereby assigns, transfers, sets over and conveys, effective as of August 31, 2000, to Assignee and its successors and assigns, without recourse and without representation or warranty, whether express, implied or created by operation of law, except as expressly set forth in the Sale Agreement, the following:

1. that certain MORTGAGE dated February 1, 1996 between ROY BROOKS, JR. ("Borrower") and ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION ("Lender"), and recorded on February 23, 1996 as Instrument N/A in Mortgage Book 423 at Page N/A, in the Recorder's Office of PIKE County, ALABAMA, as amended or modified (the "MORTGAGE"), which secures that certain promissory note dated February 1, 1996 in the amount of $11,400.00 (the "Note"), and encumbers the following described property:

Property Address: PARCEL I: 410 HUBBARD STREET, TROY, ALABAMA 36081 & PARCEL II: 415 ICE STREET, TROY ALABAMA 36081 AND 120 HUBBARD STREET, TROY, ALABAMA 36322.

2. such other documents, agreements, instruments and other collateral that evidence, secure or otherwise relate to Assignor's right, title or interest in and to the MORTGAGE and/or the Note, including without limitation the title insurance policies and hazard insurance policies that might presently be in effect.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered by its duly authorized agent as of this 17th day of July, 2001.

U.S. SMALL BUSINESS ADMINISTRATION, as Assignor

By: _____
Rick Boggs, Attorney-in-Fact

State of TEXAS
County of DALLAS

Before me, the undersigned authority, Notary Public, personally appeared Rick Boggs, who is personally well known to me (or satisfactorily proven) to be the Attorney-in-Fact for the U.S. Small Business Administration, and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and s/he acknowledged to me that s/he executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this 17th day of July, 2001.

_____

KRISTI HAYS
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-01-2003

Kristi Hays, Notary Public
My Commission Expires: 6/4/2003

DEFENDANT'S
EXHIBIT
R. BROOKS
8
6-15-06
PENGAD 800-631-6989

$45.00

Pike County, Alabama
I hereby certify that the within instrument was filed in my office for record on the _____ day of _____, 20 ___, at _____ o'clock ___ M. and duly recorded _____ and examined.
has been filed and duly recorded
Judge Probate
WILLIAM C. STONE

# ((¡Countrywide

**H O M E   L O A N S**

450 American Street MSN: SV3-70
Simi Valley, California 93065
(877) 744-7691

August 03, 2004

ROY BROOKS
907 MAIN STREET
BRUNDIDGE, AL 36010

Re: CHL Loan # 4181304A
Property address: 319 DEAN ST
TROY, AL 36081

Dear Borrower:

Per your recent conversation with Countrywide, we have been notified of your request for Workout assistance. We will require the following information to complete our review process. Please fax the following items to the Workout Department at (805) 306-7111 for further consideration:

1.   Proof of Income > Most recent pay stub for each individual applying for assistance, OR last quarter Profit and Loss Statement if self employed.

Please return the requested information immediately. If we do not receive the above items in our office within five (5) business days from the date of this letter, your request for workout assistance will be declined. **If you need more time or you are unable to comply with this request, please contact Countrywide as soon as possible to discuss your Loan.**

If you have already forwarded the requested information please disregard this notice. If you do not receive a phone call from our Workout Department within ten (10) business days of the date of this correspondence, please contact Countrywide toll free at (877) 744-7691.

If your Loan is in foreclosure, a scheduled foreclosure sale will be conducted by Countrywide unless Countrywide specifically agrees in writing to suspend or cancel the foreclosure sale, or unless your loan is fully reinstated or paid off in accordance with your Loan documents and applicable law prior to the scheduled foreclosure sale. If your loan is delinquent, Countrywide will continue to report all delinquencies to the credit reporting agencies until your loan is brought fully current.

Please fax the above information to:

## ATTENTION: AMPS Workout Department
(805) 306-7111

Sincerely,

AMPS Workout Department
COUNTRYWIDE HOME LOANS
Phone: (877) 744-7691
Fax: (805) 306-7111

DEFENDANT'S
EXHIBIT

9

R. BROOKS
7L 08-15-06

PENGAD 800-631-6989

Please be advised that this communication is from a debt collector.

ML - 00

# LOAN PAYMENT BILLING

PAYMENT DUE DATE: 11/11/03

ACCT NUMBER:  22-20014824

RETURN TO:

BEAL BANK
15770 N. DALLAS PARKWAY LB 62
DALLAS, TX 75248-3305

ROY BROOKS JR
319 DEAN ST
TROY AL 36081-1803

| CURRENT PAYMENT | + | PAST DUE AMOUNT | + | OTHER CHARGES | = | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|
| 283.17 | | 7,079.25 | | .00 | | 7,362.42 |

PAST DUE

*I ONLY owed ~736.42/05*

EXTRA PAYMENTS:

ESCROW      $ _____

PRINCIPAL   $ _____

CHECK BOX AND INDICATE
CHANGE OF ADDRESS ON
REVERSE SIDE

⑆31993330⑈  2220014824⑈  50  ⑈00000283l7⑈

*This was owed to Bill Bank.*

Control / Loan No. 2814-00419 / I  89164130-00

## AFFIDAVIT OF OWNERSHIP TO REAL PROPERTY



R E C E I V E D

FEB 2 6 1996

LEGAL DEPT.

STATE OF __Alabama__ )
                      ) ss
COUNTY OF __Pike__    )

Roy Brooks, Jr., being first duly sworn, upon oath, deposes and says:

I/we am/are the owner(s) of and hold legal title to certain real property located in the County of Pike, and legally described as follows:

Described in Exhibit "A" attached hereto and made a part hereof.

More commonly known as: 415 Ice Street, Troy, Alabama, 36081

Said premises are in my/our possession, and said possession thereof has been peaceable and undisturbed, and my/our title thereto has never been disputed or questioned as to any part thereof.

There are no judgments against me unpaid or unsatisfied of record entered in any court of this County, or of the United States, and said premises are free from all leases, mortgages, taxes, assessments, liens, encumbrances and claims, or interest of any other part, except as follows:

PARCELS I, II

Trust Deed/Mortgage held by IAM Federal Credit Union, Post Office Box 366, Daleville, Alabama 36322 with a current approximate balance of $28,000.00.

No proceedings in bankruptcy or insolvency have ever been instituted by or against me in any court in or before any officer of any State or Territory of the United States, nor have I/we at any time made an assignment for the benefit of creditors, nor an assignment, now in effect, of the rents of said premises or any part thereof, except as follows:

There are no actions pending affecting said premises. There are no facts known to me related to the title to said premises which have not been fully set forth in this Affidavit except as follows:

This Affidavit is made by the undersigned to induce U.S. Small Business Administration to make a loan to Roy Brooks, Jr., in the amount of $11,400.00 and to accept as security, or partial security, for the making of such loan, a mortgage and assignment, or other instrument of hypothecation with respect to the premises described herein, or a portion thereof.

I/we make this Affidavit with full knowledge that any statement I/we have made in this Affidavit which I know to be false, may result in my being punished under Section 16(a) of the Small Business Act, as amended, by a fine of not more than $5,000.00 or by imprisonment of not more than two years or both.

Dated: February 1, 1996

_Roy Brooks, Jr._
Roy Brooks, Jr.

Subscribed and sworn to (or affirmed) to before me this ___21st___ day of ___February___ 19_96_

_____
Signature of Notary

101 (2/95)

DEFENDANT'S
EXHIBIT
5-A
BROOKS
8840056

DEFENDANT'S EXHIBIT 10 R. BROOKS

# McFADDEN, LYON & ROUSE, L.L.C.

## ATTORNEYS AND COUNSELLORS AT LAW

718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STEVEN P. McFADDEN
WILLIAM H. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM G. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-8172
FACSIMILE: (251) 342-8457

March 31, 2005

**VIA FAX #334-566-6004**

James N. Thomas
JAMES N. THOMAS, L.L.C.
PO Box 974
Troy, Alabama 36081-0974

RE:    Countrywide Home Loans, Inc. vs. Roy Brooks, Jr.
       Loan No.: 41813044 & 48649221

Dear Mr. Thomas:

For your request of March 21, 2005, please note this loan had checks come in from damage sustained from Hurricane Ivan. The earlier was LPP (forced placed coverage) meaning Countrywide is the only named insured not the borrower. As such the checks were made payable to Countrywide only. The funds were processed in Property claims as follows:

| #41813044 | #48649221 | |
|-----------|-----------|---|
| $2,459.85 | $ 735.44  | [signature] |

The following is necessary to redeem the above referenced property good thru March 31, 2005:

Loan #41813044

| | |
|---|---|
| Principal Balance | $ 9,287.00 |
| Interest from sale date of 11/10/04 | 1,894.56 |
| Interest from 11/1/04 to 03/31/05 | 143.51 |
| Escrow Balance | 57.00 |
| Property Preservation fees & cost | 137.50 |
| Attorney fees & cost of foreclosure | 2,612.75 |
| | $14,132.32 |

Loan #48649221

| | |
|---|---|
| Principal Balance | $23,324.50 |
| Interest thru 03/31/05 | 6,390.63 |
| County recording fee | 12.00 |
| Fees Due | 23.00 |
| Escrow balance due | 87.93 |
| | $29,838.06 |

| Total amount of redemption | $43,970.38 |
|---|---|

*This amount is subject to change as lawful charges accrue.

Redemption funds must be tendered in certified funds payable to McFadden, Lyon & Rouse, L.L.C.

CHJ/Brooks01395

DEFENDANT'S EXHIBIT

# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**PIKE COUNTY**

Personally appeared before me, the undersigned authority:

*Sharron Smith*

*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in ___ successive issues of

The Troy Messenger, a weekly newspaper published in said county, on the following dates:

7/23, 7/30, 8/6, 8/13

This the 20 day of August 2004

Sharon L Smith

Sworn to and subscribed before me this 23rd day of August 2004

Shannon J. Hart

Notary Public.

My commission expires 11/05/07

---

## FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR. to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA. dated the 1st day of February, 1996, and recorded in Mortgage Book 213 Page 425 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama, which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Troy, Church Street, Alabama 36081. the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

**Parcel I**

Lot #3 and 4, according to the Plat of Subdivision #2, as recorded in the Of-fice of the Judge of Probate of Pike County, Alabama,

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book One, Page Sixty-Four. thence running Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

More commonly known as: 415 Lee Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and record-ed in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama, which was subse-quently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Mis-cellaneous Book 2003, Page 163.

Said sale is made for the purpose of pay-ing the said indebt-edness and the ex-penses and the ex-penses incident to this sale, including a reasonable attor-ney's fee.


# PROOF OF PUBLICATION

**STATE OF ALABAMA**

**PIKE COUNTY**

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in 1 successive issues of The Troy Messenger, a weekly newspaper published in said county, on the following dates:

September 15, 2004

_______________, 2004.

This the 21st day of Sept, 2004.

Sharron H. Smith

Sworn to and subscribed before me this 21st day of September, 2004.

Shannon P. Harris
Notary Public.
My commission expires 11/05/07

**FORECLOSURE NOTICE**

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996 and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081, the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

Parcel 1

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

Parcel II

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same, 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322.

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mort-

CHE/Brooks01396

# PROOF OF PUBLICATION

STATE OF ALABAMA

PIKE COUNTY

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in 1 successive issues of The Troy Messenger, a weekly newspaper published in said county, on the following dates:

10/10

_______________, 2004.

This the 12th day of October, 2004.

Sharron H Smith

Sworn to and subscribed before me this 12th day of October, 2004.

Shannon P. Harris
Notary Public.
My commission expires 11/05/07

**FORECLOSURE NOTICE**

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August 2004, at the front door entrance of the Courthouse of Pike County, Alabama [illegible] Church Street, Troy, Alabama 36081 the following described real property in the County of Pike, State of Alabama, and the same [illegible]

Parcel II

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama

36322.

October 5, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd.
f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership
Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
September 15, 2004

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on August 23, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on [illegible] as: 410 Hubbard Street, Troy, Alabama 36081

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on October 5, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 20, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd.
f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership
Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
October 10, 2004

CHL/Brooks01397

# PROOF OF PUBLICATION

STATE OF ALABAMA

PIKE COUNTY

Personally appeared before me, the undersigned authority:

*Sharron Smith*
*Classified Ad Manager, The Troy Messenger*

who being duly sworn, says that the attached Legal Notice of publication appeared in 1 successive issues of The Troy Messenger, a weekly newspaper published in said county, on the following dates:

October 27th, 2004.

This the 28th day of October, 2004.

Sharron H Smith

Sworn to and subscribed before me this 27th day of October, 2004.

Shannon P. Harris
Notary Public.
My commission expires 11/05/07

FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR. to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama Church Street, Troy, Alabama 36081 the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

Parcel 1
Lot #3 and 4, according to the Plat of Henderson Lake Subdivision [illegible] recorded in [illegible] fice of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

Parcel II
One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36922.

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

Said sale is made for the purpose of paying the said indebtedness and the expenses incident to this sale, including a reasonable attorney's fee.

LPP Mortgage Ltd
f/k/a Loan Participan[t]
Partners, Ltd., A
Texas Limited
Partnership
Holder of said
Mortgage

Beth McFadden
Rouse
McFADDEN, LYON
& ROUSE, L.L.C.
718 Downtowner
Boulevard
Mobile, Alabama
36609

Troy Messenger
7/23, 7/30, 8/6, &
8/13, 2004

NOTICE OF POSTPONEMENT

The public sale provided for hereinabove was postponed on August 23, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 5, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd.
f/k/a Loan Participant
Partners, Ltd., A
Texas Limited
Partnership
Holder of
Said Mortgage

Beth McFadden
Rouse
McFADDEN, LYON
& ROUSE, L.L.C.
718 Downtowner
Blvd.
Mobile, Alabama
36609

Troy Messenger
September 15, 2004

CHL/Brooks01398

DEFENDANT'S
EXHIBIT

STONE F. McFADDEN
WILLIAM H. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

**McFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

January 7, 2002

NOTICE OF RIGHT TO CURE DEFAULT

Mr. Roy Brooks, Jr.
Post Office Box 691
Troy, Alabama 36081

RE:    Mortgage Held By Beal Bank
         Foreclosure

YOU ARE NOW IN DEFAULT UNDER THE MORTGAGE NOTE DESCRIBED ABOVE.
YOUR DEFAULT IS THE FAILURE TO MAKE REQUIRED INSTALLMENT PAYMENTS
FOR THE MONTHS OF February 2000 THROUGH January 2002.

THE TOTAL AMOUNT NOW REQUIRED TO CURE THIS DEFAULT AS OF THE DATE OF
THIS LETTER IS $2,151.00 WHICH INCLUDES LATE CHARGES, ATTORNEYS FEES,
COSTS OF TITLE EVIDENCE (AND OTHER CHARGES) ACCRUED TO THIS DATE IN THE
AMOUNT OF $975.00.

THE TOTAL AMOUNT DUE AFTER THE LAST DAY OF THE MONTH MUST INCLUDE AN
ADDITIONAL PAYMENT.

IF YOU CURE THIS DEFAULT, YOU MAY CONTINUE WITH THIS OBLIGATION AS
THOUGH YOU DID NOT DEFAULT.

IF YOU DO NOT CURE THIS DEFAULT AND BREACH OF THE MORTGAGE WITHIN
THIRTY DAYS, WE WILL BE ENTITLED TO ACCELERATE THE SUMS SECURED BY
YOUR MORTGAGE AND PROCEED WITH INITIATING A FORECLOSURE ACTION OR
PROCEDURE.

IF A FORECLOSURE ACTION OR PROCEDURE IS NECESSARY, WE MAY REQUEST THE
COURT TO INCLUDE IN THE FORECLOSURE ACTION OR PROCEDURE ATTORNEY
FEES, ABSTRACTING EXPENSES AND ALL OTHER COSTS ASSOCIATED THEREWITH.

YOU HAVE A RIGHT, PURSUANT TO SAID MORTGAGE, TO REINSTATE AFTER ACCELERATION. IF YOU MEET CERTAIN CONDITIONS. YOU FURTHER HAVE THE RIGHT TO BRING A COURT ACTION TO ASSERT THE NON-EXISTENCE OF DEFAULT OR ANY OTHER DEFENSES TO ACCELERATION.

THE MATTERS DISCUSSED HEREIN ARE OF EXTREME IMPORTANCE. WE TRUST YOU WILL GIVE THEM YOUR IMMEDIATE ATTENTION. PLEASE CONTACT OUR OFFICE AT 334/342-9172. OUR OFFICE HOURS ARE MONDAY THROUGH FRIDAY, 8:00 AM UNTIL 5:00 PM, CST.

PAYMENT MUST BE MADE BY CERTIFIED FUNDS OR MONEY ORDER WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS LETTER.

SINCERELY,

McFADDEN, LYON & ROUSE, L.L.C.

Beth McFadden Rouse
BMR/jas

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.*

**McFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457



June 21, 2004

REGULAR MAIL AND
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Roy Brooks Jr.
P.O. Box 691
Troy, AL 36081

RE:    Mortgage held by: Countrywide Home Loans, Inc.
       Loan No.:    4181304

Dear Mr. Brooks:

Please be advised that Countrywide Home Loans, Inc., holder of the above mortgage has instructed our law firm to proceed with foreclosure of the above mortgage.

Pursuant to The Debt Collection Practices Act, 15 U.S.C.A. Section 1692g, we are required to furnish you with the following information:

1.    The Total amount of the debt you owe through July 21, 2004  is $14,894.57 which consists of the following:

| | |
|---|---|
| Current Principal Balance | $9,287.00 |
| Interest | 1,780.57 |
| Recording Fees | 12.00 |
| Fees Due | 1,440.00 |
| Additional Fees & Costs | 1,350.00 |
| Attorneys fees and expenses | $1,025.00 |
| Total Payoff | $14,894.57 |

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you pay the amount shown above, an adjustment may be necessary after we received your check in which event we will inform you before depositing the check for collection.  For further information, write the undersigned or call 251-342-9172.  After July 21, 2004  you must obtain a new payoff.

2.    The creditor to whom the debt is owed is Countrywide Home Loans, Inc.

3.    Unless you, within thirty (30) days of receipt of this notice, dispute the validity of the

CHL/Brooks01328

CHL/Brooks01329

4.    If you notify us in writing within thirty (30) days from receipt of this notice of the validity of the debt, or any portion thereof, we will obtain verification of the debt and will mail a copy of such verification to you.

5.    If you make written request to us within thirty (30) days from the receipt of this notice, we will provide you with the name and address of the original mortgagee, if different from the current mortgagee.

6.    This office is attempting to collect the debt specified herein, and any information obtained by this office will be used by us for the purpose of collecting such debt.

If you should have any questions, please do not hesitate to call.

Very truly yours,

McFadden, Lyon & Rouse, L.L.C.

Beth McFadden Rouse
BMR/sb

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.*

DEFENDANT'S EXHIBIT

# McFADDEN, LYON & ROUSE, L.L.C.

ATTORNEYS AND COUNSELLORS AT LAW

718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOYA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE (251) 342-9172
FACSIMILE (251) 342-9457

July 16, 2004

**REGULAR MAIL AND
CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Mr. Roy Brooks, Jr.
Post Office Box 691
Troy, Alabama 36081

RE: Mortgage Held by: LPP Mortgage Ltd.
Loan No.: 41813044

Dear Mr. Brooks, Jr.:

This is to inform you that we have for foreclosure your mortgage held by LPP Mortgage Ltd., on the property described in the enclosed foreclosure notice. However, additional alternatives may be available. If you would like to obtain pay-off or reinstatement amounts, please contact this firm at 251/342-9172, ext. 106 or 123.

Nothing should be construed herein as a waiver and/or a modification of any of the loan and/or security documentation, or the ongoing foreclosure proceeding.

The sale is scheduled for August 23, 2004. All further inquiries should be directed to this office.

Very truly yours,

McFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosure

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.*

FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, the following described real property in the County of Pike,

Church Street, Troy, Alabama 36081 , the following described real property in the County of Pike,

State of Alabama, to-wit:

CHL/Brooks01330



# MCFADDEN, LYON & ROUSE, L.L.C.
### ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

July 16, 2004

Tenant/Occupant
410 Hubbard Street
Troy, Alabama 36081

RE:   Mortgage held by LPP Mortgage Ltd. v. Roy Brooks, Jr.
      Foreclosure

Tenant/Occupant:

       We represent CountryWide Home Loans, Inc. in connection with the above referenced
mortgage which we have for foreclosure. Our sale is scheduled for August 23, 2004 as indicated
in the enclosed notice. The premises should be vacated on said date.

Yours very truly,

MCFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosures

CHL/Brooks01331

McFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

July 16, 2004

Tenant/Occupant
120 Hubbard Street
Troy, Alabama 36081

RE:    Mortgage held by LPP Mortgage Ltd. v. Roy Brooks, Jr.
       Foreclosure

Tenant/Occupant:

We represent CountryWide Home Loans, Inc. in connection with the above referenced mortgage which we have for foreclosure. Our sale is scheduled for August 23, 2004 as indicated in the enclosed notice. The premises should be vacated on said date.

Yours very truly,

McFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/kbd

Enclosures

CHL/Brooks01332

**McFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN,
THOMAS H. BENTON, JR.
JOHN T. BENDER

July 16, 2004

Tenant/Occupant
415 Ice Street
Troy, Alabama 36081

RE:    Mortgage held by LPP Mortgage Ltd. v. Roy Brooks, Jr.
       Foreclosure

Tenant/Occupant:

       We represent CountryWide Home Loans, Inc. in connection with the above referenced mortgage which we have for foreclosure. Our sale is scheduled for August 23, 2004 as indicated in the enclosed notice. The premises should be vacated on said date.

Yours very truly,

McFADDEN, LYON, & ROUSE L.L.C.

*[signature]*

Beth McFadden Rouse
BMR/khd

Enclosures

CHL/Brooks01333

MCFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

July 16, 2004

Leonard N. Math
Post Office Box 230759
Montgomery, Alabama 36123

RE: LPP Mortgage Ltd. v. Roy Brooks, Jr.

Dear Mr. Math:

We represent CountryWide Home Loans, Inc. in the foreclosure of the mortgage described in the enclosed foreclosure notice. It has come to our attention that there exists a subordinate judgment in favor of IAM Federal Credit Union in the amount of $5,345.07, plus court costs, Case No. DV 2003 000029 and recorded in Judgment Book 29, Page 153 of the Pike County Probate Court records. Our sale is scheduled for August 23, 2004.

The purpose of this letter is to provide you with notice of the pending foreclosure as attorney of record for the plaintiff.

Very truly yours,

MCFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/khd

Enclosure

CHU/Brooks01334

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

# McFADDEN, LYON & ROUSE, L.L.C.

ATTORNEYS AND COUNSELLORS AT LAW

718 DOWNTOWNER BOULEVARD

MOBILE, ALABAMA 36609-5499

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

July 16, 2004

**REGULAR MAIL AND**
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. Roy Brooks, Jr.
Post Office Box 691
Troy, Alabama 36081

RE: Mortgage Held by: LPP Mortgage Ltd.
Loan No.: 4181304A

Dear Mr. Brooks, Jr.:

This is to inform you that we have for foreclosure your mortgage held by LPP Mortgage Ltd.. on the property described in the enclosed foreclosure notice. However, additional alternatives may be available. If you would like to obtain pay-off or reinstatement amounts, please contact this firm at 251/342-9172, ext. 106 or 123.

Nothing should be construed herein as a waiver and/or a modification of any of the loan and/or security documentation, or the ongoing foreclosure proceeding.

The sale is scheduled for August 23, 2004. All further inquiries should be directed to this office.

Very truly yours,

McFADDEN, LYON, & ROUSE L.L.C.

Beth McFadden Rouse
BMR/kld

Enclosure

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.*

CHI/Brooks01335

# FORECLOSURE NOTICE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama, which said mortgage was subsequently assigned to LPP MORTGAGE LTD. F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August , 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081 , the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

### Parcel I

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

### Parcel II

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four; running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Lee Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama, which was subsequently assigned to LPP Mortgage Ltd, by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

Said sale is made for the purpose of paying the said indebtedness and the expenses incident to this sale, including a reasonable attorney's fee.

LPP Mortgage Ltd. f/k/a Loan Participant Partners,
Ltd., A Texas Limited Partnership
Holder of said Mortgage.

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Publish in The Troy Messenger, on July 23rd, 30th, August 6th, & 13th, 2004.

RUN FOUR (4) CONSECUTIVE WEEKS

CH/Brooks01337

MCFADDEN, LYON & ROUSE, L.L.C.
ATTORNEYS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609

Mailed full
copies originally
file docs
Mailed to Attorney
on 8/4/04

Mr. Roy Brooks, Jr.
319 Dean St.
Troy, Alabama 36081



# McFADDEN, LYON & ROUSE, L.L.C.

ATTORNEYS AND COUNSELLORS AT LAW

718 DOWNTOWNER BOULEVARD

MOBILE, ALABAMA 36609-5499

STOVA, F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 242-9457

July 16, 2004

**REGULAR MAIL AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Mr. Roy Brooks, Jr.
Post Office Box 691
Troy, Alabama 36081

RE: Mortgage Held by: LPP Mortgage Ltd.
    Loan No.: 4181304

Dear Mr. Brooks, Jr.:

This is to inform you that we have for foreclosure your mortgage held by LPP Mortgage Ltd. on the property described in the enclosed foreclosure notice. However, additional alternatives may be available. If you would like to obtain pay-off or reinstatement amounts, please contact this firm at 251/342-9172, ext. 106 or 123.

Nothing should be construed herein as a waiver and/or a modification of any of the loan and/or security documentation, or the ongoing foreclosure proceeding.

The sale is scheduled for August 23, 2004. All further inquiries should be directed to this office.

Very truly yours,

McFADDEN, LYON & ROUSE L.C.

Beth McFadden Rouse
BMR/khd

Enclosure

*IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR ...OSES OF DEBT COLLECTION.*

Mr. Thomas
March 31, 2005
Page 2

This statement of the amount to redeem is made without waiver of right to assert failure to deliver possession pursuant to §6-5-251, Code of Alabama (1975). After March 31st, 2005 a new quote must be obtained.

Very truly yours,

McFADDEN, LYON & ROUSE, L.L.C.

Beth McFadden Rouse
BMR/dw

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.**

CHL/Brooks01338



**FORECLOSURE NOTICE**

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage executed by ROY BROOKS, JR to ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA dated the 1st day of February, 1996, and recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231 of the records in the Office of the Judge of Probate, Pike County, Alabama; which said mortgage was subsequently assigned to LPP MORTGAGE LTD, F/K/A LOAN PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081 , the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

**Parcel I**

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

More commonly known as: 410 Hubbard Street, Troy, Alabama 36081

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four; running thence Northward along the West line of said lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

More commonly known as: 415 Lee Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163

CHI/Brooks01339

Said sale is made for the purpose of paying the said indebtedness and the expenses incident to this sale, including a reasonable attorney's fee.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd.,
A Texas Limited Partnership
Holder of said Mortgage.

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Publish in The Troy Messenger, on July 23rd, 30th, August 6th, & 13th, 2004.

RUN FOUR (4) CONSECUTIVE WEEKS

NOTICE OF POSTPONEMENT

The public sale provided for hereinabove was postponed on August 23, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 5, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership
Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Publish one time only in The Troy Messenger on September 15, 2004.

NOTICE OF POSTPONEMENT

The public sale provided for hereinabove was postponed on October 5, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 20, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership
Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Publish one time only in The Troy Messenger on October 10, 2004.

CHI/Brooks01340

**NOTICE OF POSTPONEMENT**

The public sale provided for hereinabove was postponed on October 20th, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on November 10th, 2004, during the legal hours of sale in front of the Courthouse door, Pike County, Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant
Partners, Ltd., A Texas Limited Partnership
Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Publish one time only in The Troy Messenger on October 27th, 2004.

CHL/Brooks01367

DEFENDANT'S
EXHIBIT
32
R. BROOKS 4-15-08

JAMES N. THOMAS, L.L.C.
ATTORNEY & COUNSELOR AT LAW
405 ELM STREET
POST OFFICE BOX 974
TROY, ALABAMA 36081-0974
TELEPHONE (334) 566-2181
FACSIMILE (334) 566-6004
E-MAIL attorney405@charter.net

October 4, 2004

(VIA FACSIMILE with "hard-copy" to follow)

Beth McFadden Rouse
McFadden, Lyon and Rouse, LLC
718 Downtowner Blvd.
Mobile, AL 36609

Dear Beth:

In follow-up to our phone conversation from a few weeks ago, Mr. Roy Brooks has contacted my office once again to see if this foreclosure on the subject properties can be forestalled or delayed. It would appear that forced insurance was placed on the three homes by the Lender. I have enclosed a copy of the insurance paperwork in my possession for your review. I have inspected the homes and it does appear that there is some damage to some of the properties caused by Hurricane Ivan.

It is my understanding that foreclosure is set for October 5, 2004. I am not certain why the initial foreclosure did not occur as scheduled on August 23. However, I have enclosed a copy of the foreclosure notice re-advertising the sale and it appears to list the foreclosure date as August 23, 2004. Obviously, this would be incorrect. I propose that the Lender delay foreclosure given the error in the publication and that efforts be made to see if an insurance adjustor can be obtained to determine if there are enough funds available from the storm damage to pay off the loan and thereby negate the need for further action from the Lender.

Please contact my office at your earliest convenience so we can discuss the matter in greater detail.

Sincerely yours,

James N. Thomas

JNT/cbm

enclosure: insurance and foreclosure advertisement

(William McFadden 342 9172 Oct 5th)

251

THE MESSENGER

Wednesday, September 15, 2004

**151 LEGALS**

...his sale is subject ... postponement or ...ncellation; contact ...inny Rutledge at ...e phone number ...own below prior to ...tendance at sale.

Cendant Mortgage Corporation, Mortgagee/Transferee

Ginny Rutledge
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, AL 35255-5727
Attorney for Mortgagee/Transferee
(205)-930-5191

Troy Messenger
9/8, 9/15 & 9/22 2004

STATE OF ALABAMA

PIKE COUNTY

NOTICE OF MORTGAGE FORECLOSURE SALE

Default having been ...

**151 LEGALS**

together with all buildings, structures, equipment, fixtures and other improvements now existing, erected or installed thereon.

Said sale and conveyance will be made subject to any restrictions of record in the Probate Office of Pike County, Alabama, matters of survey, and to any Federal or State Tax liens, if any, and/or special assessments, if any, which might adversely affect the title to the premises.

Said sale will be made for the purpose of paying the indebtedness secured by the above described mortgage to The Headland National Bank, mortgagee, and the proceeds thereof will be applied as provided by terms of said mortgage.

**151 LEGALS**

PARTICIPANT PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; notice is hereby given that the undersigned as holder of said mortgage will under power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder, during legal hours of sale on the 23rd day of August, 2004, at the front door entrance of the Courthouse of Pike County, Alabama, Church Street, Troy, Alabama 36081, the following described real property in the County of Pike, State of Alabama, being the same property described in the above referred to mortgage:

Parcel 1

Lot #3 and 4, according to the Plat of ...

**151 LEGALS**

Hubbard Street, Troy, Alabama 36322.

Subject to First Mortgage executed by Roy Brooks, Jr., An Unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instru-

**151 LEGALS**

ment dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

Said sale is made for the purpose of paying the said indebtedness and the expenses incident to this sale, including a reasonable attorney's fee.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership Holder of said

**151 LEGALS**

Mortgage.

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Troy Messenger
7/23, 7/30, 8/6, & 8/13, 2004

NOTICE OF POSTPONEMENT

The public sale pro-

**151 LEGALS**

vided for hereinabove was postponed on August 23, 2004, by public announcement being made during the legal hours of sale before the Courthouse door, City of Troy, Pike County, Alabama. The foreclosure sale described hereinabove shall be held on October 5, 2004, during the legal hours of sale in front of the Courthouse door, Pike County,

**151 LEGALS**

Alabama.

LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., A Texas Limited Partnership Holder of Said Mortgage

Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Troy Messenger
September 15, 2004

# FREE CLASSIFIEDS

## Here's How It Works...

1) Ads will run for 5 days, with a 8 line limit on description
2) Available to individuals only (Non-Commercial Users Only.) Not offered to business firms. No services offered, rentals, yard ... limit.
4) One item per ad, only TWO ads per MONTH per family.
5) Customer can cancel as soon as item sells.
6) Ad must be mailed, faxed or presented in person fully ...

CHL/Brooks01368

CHL/Brooks013369

**MORTGAGE PROTECTION COVERAGE NOTICE OF PREMIUM**

*Denise*

*Claim # GWS173818*

*Newport Ins. Co.*

NAMED INSURED & ADDRESS :

COUNTRYWIDE HOME LOANS, INC
AND/OR ITS ASSIGNS A.T.I.M.A.
P O BOX 10212
INSURANCE DEPARTMENT SV-22
VAN NUYS, CA 91410-0212

BALBOA INSURANCE COMPANY
3349 MICHELSON DRIVE, SUITE 200
IRVINE, CA 92612-8893

BORROWER'S NAME & ADDRESS :

ROY BROOKS
319 DEAN ST
TROY, AL.                        36081

INSURED # : N5172818
EFFECTIVE DATE : 07/02/2004
EXPIRATION DATE: 07/02/2005

MASTER POLICY # : 4800-0100

LOAN # : 0486492221          TOTAL PREMIUM : $467.00

TYPE OF LOAN : 1ST/RES          NON-IMP/VAC

DESCRIBED LOCATION:
415 ICE STREET
TROY AL.
36081

DEDUCTIBLES:
OCCUPIED          :   $1,000.00
VACANT            :   $1,000.00
WIND & HAIL:   $1,000.00
HURRICANE         :   $1,000.00

RATING AMOUNT :          $23,000

THIS IS A NOTICE OF PREMIUM WHICH DOES NOT PROVIDE THE TERMS OF THE NAMED INSURED'S POLICY. YOU CAN LOOK AT THE POLICY AT THE NAMED INSURED'S ADDRESS SHOWN ABOVE.

‡          IMPORTANT NOTICE

The insurance coverage provided by the above referenced policy has been requested by the Insured Lienholder or Mortgagee in absence of the required insurance on the Described Location. If you have other insurance covering this property, please request your insurance company or agent to notify the Insured Lienholder or Mortgagee promptly. Upon receipt of acceptable notice of other coverage, this coverage will be cancelled.

YOU ARE NOT AN INSURED UNDER THIS POLICY, AND YOU ARE NOT ENTITLED TO RE-CEIVE THE PROCEEDS FROM THIS POLICY IN THE EVENT OF LOSS OR DAMAGE TO YOUR PROPERTY. THIS POLICY PROTECTS ONLY THE MORTGAGEE'S INTEREST IN THE DESCRIBED LOCATION. THIS PLICY DOES NOT PROVIDE CONTENTS COVERAGE. PROPERTY DAMAGE LIABILITY COVERAGE, BODILY INJURY LIABILITY COVERAGE. MEDICAL PAYMENT COVERAGE, ANY OTHER FORM OF WORKERS COMPENSATION COVERAGE, FLOOD COVERAGE OR EARTHQUAKE COVERAGE.
IN CASE OF A LOSS, PLEASE CALL (800) 660-8519

ZI-60881J (8-97) A3066-01

CHL/Brooks01370

**Countrywide**

HOME LOANS
Insurance Department, SV3-22
P.O. Box 10212
Van Nuys, CA 91410-0212

(800) 400-9083
Fax: (800) 293-8158

Date: SEPTEMBER 15, 2004

0025705 - 0045903  1

ROY BROOKS
319 DEAN ST
TROY, AL.
36081

Policy Number: N5172818

CERTIFICATE OF COVERAGE PLACEMENT

Re: Countrywide Loan #: 0486492221
Property Address:        415 ICE STREET
                         TROY AL.
                         36081

Loan Principal Balance:        $23,324.00

Fire Insurance Annual Premium Amount under Countrywide's Policy, if
obtained:    $467.00.  (If the occupancy of your property changes, the
premium charged may differ from the amount stated in this letter).

Fire Insurance Coverage Amount under Countrywide's Policy, if obtained:
$23,000

(This insurance may provide less coverage than was in effect previously).

Dear Roy Brooks:

We previously notified you that our records indicate the property address
referenced above does not maintain evidence of existing and acceptable
homeowners insurance.  Per your loan agreement with us, we require you to
maintain acceptable and continuous hazard insurance on your home, until you
pay off your loan.  Therefore, as provided for in the loan agreement, we
have purchased insurance at your expense.  Enclosed you will find a copy of
the Notice of Premium for hazard insurance coverage that has been purchased
by Countrywide from your escrow account, to protect its interest in the
property.  In the event that an escrow account was not previously
established, you are obligated by your loan agreement to reimburse
Countrywide for the premium paid within 15 days, or your monthly payment
will be adjusted to collect the balance due.

In the event that a lender for our lender placed coverage was paid from
your escrow account and you have your own policy:

    *   You will receive a full refund of the payment, provided that your
        insurance coverage dates back to the expiration date of your previous
        policy.
    *   If there is a lapse, the charges for the lapse will be charged to
        your escrow account.
    *   If you do not have an escrow account, you are obligated by your loan
        documents to reimburse us for the insurance charges during the lapse
        period.

CHL/Brooks01371

**COUNTRYWIDE HOME LOANS, INC. CUSTOMERS**
**\*\*HAZARD INSURANCE REQUIREMENTS\*\***

This notice is intended to summarize Countrywide's insurance requirements for your property.

In order to protect our respective interests in your property, Countrywide requires that its borrowers maintain minimum hazard insurance. Your hazard insurance coverage must be at a minimum of a one year fire and extended coverage policy with a "special" form endorsement, i.e.: fire only DP1; or DP3; homeowners policy - HO1. The insurance must not limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. Unless a higher maximum amount is required by law, the dwelling deductible may not exceed the greater of $1,000 or 1% of the face amount of dwelling coverage. The amount of insurance coverage must at least equal the lesser of: (1) 100% of the insurable value of the improvements as established by the property insurer, or (2) the unpaid balance of the mortgage.

The policy must be issued by an insurance company licensed in the state in which the property is located and the named insured on the policy must be the same as the mortgagor/trustor on your mortgage or deed of trust. The policy must include a Standard Mortgagee Clause naming Countrywide Home Loans, Inc. and its successors and/or assigns A.T.I.M.A. as mortgagee.

To help us maintain accurate records on your account, your Countrywide account number (your loan number) must be included on all policies and correspondence with your insurer.

Due to changes in federal or state laws or regulations, Countrywide may modify its insurance requirements to include additional types or amounts of coverage. In this event, Countrywide will notify you prior to the effective date so that you may purchase the required coverage.

If you fail to provide proof of required insurance, Countrywide may obtain fire insurance coverage to protect our interest on your property at your expense. The cost of any fire insurance purchased by Countrywide will become an additional debt secured by your mortgage or deed of trust. This insurance will protect Countrywide's interest in the property. This insurance will only cover the value of your property up to the current principal balance of your loan, even if the cost to fully repair your home exceeds your loan balance. Accordingly, this insurance may not be sufficient to fully restore or repair your property to its previous condition, and this insurance will not protect an equity that you may have built up on your property. In addition, this insurance only covers the building or buildings and may have certain limits, exclusions, and restrictions that impact coverage. It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, or injury to persons or property for which you may be liable. Please note that this insurance will likely provide less coverage than was previously in effect, it may duplicate existing coverage, and it may be more expensive than your previous coverage. In the event of a claim, all payments under this coverage will be made to Countrywide and not to you. An affiliate of Countrywide Home Loans, Inc. may receive a commission or other compensation if insurance is obtained by Countrywide.

Countrywide strongly encourages you to purchase acceptable coverage on your own.

Thank you for your cooperation.

CHJ/Brook#01387

DEFENDANT'S EXHIBIT

2004 2738
Recorded in the Above
DEED Book & Page
12-30-2004 09:30:45 AM
William C. Stone - Probate Judge
Pike County, AL

AUCTIONEER'S DEED

STATE OF ALABAMA
COUNTY OF PIKE

WHEREAS, ROY BROOKS, JR. executed a mortgage to Administrator of the Small Business Administration, an Agency fo the Government of the United States of America on the 1st day of February, 1996, on that certain real property hereinafter described, which mortgage is recorded in Mortgage Book 425, Page 213 and/or Book 425, Page 231, of the records in the Office of the Judge of Probate, Pike County, Alabama, which said mortgage was subsequently assigned to LPP Mortgage LTD, F/k/a Loan Participation Partners, LTD, A Texas Limited Partnership by instrument recorded in Miscellaneous Book 55, Page 374 of said Probate Court records; and

WHEREAS, in said mortgage the mortgagee was vested with full power and authority, upon the happening of a default in the payment of the principal note described in and secured by said mortgage or any installment of interest thereon, to sell said property hereinafter described at public outcry before the Courthouse door in the City of Troy, County of Pike, Alabama, for cash to the highest bidder, after giving notice of the time, place and terms of sale by an advertisement published once a week for three successive weeks in a newspaper published in the City of Troy, Alabama; and

WHEREAS, default was made in the payment of said indebtedness described in and secured by said mortgage; and

WHEREAS, notice of the time, place and purposes of said sale, as required by said mortgage has been given in The Troy Messenger, a newspaper published in the City of Troy, Alabama, by an advertisement published in the issues of said newspaper on July 23rd, 30th and August 6th, and 13th, 2004, which said was postponed by publication in The Troy Messenger, a newspaper of general circulation published in the City of Troy, Pike County, Alabama, in its issue of September 15th, 2004, which said was postponed by publication in The Troy Messenger, a newspaper of general circulation published in the City of Troy, Pike County, Alabama, in its issue of October 10th, 2004, which said was postponed by publication in The Troy Messenger, a newspaper of general circulation published in the City of Troy, Pike County, Alabama, in its issue of October 27th, 2004, fixing the time of the sale of said property to be during the legal hours of sale on the 10th day of November, 2004, and the place of same at the front door of the Courthouse of Pike County, in the City of Troy, Alabama, and the terms of the sale to be cash; and

WHEREAS, a sale has been made of the said real property hereinafter described during the legal hours of sale on the 10th day of November, 2004, at the front door of the Courthouse of Pike County, Alabama, in strict conformity with the powers of sale contained in the said mortgage, at which sale LPP MORTGAGE LTD, F/K/A LOAN PARTICIPANT PARTNERS, LTD, was the highest and best bidder and did become the purchaser of the real property hereinafter described for the sum of $56,750.00 cash in hand paid by said purchaser to Brandon Coots, as auctioneer who conducted the sale on behalf of the owner of said mortgage; the said LPP Mortgage LTD, F/k/a Loan Participation Partners, LTD., A Texas Limited Partnership, by and through Brandon Coots as such auctioneer, and as its attorney-in-fact, and and Brandon Coots, Jr. By Brandon Coots, as their attorney-in-fact, under and by virtue of the authority contained in said mortgage, do hereby GRANT, BARGAIN, SELL AND CONVEY unto LPP MORTGAGE LTD, F/K/A LOAN PARTICIPANT PARTNERS, LTD, its successors and assigns, the following described real property situated in the County of Pike, State of Alabama, to-wit:

Parcel I

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

Parcel II

CHI/Brooks01388

2

2004  2739
Recorded in the Above
DEED Book & Page
12-30-2004 09:30:45 AM

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said Lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

Subject to First Mortgage executed by Roy Brooks, Jr., an unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama, which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

TOGETHER WITH all and singular the rights, privileges, tenements, hereditaments, easements and appurtenances thereunto belonging, or in anywise appertaining, TO HAVE AND TO HOLD the same unto the said **LPP MORTGAGE LTD., F/K/A LOAN PARTICIPANT PARTNERS, LTD.,** the purchaser at said sale, its successors and assigns, forever; subject, however, to the statutory right of redemption on the part of those entitled to redeem as provided by the laws of the State of Alabama.

IN WITNESS WHEREOF, the said LPP Mortgage LTD, f/k/a Loan Participation Partners, LTD., A Texas Limited Partnership by and through Brandon Coots, as the auctioneer who conducted said sale, and as its attorney-in-fact and Roy Brooks, Jr., by Brandon Coots, as their attorney-in-fact, have hereunto set their hands and seals as of this the 10th day of November, 2004.

LPP Mortgage LTD. f/k/a Loan Participation Partners, LTD., A Texas Limited Partnership

BY: _____
Auctioneer who conducted said sale and attorney-in-fact

By: _____
Roy Brooks, Jr.

By: _____
Attorney-in-fact

STATE OF ALABAMA
COUNTY OF PIKE

I, the undersigned Notary Public in and for said State and County, hereby certify that Brandon Coots, the auctioneer who conducted the sale, whose name as auctioneer and attorney-in-fact for LPP Mortgage LTD, f/k/a Loan Participation Partners, LTD., A Texas Limited Partnership is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of said conveyance, he in his capacity as such auctioneer and attorney-in-fact and with full authority, executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal on this the 10th day of November, 2004.

_____
NOTARY PUBLIC
My Commission Expires: 6/5/08

STATE OF ALABAMA
COUNTY OF PIKE



2004 2740
Recorded in the Above
DEED Book & Page
12-30-2004 09:30:45 AM
William C. Stone - Probate Judge
Pike County, AL

I, the undersigned Notary Public in and for said State and County, hereby certify that Brandon Coots, whose name as attorney-in-fact for Roy Brooks, Jr. is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of said conveyance, he, in his capacity as attorney-in-fact, executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal on this the 10th day of November, 2004.

[signature]
NOTARY PUBLIC
My Commission Expires: 6/8/08

Grantee's address:

7105 Corporate Drive, PTX-C-35
Plano, Texas 75024

This instrument prepared by:
Beth McFadden Rouse
McFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609

Book/Pg: 2004/2738
Term/Cashier: VAULT / CAROLYNP
Tran: 347.6594.8454
Recorded: 12-30-2004 09:31:23

| | |
|---|---|
| NTX NO TAX COLLECTED | 0.00 |
| REC Recording Fee | 18.00 |
| SRF Special Recording Fee | 7.00 |
| Total Fees: $ 25.00 | |

Jones + Coots

3

CHL/Brooks01389

CHL/Brooks01376

DEFENDANT'S EXHIBIT
68
R. BROOKS
5-15-06 SH

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To  Brooks or occupant
Street, Apt. No.; or PO Box No.  410 Hubbard Street
City, State, ZIP+4  Troy, AL 36081

PS Form 3800, June 2002    See Reverse for Instructions

7003 1010 0000 4433 3574

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To  Brooks or occupant
Street, Apt. No.; or PO Box No.  415 Ice Street
City, State, ZIP+4  Troy, AL 36081

PS Form 3800, June 2002    See Reverse for Instructions

7003 1010 0000 4433 3702

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To  Brooks or occupant
Street, Apt. No.; or PO Box No.  130 Hubbard Street
City, State, ZIP+4  Troy, AL 36366

PS Form 3800, June 2002    See Reverse for Instructions

7003 1010 0000 4433 3696

Brooks01377

**McFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWER BOULEVARD
MOBILE, ALABAMA 36609-5499

STEVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

December 15, 2004

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

**REGULAR MAIL AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Roy Brooks, Jr.
or Occupant
410 Hubbard Street
Troy, Alabama 36081

RE:    Mortgage held by Countrywide Home Loans, Inc.
       Loan No.: 4181304d

Dear Mr. Brooks or Occupant:

This is to inform you that we have, on Wednesday, November 10th, 2004, sold the property securing the above mortgage at foreclosure sale, with LPP Mortgage Ltd. f/k/a Loan Participant Partners, being the purchaser:

**Parcel I**

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

**More commonly known as: 410 Hubbard Street, Troy, Alabama 36081**

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said Lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

**More commonly known as: 415 Lee Street, Troy, Alabama 36081 and**
**410 Hubbard Street, Troy, Alabama 36081**

CHL/Brooks01378

Mr. Brooks
December 15, 2004
Page 2

Subject to First Mortgage executed by Roy Brooks, Jr., an unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama, which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

This is to further demand pursuant to Section 6-5-251, Code of Alabama (1975) that you vacate and deliver possession of said property to LPP Mortgage Ltd. f/k/a Loan Participant Partners, within ten (10) days of the date hereof. Failure to do so will result in a forfeiture of your redemption rights and the immediate filing of eviction proceedings.

Very truly yours,

McFADDEN, LYON & ROUSE, L.L.C.

Beth McFadden Rouse
BMR/dw

CC:    Countrywide Home Loans, Inc.

**MCFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STEVA F. MCFADDEN
WILLIAM M. LYON, JR.
BETH MCFADDEN ROUSE
WILLIAM S. MCFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

December 15, 2004

**REGULAR MAIL AND**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Roy Brooks, Jr.
or Occupant
415 Ice Street
Troy, Alabama 36081

RE:    Mortgage held by Countrywide Home Loans, Inc.
       Loan No.: 4181304044

Dear Mr. Brooks or Occupant:

This is to inform you that we have, on Wednesday, November 10th, 2004, sold the property securing the above mortgage at foreclosure sale, with LPP Mortgage Ltd. f/k/a Loan Participant Partners, being the purchaser:

**Parcel I**

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

**More commonly known as: 410 Hubbard Street, Troy, Alabama 36081**

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said Lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

**More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322**

CHJ/Brooks01380

Mr. Brooks
December 15, 2004
Page 2

Subject to First Mortgage executed by Roy Brooks, Jr., an unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

This is to further demand pursuant to Section 6-5-251, Code of Alabama (1975) that you vacate and deliver possession of said property to LPP Mortgage Ltd, f/k/a Loan Participant Partners, within ten (10) days of the date hereof. Failure to do so will result in a forfeiture of your redemption rights and the immediate filing of eviction proceedings.

Very truly yours,

McFADDEN, LYON & ROUSE, L.L.C.

Beth McFadden Rouse
BMR/dw

CC:    Countrywide Home Loans, Inc.

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
THOMAS H. BENTON, JR.
WILLIAM S. McFADDEN
JOHN T. BENDER

**MCFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

December 15, 2004

**REGULAR MAIL AND
CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Roy Brooks, Jr.
or Occupant
120 Hubbard Street
Troy, Alabama 36322

RE:   Mortgage held by Countrywide Home Loans, Inc.
Loan No.: 41813044

Dear Mr. Brooks or Occupant:

This is to inform you that we have, on Wednesday, November 10th, 2004, sold the property securing the above mortgage at foreclosure sale, with LPP Mortgage Ltd. f/k/a Loan Participant Partners, being the purchaser:

**Parcel I**

Lot #3 and 4, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate of Pike County, Alabama, in Plat Book 2, Page 96.

**More commonly known as: 410 Hubbard Street, Troy, Alabama 36081**

**Parcel II**

One house and lot in the City of Troy, Pike County, Alabama, being more particularly described as follows: Beginning at the Southwest corner of Lot No. 6, Plat No. 3 of the Henderson Lands in Oakland Heights, as recorded in the Office of the Judge of Probate of Pike County, Alabama, Plat Book One, Page Sixty-Four, running thence Northward along the West line of said Lot and extension of same 245 feet, thence East 60 feet, thence Southward to the Southeast corner of said Lot No. Six 250 feet, thence Westward along the South line of said Lot Six to the point of beginning.

**More commonly known as: 415 Ice Street, Troy, Alabama 36081 and 120 Hubbard Street, Troy, Alabama 36322**

CHI/Brooks01382

Mr. Brooks
December 15, 2004
**Page 2**

Subject to First Mortgage executed by Roy Brooks, Jr., an unmarried man to IAM Federal Credit Union dated January 11, 1994 and recorded in Mortgage Book 413, Page 72 of the records in the Office of the Judge of Probate, Pike County, Alabama; which was subsequently assigned to LPP Mortgage Ltd. by instrument dated July 23, 2003 in Miscellaneous Book 2003, Page 163.

This is to further demand pursuant to Section 6-5-251, Code of Alabama (1975) that you vacate and deliver possession of said property to LPP Mortgage Ltd. f/k/a Loan Participant Partners, within ten (10) days of the date hereof. Failure to do so will result in a forfeiture of your redemption rights and the immediate filing of eviction proceedings.

Very truly yours,

McFADDEN, LYON & ROUSE, L.L.C.

Beth McFadden Rouse
BMR/dw

CC:    Countrywide Home Loans, Inc.

Brooks01390

**McFADDEN, LYON & ROUSE, L.L.C.**
ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENGER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

March 11, 2005

**VIA FAX #334-566-8470**

Roy Brooks, Jr.

RE:     Mortgage held by Countrywide Home Loans, Inc.
        Loan No.:    4181304 & 4864922l

Dear Mr. Brooks:

The following is necessary to redeem your property on or before 5:00 p.m. on March 31st, 2005:

Loan #4181304

| | |
|---|---|
| Amount due to 11/10/04 | $11,376.06 |
| Interest from 11/1/04 to 03/31/05 | 143.51 |
| Attorney fees & cost of foreclosure | 2,612.75 |
| | $14,132.32 |

Loan #4864922l

| | |
|---|---|
| Amount due to 11/10/04 | $29,207.33 |
| Interest from 11/1/04 to 03/31/05 | 630.73 |
| | $29,838.06 |

**Total amount of redemption**     **$43,970.38**

*This amount is subject to change as lawful charges accrue.

Redemption funds must be tendered in certified funds payable to McFadden, Lyon & Rouse, L.L.C. This statement of the amount to redeem is made without waiver of right to assert failure to deliver possession pursuant to §6-5-251, Code of Alabama (1975). After March 31st, 2005 a new quote must be obtained.

Very truly yours,

McFADDEN, LYON & ROUSE, L.L.C.

Beth McFadden Rouse
BMR/dw

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND YOUR RESPONSE WILL BE USED FOR PURPOSES OF DEBT COLLECTION.**



DEFENDANT'S
EXHIBIT
JP BROOKS
9/15/06

**JAMES N. THOMAS, L.L.C.**
ATTORNEY & COUNSELOR AT LAW
405 ELM STREET
POST OFFICE BOX 974
TROY, ALABAMA 36081-0974
TELEPHONE (334) 566-2181
FACSIMILE (334) 566-6004
E-MAIL attorney405@charter.net

March 21, 2005

Beth McFadden Rouse
McFadden, Lyon and Rouse, LLC
718 Downtowner BLVD
Mobile, Al 36609

Re:   **Foreclosure by LLP Mortgage LTD against Roy Brooks**

Dear Beth:

As you may recall, I was assisting Mr. Roy Brooks with some pre-foreclosure matters for the property described in the enclosed foreclosure deed prepared by your firm. Mr. Brooks is now in the process of trying to determine if he will redeem the property. Mr. Brooks has not been provided with a detailed break down of what the insurance companies paid on the properties despite his large investment of time to get both claims paid. As you may recall, Mr. Brooks was trying to negotiate with the insurers in an effort to surrender the insurance funds to the lender in exchange for the property.

Please provide my office with some evidence of the claims payment for each property from the insurance companies along with a break down of the loan principal, interest and fees for each of the two properties. With this information, Mr. Brooks can then decide whether he will redeem the properties.

Should you have any questions, please feel free to call.

Sincerely yours,

*Jim Thomas*

James N. Thomas

cc:   Roy Brooks

09/05

DEFENDANT'S
EXHIBIT
27
1-28-0083
1-28-08
LNHIST 974 04/07/2003

**■■ Countrywide**
**HOME LOANS**

*Customer Service, SV-B314*
*P.O. Box 5170,*
*Simi Valley, CA 93062-5170*

ROY BROOKS JR
907 N MAIN ST.
BRUNDIDGE, AL 36010

Requested Date: 03/07/2005
Account No.: 41813044

Dear Homeowner:

Enclosed is a loan history that provides a detailed outline of transactions for the above-referenced account number. Please note that this history provides pertinent information on payments received, tax and insurance payments disbursed, and late charges assessed and paid. This history statement does not include late charges which may be due for payments not yet received.

Countrywide is committed to providing you with quality loan service. If we can be of assistance in the future, please feel free to contact one of our Customer Service Representatives at 1-800-669-6607.

Sincerely,

*Shannon Marie Utley*

Shannon Marie Utley
Customer Service, SV-B314 Department
Encl.

**Countrywide®** HOME LOANS
Customer Service Department, SVB-314
PO Box 5170
Simi Valley, CA 93093-5170

Notice Date: March 23, 2005

Account No.: 4181304

Property Address:
319 Dean St
Troy, AL 36081

Roy Brooks Jr
907 N Main St
Brundidge, AL 36010

This letter is to confirm the amount that your insurance company sent to pay off your mortgage.
We received $9287.00 on December 31, 2004.

We hope we have addressed your concerns satisfactorily.

If you should require any further assistance, please feel free to contact our Customer Service
Department directly at 1-(800) 669-6607.

Thank you for the opportunity to be of service.

Sincerely,

Shannon U

Customer Service

**Countrywide**

**HOME LOANS**
Customer Service Department: SVB-314
PO Box 5170
Simi Valley, CA 93083-5170

**Notice Date:** March 24, 2005

**Account No.:** 4181304.4

Roy Brooks Jr.
319 Dean Street
Troy, AL 36081

**Property Address:**
319 Dean St
Troy, AL 36081

**| ABOUT YOUR LOAN**

Thank you for your recent correspondence addressed to Countrywide Home Loans.

This letter is to confirm that payoff funds for the above-referenced loan account were received on 12/31/2004.

We hope we have addressed your concerns satisfactorily.

**| A FRIENDLY SUGGESTION**

If you need further information, please call our Customer Service Department at 1-(800) 669-6607.

**| THANK YOU FOR YOUR BUSINESS**

Thank you for the opportunity to be of assistance.

This communication is from a debt collector.

Please write your account number on all correspondence.    CSPOFF 803/4118 06/27/2003

410 Hubbert St. Troy Al.

# FACSIMILE COVER SHEET

450 American Street, MSN
Simi Valley, California 93065-6285

## From:

Name: John Swanson
Fax Number:
Voice Phone:

## To:

Name: Roy Brooks Jr
Company:
Fax Number: 13345668470
Voice Phone:

## Fax notes:

---

Date and time of transmission: Thursday, March 24, 2005 9:57:42 AM
Number of pages including this cover sheet: 02

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECIEVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND DESTROY THIS DOCUMENT. THANK YOU.

**Countrywide®**
HOME LOANS
Mail Stop SV-416
450 American Street
Simi Valley, CA 93065- 6298

*The indebtment show that accured when paid in full.*

Notice Date: March 24, 2005

Account No.: 41813044

Property Address:
319 Dean St
Troy, AL 36081

Roy Brooks Jr
319 Dean Street
Troy, AL 36081

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

This is to confirm that the following credit report adjustment was submitted to the four main Credit Bureaus:

Show loan foreclosed with zero balance on 11/04.

**WHAT THIS MEANS**

The request for adjustment was submitted on March 24, 2005 to the following reporting agencies:

| | |
|---|---|
| Equifax Credit Information Services | (800) 685-1111 |
| Experian | (888) 397-3742 |
| Innovis Data Solutions | (800) 540-2505 |
| Trans Union Credit Information | (800) 916-8800 |

Please be advised that it takes an average of 60 days for the credit reporting agencies to complete the submitted credit adjustment. If your credit report remains unchanged after 60 days, please contact the credit reporting agencies for an explanation.

**WHAT YOU NEED TO DO**

If you have any questions, please feel free to contact us at (800) 669-6607.

**Countrywide**
**HOME LOANS**
*Mail Stop SV-418*
*450 American Street*
*Simi Valley, CA 93065 – 6298*

This Dockettment Show that account were pay in full.

**Notice Date:** March 24, 2005

**Account No.:** 41813044

Roug—

**Property Address:**
319 Dean St
Troy, AL 36081

This 120 - Hubbert STreet
Troy AIA, 36081

Roy Brooks Jr
319 Dean Street
Troy, AL 36081

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

This is to confirm that the following credit report adjustment was submitted to the four main Credit Bureaus:

Show loan foreclosed with zero balance on 11/04.

**WHAT THIS MEANS**

The request for adjustment was submitted on March 24, 2005 to the following reporting agencies:

| | |
|---|---|
| Equifax Credit Information Services | (800) 685-1111 |
| Experian | (888) 397-3742 |
| Innovis Data Solutions | (800) 540-2505 |
| Trans Union Credit Information | (800) 916-8800 |

Please be advised that it takes an average of 60 days for the credit reporting agencies to complete the submitted credit adjustment. If your credit report remains unchanged after 60 days, please contact the credit reporting agencies for an explanation.

**WHAT YOU NEED TO DO**

If you have any questions, please feel free to contact us at (800) 669-6607.

Please write your account number on all correspondence. CNFRMATN 1601/2957 10/29/2003

# FACSIMILE COVER SHEET

**450 American Street, MSN**
**Simi Valley, California 93065-6285**

## From:

Name: Shawn Gosik
Fax Number:
Voice Phone:

## To:

Name: Roy Brooks Jr.
Company:
Fax Number: 13345668470
Voice Phone:

## Fax notes:

Date and time of transmission: Thursday, March 24, 2005 9:57:50 AM

Number of pages including this cover sheet: 02

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND DESTROY THIS DOCUMENT. THANK YOU.