IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY BROOKS, JR.,                    *

    Plaintiff,                     *

VS.                                 *       CASE NO. 2:06CV356-MHT

COUNTRYWIDE HOME LOANS, INC., et al., *

    Defendant.                     *

### AFFIDAVIT IN OPPOSITION TO SUMMARY JUDGMENT
### BY ROBERT H. HUDSON

STATE OF ALABAMA    )
COUNTY OF COFFEE    )

Before me the undersigned authority in and for said State and County, did personally appear Roy Brooks, Jr., and after being first duly sworn did depose and state as follows:

My name is Roy Brooks, Jr. I make this affidavit under oath and of my own personal knowledge. I swear that the information herein is true to the best of my knowledge and recollection.

1. I have read the Motion in Opposition to Defendant's Motion for Summary Judgment. I swear and affirm that the Narrative Statement of Facts are true and correct.

2. I categorically deny each and every allegations made by Countrywide in its motion and deny that they are entitled to summary judgment and have denied it in my previously sworn deposition.

3. There is an actual and material issue in dispute between the parties.

Further affiant saith not.

Respectfully submitted on this __6th__ day of April, 2007.

_____
Roy Brooks, Jr.

Sworn to and subscribed before me this __6th__ day of April, 2007.

_____
Notary Public