

**Countrywide®**
HOME LOANS
Customer Service Department, SVB-314
PO Box 5170
Simi Valley, CA 93093-5170

Notice Date: March 23, 2005

Account No.: 41813044

Roy Brooks Jr
907 N Main St
Brundidge, AL 36010

Property Address:
319 Dean St
Troy, AL 36081

This letter is to confirm the amount that your insurance company sent to pay off your mortgage. We received $9287.00 on December 31, 2004.

We hope we have addressed your concerns satisfactorily.

If you should require any further assistance, please feel free to contact our Customer Service Department directly at 1-(800) 669-6607.

Thank you for the opportunity to be of service.

Sincerely,

Shannon U

Customer Service

*others*
*[signature] copy att.*