Countrywide Home Loans, Inc.
PO Box 5012
Woodland Hills CA 91365-5012

*This show that I pay the insurance on the mortgage at 120 Hubbert St. Troy Al. 410 Hubbert St. Troy Al. 415 Ice St. Troy Al.*

ROY BROOKS JR

319 DEAN ST
TROY AL. 36081

*This show That it payed off INSURANCE*

| Check no: | 3556478 | Treasury id: | 32823874 | Page: | 1 |
|---|---|---|---|---|---|
| Date: | 08/26/2005 | Comp. No: | | | RCLAY |
| Check amount: | 139.00 | Agency No: | | | =TRRV |
| | | Escrow type: | 65 | | |
| | | Escrow desc: | ESCROW TYPE:ESCROW OVERAG 048649221 | | |
| Check payee: | ROY BROOKS JR | | | | |

| Loan no | Amount | Mortgagor | Reference |
|---|---|---|---|
| 048649221 | 139.00 | ROY BROOKS JR | |

*TOTAL:   139.00                                                                     *NUMBER OF ACCOUNTS:   1

---

**Countrywide HOME LOANS, INC.**
PO Box 5012
Woodland Hills CA 91365-5012

If unable to apply funds,
Please return check to:
P.O. Box 5012
Woodland Hills, CA 91365-5012

62-20/311
Citibank, Delaware
One Penn's Way
New Castle, DE 19720

NO. 0003556478

DATE 08/26/2005     AMOUNT $********139.00****

PAY ONE HUNDRED THIRTY-NINE DOLLARS AND 00 CENTS****

VOID AFTER 180 DAYS

PAY TO:   ROY BROOKS JR
          319 DEAN ST
          TROY AL 36081

⑆000355647⑆  ⑉031100209⑉:     386878991⑈

**Countrywide**
HOME LOANS
Insurance Department, SV3-22
P.O. Box 10212
Van Nuys, CA 91410-0212

800-660-8519 *(handwritten)*

(800) 400-9083
Fax: (800) 293-8158

*Number 2 Copy (handwritten)*

Date: SEPTEMBER 5, 2004

0013363 - 0068235 L

ROY BROOKS
907 MAIN STREET
BRUNDIDGE, AL        36010

*Rong Address (handwritten)*

Re: Countrywide Loan #:   041813044
    Property Address:    319 DEAN ST
                         TROY AL            36081

Loan Principal Balance:   $9,287.00

Hazard Insurance Annual Premium Amount Under Countrywide's Policy, if obtained:     $57.00.   (If the occupancy of your property changes, the premium charged may differ from the amount stated in this letter).

Hazard Insurance Coverage Amount Under Countrywide's Policy, if obtained:
  $9,287

(This insurance may provide less coverage than was in effect previously.)

Dear Roy Brooks:

We have not received verification of acceptable homeowners insurance on the above referenced property, in response to our prior notification to you.

<u>If your homeowner's insurance policy information is not received in the next 30 days:</u>

If information showing that acceptable and continous homeowners insurance coverage is not received by us within the next 30 days, Countrywide may purchase hazard insurance to protect our interest in the home at your expense.
* This insurance, if purchased may be more expensive and will likely provide less coverage than was previously in effect.
* It will only protect Countrywide Home Loan's interest in your property.
* Coverage is limited to the insurable structure(s) up to the current loan balance, less deductible; even if the cost to repair your home exceeds loan balance- and as a result, your dwelling structure may be under-insured.
* It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, injury to person or property for which you may be liable, additional living expenses, or flood.
* In the event of a claim, all payments will be made to Countrywide Home Loans.