**Countrywide**
**HOME LOANS**
Mail Stop SV-416
450 American Street
Simi Valley, CA 93065 – 6298

Notice Date: March 24, 2005

Account No.: 41813044

Roy Brooks Jr
319 Dean Street
Troy, AL 36081

Property Address:
319 Dean St
Troy, AL 36081

### IMPORTANT MESSAGE ABOUT YOUR LOAN

This is to confirm that the following credit report adjustment was submitted to the four main Credit Bureaus:

Show loan foreclosed with zero balance on 11/04.

### WHAT THIS MEANS

The request for adjustment was submitted on March 24, 2005 to the following reporting agencies:

| | |
|---|---|
| Equifax Credit Information Services | (800) 685-1111 |
| Experian | (888) 397-3742 |
| Innovis Data Solutions | (800) 540-2505 |
| Trans Union Credit Information | (800) 916-8800 |

Please be advised that it takes an average of 60 days for the credit reporting agencies to complete the submitted credit adjustment. If your credit report remains unchanged after 60 days, please contact the credit reporting agencies for an explanation.

### WHAT YOU NEED TO DO

If you have any questions, please feel free to contact us at (800) 669-6607.

Please write your account number on all correspondence.   CNFRMATN  1601/2957  10/29/2003