Ⓓ

2006    Page: 1   02/28/2007  PIKE COUNTY                                    STARKS GLORIA J
Parcel: 10-09-30-4-005-001.002#0  ACCOUNT#: 74280

| 319 DEAN STREET | | Ex Cd:1  Exmpt:YES | PARCEL INFORMATION | LEGAL DESCRIPTION |
|---|---|---|---|---|
| TROY AL 36081 | | | NBHD:R1240000  LN: 0.00  IMP: 0.00  SUB:157 | DIMENSIONS: 65'X140'XIRR LOT 4 WILLIAMS ST S/D ADDITION 3 PB 4-19 S |
| Prop Addr: | House#:319 | | ZONING: SF  DEED BK/PG:134 -373 | 30 T10 R21 |
| Street:DEAN | City:TROY | Direction: | OWNERSHIP: 1  DATE:11/09/1979 | |
| | | | ROAD: 5   ACRE: 0.00 | |
| | | | TOPO: X   CONSID:0 | |
| | | | ELECTRIC: Y  DISTRICT:01 | |
| | | | WATER: Y  2  CITY:02 | |
| | | | GAS: X  30-10N-21E | |

LAND INFORMATION

| ## | CL EX PN TYPE | ACRES GROSS-DESCRIPTION | ADJ ADJ ADJ ADJ | APPRAISED | CUR-USE | BOE | ASSD | PEN ORIG-APPR |
|---|---|---|---|---|---|---|---|---|
| GR 1 | 3 Y N R | 0.00 L | 0 | 4500 | 0 | 0 | 460 | 0    4500 |

BUILDING INFORMATION

| CL EX PN CD | ST | S/C | DESCRIPTION | YEAR BLT | YEAR REMOD | NUM ROOMS | NUM APT | RMS& APT | | | | | | APPENDAGES | | | | | | PARCEL TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Y N | 0111 | 1 | HD0 Single Family | 1979 | | 5 | 0 | 0 | | | | | | CODE | AREA | DEC | ADJ-AREA | | | TOTAL ACRE: 0.00 |
| BASE AREA | UPPER AREA | CONDITION | FUNC OBS | ECON OBSOLETE | | | | | | | | | | 1 OP1 | 25 | 0.10 | 3 | | | CLASS I   CLASS III |
| 1100 | 0 | 75 | 0 | 0 | | | | | | | | | | 2 U5 | 66 | 0.50 | 33 | | | APPRAISED  APPRAISED |
| | | | | | | | | | | | | | | 3 G6 | 209 | 0.60 | 125 | | | 0     4500 |
| | | | | | | | | | | | | | | 4 OP2 | 80 | 0.20 | 16 | | | 0    41310 |
| | | | | | | | | | | | | | | ADJ AREA= | | | 177 | | | TOTAL APPRAISED VAL: 45810 |

| TYPE | CD | DESCRIPTIO | %% | UNITS | CD | DESCRIPTIO | %% | UNITS | CD | DESCRIPTI | %% | UNITS | CD | DESCRIPTI | %% | UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FND | 03 | Continuous | X | 0 | | | | 0 | | | | 0 | | | | 0 |
| FMAT | 05 | Brick | X | 0 | | | | 0 | | | | 0 | | | | 0 |
| EXT W | 12 | Brick on W | X | 38 | | | | 0 | | | | 0 | | | | 0 |
| RFTYP | 02 | Hip-Gable | X | 8 | | | | 0 | | | | 0 | | | | 0 |
| RFMAT | 04 | Shingles, | X | 4 | | | | 0 | | | | 0 | | | | 0 |
| FLR | 16 | Vinyl | X | 10 | | | | 0 | | | | 0 | | | | 0 |
| INT | 07 | Drywall (S | X | 30 | | | | 0 | | | | 0 | | | | 0 |
| ELEC | | 3 | | 3 | | | | | | | | | | | | |
| PLUMB | | 3 | | 8 | | | | | | | | | | | | |
| ADJ | | | | 0 | | | | 0 | | | | | | | | |
| ADJ | | | | 0 | | | | 0 | | | | | | | | |

| TYPE | CD | DESCRIPTIO | ## | VALUE | CD | DESCRIPTIO | ## | VALUE | CD | DESCRIPTI | ## | VALUE | CD | DESCRIPTI | ## | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL-SF | 02 | BATH 2FIX | 1 | 1510 | | | 0 | 0 | | | 0 | 0 | | | 0 | 0 |
| PL-SF | | | 0 | 0 | | | 0 | 0 | | | | | | | | |
| PL-SF | | | 0 | 0 | | | | | | | | | | | | |
| HEAT | 01 | 01 GRAVITY | | 990 | | | | | | | | | | | | |
| FIRE | | | 0 | 0 | | | | | | | | | | | | |

| S/C | CLASS UNITS | CONST UNITS | TOTAL UNITS | BASE RATE | ADJ-RATE | BASE AREA | UPPER ADJ AREA | TOTAL ADJUSTED AREA | COUNTY INDEX | SQ-FOOT COST | FEATURE CURRENT APPRASD | REPLACEMENT COST | COND | FUN OBS | ECO OBS | PREVIOUS APPRAISED | CURRENT APPRAISED | BOE-VALUE | OVERRIDE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HD0 | 0 | 98 | 98 | 40.33 | 39.52 | 1100 | 0 | 1277 | 1.04 | 39.52 | 2500 | 55085 | 75 | 0 | 0 | 41310 | 41310 | 0 | 0 | 4140 |

Taxes 118 47