*Did Not Get this letter*

10/03/2003  14:35   251-342-9457         MCFADDEN LYON ROUSE              PAGE  02/03

*This Document Were send to a Closed address.*

(17)

## McFADDEN, LYON & ROUSE, L.L.C.
### ATTORNEYS AND COUNSELLORS AT LAW
718 DOWNTOWNER BOULEVARD
MOBILE, ALABAMA 36609-5499

STOVA F. McFADDEN
WILLIAM M. LYON, JR.
BETH McFADDEN ROUSE
WILLIAM S. McFADDEN
THOMAS H. BENTON, JR.
JOHN T. BENDER

TELEPHONE: (251) 342-9172
FACSIMILE: (251) 342-9457

January 7, 2002

### NOTICE OF RIGHT TO CURE DEFAULT

Mr. Roy Brooks, Jr.
Post Office Box 691
Troy, Alabama 36081

RE:   Mortgage Held By Beal Bank
      Foreclosure

YOU ARE NOW IN DEFAULT UNDER THE MORTGAGE NOTE DESCRIBED ABOVE. YOUR DEFAULT IS THE FAILURE TO MAKE REQUIRED INSTALLMENT PAYMENTS FOR THE MONTHS OF February 2000 THROUGH January 2002.

THE TOTAL AMOUNT NOW REQUIRED TO CURE THIS DEFAULT AS OF THE DATE OF THIS LETTER IS $2,151.00 WHICH INCLUDES LATE CHARGES, ATTORNEYS FEES, COSTS OF TITLE EVIDENCE (AND OTHER CHARGES) ACCRUED TO THIS DATE IN THE AMOUNT OF $975.00.

THE TOTAL AMOUNT DUE AFTER THE LAST DAY OF THE MONTH MUST INCLUDE AN ADDITIONAL PAYMENT.

IF YOU CURE THIS DEFAULT, YOU MAY CONTINUE WITH THIS OBLIGATION AS THOUGH YOU DID NOT DEFAULT.

IF YOU DO NOT CURE THIS DEFAULT AND BREACH OF THE MORTGAGE WITHIN THIRTY DAYS, WE WILL BE ENTITLED TO ACCELERATE THE SUMS SECURED BY YOUR MORTGAGE AND PROCEED WITH INITIATING A FORECLOSURE ACTION OR PROCEDURE.

IF A FORECLOSURE ACTION OR PROCEDURE IS NECESSARY, WE MAY REQUEST THE COURT TO INCLUDE IN THE FORECLOSURE ACTION OR PROCEDURE ATTORNEY FEES, ABSTRACTING EXPENSES AND ALL OTHER COSTS ASSOCIATED THEREWITH.


DEFENDANT'S EXHIBIT