

The City of TROY
P.O. Box 549
Troy, Alabama 36081

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

7002 2030 0003 8006 4984

Mr. Roy Brooks, Jr.
P. O. Box 691
Troy, AL

566-4520
Postmaster—Null Smith

Box Closed in
July 2002

MAR 23 2007
TROY AL 36081
USPS