**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                   TELEPHONE (334) 954-3600

April 9, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Roy Brooks, Jr. vs. Countywide Home Loans**
**Case Number: 2:06cv356-MHT**

**Pleading : #17 - Response in Opposition**

**Notice of Correction is being filed this date to advise that the referenced pleading filed on 4/6/2007 was styled incorrectly.**

**The corrected pdf document is attached to this notice.**