IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROY BROOKS, JR.,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:06CV356-MHT |
| **COUNTRYWIDE HOME LOANS, INC. ET AL.,** | |
| Defendants. | |

### DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S, MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT

Comes now, Defendant Countrywide Home Loans, Inc. ("Countrywide"), and respectfully moves this Court: (1) for leave to file its Reply to Plaintiffs' Response in Opposition to Defendants' Motion Summary Judgment, which is submitted herewith as Exhibit "A"; and (2) to allow oral argument on the motion for summary judgment before the Court as soon as the Court's schedule may permit.

As grounds for this motion, Countrywide submits that its reply submission and oral argument on the motion for summary judgment will aid the Court's understanding of the factual and legal issues raised by the motion for summary

judgment and may also facilitate the parties' efforts to settle this dispute prior to trial.

In accordance with the Court's Scheduling Order, the parties will be filing a joint report on the parties' recent settlement conference and their efforts to resolve the case to date on or before April 13, 2007.

          Respectfully submitted,

          /s/ Alan M. Warfield
          Alan M. Warfield (ASB #9183-R68A)

          Attorney for Defendant
          Countrywide Home Loans, Inc.

OF COUNSEL:

WALSTON, WELLS AND BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203
Telephone:  (205) 244-5200
Telecopier:  (205) 244-5400

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    J.E. Sawyer, Jr., Esq.
    203 S. Edwards Street
    Enterprise, AL 36330

Dated the 11th day of April, 2007.

                                /s/ Alan M. Warfield
                                OF COUNSEL