IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY BROOKS, JR., | |
| **Plaintiff,** | |
| v. | CIVIL ACTION NO. 2:06CV356-MHT |
| COUNTRYWIDE HOME LOANS, INC. ET AL., | |
| **Defendants.** | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW, plaintiff Roy Brooks, Jr., and defendant Countrywide Home Loans, Inc. ("Countrywide"), and, in accordance with the Court's Uniform Scheduling Order of June 16, 2006, submit the following report regarding settlement and mediation:

1.   Counsel for the parties conducted a face-to-face settlement conference on March 22, 2006, at the offices of Joe Sawyer, Brooks' undersigned counsel, in Enterprise, Alabama. The case was not settled at the conference. However, the conference was useful in allowing the parties to understand each other's respective positions regarding the various factual and legal issues involved in case, Countrywide's pending summary judgment motion, and settlement.

2.   Since the March 22nd settlement conference, counsel for the parties have continued their efforts to reach a settlement of the case. However, the parties' negotiations since the conference have not resulted in the settlement of the case.

3.   The parties believe that mediation may assist the parties in settling the case prior to trial.

Dated this the 12th day of April, 2007.

                        Respectfully submitted

                        /s/ Alan M. Warfield
                        Alan M. Warfield (ASB #9183-R68A)
                        Attorney for Defendant
                        Countrywide Home Loans

OF COUNSEL:
WALSTON WELLS & BIRCHALL, LLP
1819 5th Avenue North
Birmingham, Alabama 35203-0642
Telephone: (205) 244-5200
Facsimile: (205) 244-5400

                        /s/ J. E. Sawyer, Jr.
                        J.E. Sawyer, Jr. (ASB # 6566-S58J)
                        Attorney for Plaintiff
                        203 South Edwards Street
                        Enterprise, AL 36330
                        (334) 347-6447