IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROY BROOKS, JR.,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
| v.      ) | 2:06cv356-MHT |
| ) | |
| COUNTRYWIDE HOME LOANS,      ) | |
| ) | |
| Defendant.      ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for leave to file reply (Doc. No. 19) is granted.

(2) The request for oral argument (Doc. No. 19) is denied without prejudice. If the court should later decide that oral argument would be helpful, the case will be set for oral argument.

DONE, this the 18th day of April, 2007.

                            /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**